IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

99-2084-CIV-T-25B

CHRISTOPHER HUGHES, individually, and DEBORA HUGHES, individually, and as parents and next friend for JEREMY HUGHS, a minor; DARLENE WILLIAMS, individually, and ROBERT WILLIAMS, individually and as parents and next friend for ERIC WILLIAMS, a minor; TIMOTHY TILLMAN, individually, and MARIETTA TILLMAN, individually, and as parent and next friend for NICHOLAS TILLMAN, a minor, AARON TILLMAN, a minor, and SETH TILLMAN, a minor; ROSELLA ALBRIGO, individually, and as parent, and next friend for TIMMY HANCOCK, a minor, and LOGAN HANCOCK, a minor; CATHY AMBROSE, individually, and STEVE BATTLE, individually, and as parents and next friend for JESSE BATTLE, a minor, and SHANNON BATTLE, a minor; STEVE AMBROSE, individually, and TONI AMBROSE, individually, and as parents and next friend for STEFAN AMBROSE, a minor; and SIMON AMBROSE, a minor; PENNY BAILEY, individually, and as parent and next friend for KENNETH BAILEY, a minor; MICHAEL BARTON, individually, and SALLY BARTON, individually, and as parents and next friend for ALICIA BARTON, a minor; LEAH BATSON, individually, and JAY BATSON, individually, and as parents and next friend for ANDREW BATSON, a minor, and KENNETH BATSON, a minor; JAMES BECKETT, individually, and as parent and next friend for NIKKI BECKETT, a minor; CHALMAS H. BISHOP, individuallly, and ELIZABETH BISHOP, individually, and as parents and next friend for CHALMAS C. BISHOP, a minor; CHARLES BONDY, individually, and NADAJA BONDY, individually, and as parents and next friend for ANGEL BONDY, a minor; SAMANTHA BONILLA, individually, and as parent and next friend for RENE BONILLA, a

T000763
$150.00

minor; VICTORIA BOOMER, individually, and as parent and next friend for JOSHUA BOOMER, a minor; ROBERT BOSCH, individually, and as parent and next friend for ROBERT BOSCH, a minor; JOHN BOSCH, a minor; and BRIDGET BOSCH, a minor; RICHARD BRACEWELL, individually, and as parent, and next friend for DUSTIN BRACEWELL, a minor; DAVID BROWN, individually, and as parent and next friend for AMANDA BROWN, a minor; and ARIEL BROWN, a minor; WENDY BYRD, individually, and as parent and next friend for ADAM BYRD, a minor; CHRISTINE CARNLEY, individually, and TIMOTHY CARNLEY, individually, and as parents and next friend for KRYSTAL BEROUTY, a minor, and HEATHER BEROUTY, a minor; HEIDI CHILDS, individually, and ROLLIE CHILDS, individually, and as parents and next friend for KATIE CHILDS, a minor, and SCOTT CHILDS, a minor; PARTRICA CLARK, individually, and as parent and next friend for BRADFORD BURKE, a minor; VICKI CLOANINGER, individuallly, and MICHAEL CLOANINGER, individually, and as parents and next friend for JOSHUA CLOANINGER, a minor; KAREN COCHRAN, individually and, CHARLES COCHRAN, individually, and as parent and next friend for TIMOTHY THOMAS, a minor; ROBERT COCHRAN, individually, and as parent and next friend for TREVOR COCHRAN, a minor, and HEAVEN COCHRAN, a minor; JOHN CROSANO, individually, and CATHERINE CROSANO, individually, and as parents and next friend for LOREN CROSANO, a minor, and HOLLY CROSANO, a minor; TRACEY CROSSNO, individually, and as parent and next friend for PATRICK CROSSNO, a minor, and MIRANDA SINGLETARY, a minor, and MICHAEL SINGLETARY, a minor; MYRA CULLATON, individually, and BRIAN CULLATION, individually, and as parents and next friend for HANK HUSSEY, a minor; and JORDAN HUSSEY, a minor; APRIL CUMMINS,

individually, and JOHN CUMMINS, individually, and as parents and next friend for JOHN CUMMINS, a minor, MATTHEW CUMMINS, a minor; NICHOLAS CUMMINS, a minor, and AMBER CUMMINS, a minor; TERRI DALPE, individually, and RONALD DALPE, individually, and as parents and next friend for EMILY DALPE, a minor, and AMBER DALPE, a minor; CHARLES DEFELICE, individually, and DANIELLE DEFELICE, individually, and as parents and as next friend for ATHENA DEFELICE, a minor, and MICHAEL DEFELICE, a minor; IRENE DENNIS, individually, and as parent and next friend for AMANDA DENNIS, a minor, AMBER DENNIS, a minor, CHRISTOPHER DENNIS, a minor; and AMY DENNIS, a minor; JULIE DOLL, individually, and MARK DOLL, individually, and as parents and next friend for MARA DOLL, a minor, AMANDA DOLL, a minor, BILLY YATES, a minor, and KALEB YATES, a minor; AMBER DRIGGERS, individually, and as parent and next friend for DESMOND DRIGGERS, a minor; ELIZABETH EARLS, individually, and TIMOTHY EARLS, individually, and as parents and next friend for KARL EARLS, a minor; and ASHLEY EARLS, a minor; BRIDGET EDWARDS, individually, and STEVEN EDWARDS, individually, and as parents and next friend for STEPHANIE EDWARDS, a minor; and JASON LYNCH, a minor; PAUL ELWING, individually, and ADAIR ELWING, individually, and as parents and next friend for ANDREW ELWING, a minor; JAYNE EWEN, individually, and as parent and next friend for R.J. EWEN, a minor; and JESSICA EWEN, a minor; ROSE MARY FARRELL, individually, and ROBERT FARRELL, individually, and as parents and next friend for ROBERT FARRELL JR., a minor; CHRISTINE FARRELL, a minor; and BARBARA FARRELL, a minor; REGINA FORD, individually, and as parent and next friend for AMANDA FORD, a minor; CHRISTA FORD, a minor; and SELENA FORD, a minor; BRYAN

FRASHER, individually, and KRISTINA FRASHER individually, and as parents and next friend for CASSIE FRASHER, a minor, BRYAN FRASHER, a minor, CHARIES FRASHER, a minor, and DANIELLE FRASHER, a minor; SUSANNE GARDNES, individually, and as parent and next friend for RACHEL MORRIS, a minor; RHONDA GARRETT, individually, and JAMES GARRETT, individually, and as parents, and next friend for JUSTIN ZINK, a minor; and MIRANDA GARRETT, a minor; MARIAM GATLIN, individually, and BAYYLIS GATLIN, individually, and as parents and next friends for CAROL HOLLIDAY, a minor, DARYL HOLLIDAY, a minor; and JOSEPH TOUCHSTONE, a minor; MELISSA GAY, individually, and as parent and next friend for MICHAEL GAY JR., a minor; CORI GILILEO, individually, and MICHAEL GILILEO, individuallly, and as parents and next friends for MICHAEL GILILEO, a minor, and CAITLIN GILILEO, a minor; MARK GILL, individually, and as parent and next friend for TRACIE GILL, a minor; STEVE GILLOOLEY, individually, and JEANNIE ADAMS, individually, and as parents and next friends for SHAWN GILLOOLEY, a minor, and MATTHEW GILLOOLEY, a minor; AGNES BELL, individually, and as parent and next friend for M. LEIGHTON WARREN, a minor; JOANNE GILMORE, individually, and DOUGLAS GILMORE, individually, and as parents and next friends for LISA GILMORE, a minor; and AMY GILMORE, a minor; KAREN GOGOLIN, individually, and as parent and next friend for JENNIFER ARD, a minor; KATHERINE GOODWIN, individually, and JIMMY GOODWIN, individually, and as parents and next friend for JIMMY GOODWIN, a minor, BOBBY GOODWIN, a minor, MATTHEW GOODWIN, a minor, and THOMAS GOODWIN, a minor; MAUREEN GOODWIN, individually, and WAYNE GOODWIN, individually, and as parents and next friends for JESSICA BARBER, a minor;

MARILYN GORUM, individually, and DANNY GORUM, individually, and as parents and next friend for CORY SIEGESMUND, a minor, and DANNY GORUM, a minor; JACQUELYN GRAHAM, individually, and as parent and next friend for DE'ASHLEY GRAHAM, a minor; and JONA'CEE DERICK, a minor; SANDRA HACKNEY, individually, and LAYMON HACKNEY, individually, and as parents and next friend for TARA PREAST, a minor, and GARY PREAST, a minor; DONNA HAGER, individually, and ROBERT HAGER,individually, and as parents and next friend for ROBIN HAGER, a minor; LAURA HAINES, individually, and as parent and next friend for JESSICA HAINES, a minor, VICTORIA HAINES, a minor, BRADLEY HAINES, a minor, and STEPHEN HAINES, a minor; ROBBIN HAMILTON, individually, and CLETE HAMILTON, individually, and as parents and next friend for CHANTAL HAMILTON, a minor, and SKYLAR HAMILTON, a minor; ANGEL HARRIS, individually, and as parent and next friend for HEATHER HARRIS, a minor; DORINDA HARRIS, individuallly, and JAMES HARRIS, individually, and as parents and next friend for MEGAN ODOM, a minor, and CASEY ODOM, a minor; SHARIE HAYES, individually, and as parent and next friend for BRITTANY HAYES, a minor, STEVEN TITUS, a minor, and MELISSA TITUS, a minor; MARK HEMMING, individually, and THERESA HEMMING, individually, and as parents and next friend for RAYMOND HEMMING, a minor, KRISTEN SIZEMORE, a minor, and TIERRA WIENOID, a minor; CRAIG HILL, individually, and WILMA HILL, individually, and as parents and next friend for CRAIG HILL JR., a minor, JENNIFER HILL, a minor, and JOSHUA HILL, a minor; CONTINA HILLMAN, individually, and DWAYNE WILLIAMS, individually, and as parents and next friend for DESIRAY WILLIAMS, a minor; and DWAYNE RENTZ, a minor; SHIRLEY HILSON, individually, and as parent and next friend for

MARY ANN FRANKLIN, a minor; and JERRY HILSON, a minor; LISA HITT, individually, and BRUCE HITT, individually, and as parents and next friend for MICHAEL RANAURO, a minor, MICHELLE RANAURO, a minor, KATIE RANAURO, a minor, MOLLY RANAURO, a minor, and TYLER RANAURO, a minor; SHARON HORNSBY, individually, and FREDERIC HORNSBY, JR., individually, and as parents and next friend for FREDERIC HORNSBY III, a minor, and JULIA HORNSBY, a minor; DANIEL HOWELL, individually, and TIFFANY HOWELL, individually, and as parents and next friend for COREY GOBLE, a minor, and COTY GOBLE, a minor; PAUL HOWELL, individually, and as parent and next friend for KRISTY HOWELL, a minor; HOLLY HUFFMAN, individually, and as parent, and next friend of BRANDON HUFFMAN, a minor, and BRITTANY HUFFMAN, a minor; APRIL HUGGINS, individually, and JAMES HUGGINS, individually, and as parents and next friend for JAMES HUGGINS JR., a minor, and GARY HUGGINS, a minor; DAVID HUNT, individually , and as parent and next friend of MARY HUNT, a minor; JAMES JENKINS, individually, and PAMELA JENKINS, individually, and as parents and next friend for ASHLEY MCCOY, a minor, and CHARLES MCCOY, a minor; LORAINA JOHNSON, individually, and WILLIAM STOKES, individually, and as parents and next friend for LEILA JOHNSON, a minor; BILLY JOHNSON, individually, and ROBYN JOHNSON, individually, and as parents and next friend for MEGAN STEARNS, a minor; RICHARD JOYCE, JR., individually, and MELISSA MANN, individually, and as parents and next friend for ASHLEY MANN, a minor, and BRANDON JOYCE, a minor; BETH KEIGANS, individually, and RAYMOND KEIGANS, individually, and as parents and next friend for SARAH KEIGANS, a minor; ROSALIE KELLEY, individually, and BOBBY KELLEY, individually, and as parents and next friend for

CHRISTOPHER KELLEY, a minor, JESSICA KELLEY, a minor, and BOBBY KELLEY, a minor; ARMANDA KELLY, individually, and ROBERT KELLY, individually, and as parents and next friend for KATHERINE KELLY, a minor; KEENON KELLY, individually, and HOLLY KELLY, individually, and as parents and next friend for JOHN KELLY, a minor, ELIZABETH KELLY, a minor; ALVIS KENNEDY, individually, and A.V. KENNEDY, individually, and as parents and next friend for ANDREW KENNEDY, a minor, AARON KENNEDY, a minor, and ALEXANDRIA KENNEDY, a minor; KATHRYN KOVALASKI, individually, and MICHAEL FARRELL, individually, and as parents and next friend for LAUREN FARRELL, a minor; DEBI KREBS, individually, and KEN KREBS, individually, and as parents and next friend for SHANE KREBS, a minor; and SHAWN KREBS, a minor; KATHLEEN KUHN, individually, and as parent and next friend for AMANDA GEORGE, a minor, and DANIEL GEORGE, a minor; DEBORAH LEACH, individually, and DANIEL LEACH, individually, and as parents and next friend for JOSEPH LEACH, a minor; LAURA LETCHWORTH, individually, and BRUCE LETCHWORTH, individually, and as parents and next friend for LINDSEY LETCHWORTH, a minor; BERNARD LETZINGER, individually, and PATRICIA LETZINGER, individually, and as parents and next friend for JACKIE LETZINGER, a minor; KELLY LINDSEY, individually, and as parent and next friend for MICHAEL FLOOD, a minor, STEVEN LINDSEY, a minor; and BRYANT LINDSEY, a minor; GAIL LOCKE, individually, and as parent and next friend for AMANDA LOCKE, a minor, STEVEN LOCKE, a minor, NATASHA LOCKE, a minor, and JOHN LOCKE, a minor; PAMELA LOUIS, individually, and RICHARD LOUIS, individually, and as parents and next friend for DAVID LOUIS, a minor, ROBERT LOUIS, a minor, and ANDREW LOUIS, a minor; KAY MAHAR, individually, and JAMES MAHAR,

individually, and as parents and next friend for RYAN MAHAR, a minor, and TARA MAHAR, a minor; CARLA MARCELLO, indiviudally, and as parent, and next friend for ANGELA MARCELLO, a minor; LISA MATHERS, individually, and ERNIE MATHERS, individually, and as parents and next friend of BRITTANY MATHERS, a minor, CHASITY MATHERS, a minor, and HARLEA MATHERS, a minor; DWIGHT MATTHEWS, individually, and SHERRY MATTHEWS, individually, and as parents and next friend of DERRICK MATTHEWS, a minor, and KALEB MATTHEWS, a minor; DIALNE MCCALL, individually and as parent and next friend of DALLAS MCCALL, a minor, BETHANY MCCALL, a minor, and ANGELA MCCALL, a minor; JENNIFER MCCOURT, individually, and as parent, and next friend for DAVID MORRISON, a minor; MICHELLE MCDONALD, individually and as parent and next friend for TIFFANY MCDONALD, a minor; HEATHER MCELWER, individually, and as parent and next friend for AARON MCELWER, a minor, and CORY MCELWER, a minor; ANTOINETTE MCINTYRE, individually, and as parent and next friend for DANIEL KING, a minor, MATTHEW KING, a minor, and TERESA KING, a minor; ALYCE MCMANUS, individually, and MICHAEL MCMANUS, individually, and as parents and next friend for ALEX MCMANUS, a minor, DOMINICK MCMANUS, a minor; MICHELLE MERRIETT, individually, and BOBBY TAYLOR, individually, and as parents and next friend for JAMES TAYLOR, a minor, and MICHAEL MERRIETT, a minor; D. JUAL MOORE, individually, and MARK MOORE, individually, and as parents and next friend for JACOB WOLFF, a minor, and KARLIE WOLFF, a minor; BARBARA MORRIS, individually, and as parent and next friend for CASSIE MORRIS, a minor; EDITH MORRISON, individually, and as parent and next friend for SUSANNA MORRISON, a minor, and ASHLEY MEANS, a minor; TONYA MULLAN,

individually, and as parent and next friend for TABITHA MULLAN, a minor, KIRT MOORE, a minor, and JEFFERY MULLAN, a minor; DEBBRA NAVARRO, individually, and PAULINO NAVARRO, individually, and as parents, and next friends for JACINTO NAVARRO, a minor; KIRSTINE NICKS, individually, and as parent and next friend for LEWIS PARKER, JR., a minor; DONNA OGLETREE, individually, and as parent and next friend for RYAN OGLETREE, a minor; FRED PECHE, individually, and ANGELA PECHE, individually, and as parents and next friend for CHELSEA PECHE, a minor; ROBERT PICKERING, individually, and as parent and next friend for ALLISON PICKERING, a minor; RACHEL PRADO, individually, and ELOY PRADO, individually, as parents and next friend for TASHEENA AGUILERA, a minor, and JOSE AGUILERA JR., a minor; RICHY PRATHER, individually, and GWEN PRATHER, individually, and as parents and next friend for JENNIFER PRATHER, a minor; LISA PRICE, individually, and SCOTT PRICE, individually, and as parents and next friend for CRYSTAL PRICE, a minor, and TONY PRICE, a minor; RANDY PYLE, individually, and PENNI PYLE, individually, and as parents and next friend for ASHLEY PYLE, a minor, and RANDALL PYLE, a minor; BRENDA RAYBORN, individually, and TIMOTHY RAYBORN, individually, and as parents and next friend for JASON RAYBORN, a minor, and CIANNA RAYBORN, a minor; KATRINIA RAYBORN, individually, and KIM RAYBORN, individually, and as parents and next friend for SELINA RAYBORN, a minor; J. PAUL REVECS, individually, and as parent and next friend for JOHATHAN REVECS, a minor; LARRY REIBSOME,SR., individually, and MARGIE REIBSOME, individually, and as parents and next friend for DIANE REIBSOME, a minor; MICHELLE RICHARDS, individually, and DOUGLAS RICHARDS, individually, and as parents and next friend for MITCHELL

RICHARDS, a minor, and MARIAH RICHARDS, a minor; LEANNE RIMES, individually, and as parent and next friend for BRITTANY RIMES, a minor; ALTA RODGERS , inidvidually, and MICHAEL RODGERS, SR., individually, and as parents and next friend for MICHAEL RODGERS, JR., a minor, and BRANDON RODGERS, a minor; ALLEN SALE, individually, and as parent and next friend for CHRISTOPHER SALE, a minor; KIMBERLY SANDERS, individually, and as parent and next friend for JAMES SANDERS, a minor, JOHNATHAN SANDERS, a minor, JOSEPH SANDERS, a minor, and JEREMY SANDERS, a minor; GLORIA SCOTT, individually, and THOMAS SCOTT, individually, and as parents and next friend for JENNIFER SCOTT, a minor, and CHRIS SCOTT, a minor; LEE SHIRA, individually, and as parent and next friend for MICHELLE SHIRA, a minor; BRYAN SIDDELL, individually, and as parent and next friend for CYNTHIA SIDDELL, a minor; REBECCA SKINNER, individually, and as parent and next friend for KATLYN SKINNER, a minor; LARRY SMITH, individually, and as parent and next friend for BEAU DEAVER, a minor; RENEE SMITH, individually, and CHARLES SMITH, individually, and as parents and next friend for SARAH SMITH, a minor; CHARLES SNELL, individually, and SUSAN SNELL, individually, and as parents and next friend for JESSICA SNELL, a minor, and DARRYL DODGE, a minor; ROBERT SOLOMON JR., individually, and DEBRA SOLOMON, individually, and as parents and next friend for BRANDY SOLOMOM, a minor, and CARRIE SOLOMOM, a minor; STACEY SPROUSE, individually, and MICHAEL SPROUSE, individually, and as parents and next friend for LINDSEY JOHNSON, a minor, SAMANTHA JOHNSON, a minor, and ASHLEY SPROUSE, a minor; PAMELA STEFFEY, individually, and NEWTON STEFFEY, individually, and as parents and next friend for STEVEN

STEFFEY, a minor, and AMBER STEFFEY, a minor; TERRY STOELTON, individually, and MARK STOELTON, individually, and as parents and next friend for DERRICK STOELTON, a minor; IOLANTHE STOKES, individually, and DAVID STOKES, individually, and as parents and next friend for PORTIA FREMGEN, a minor, CRYSTAL WOOD, a minor, and LEAH STOKES, a minor; KIMBERLY STRICKLAND, individually, and as parent and next friend for AARON STRICKLAND, a minor, and SPENCER STRICKLAND, a minor; ANNA SUTTER, individually, and as parent and next friend for SARAH SUTTER, a minor, and DANNY SUTTER, a minor; ALICE TALMADGO, individually and as parent and next friend for STEPHANIE DEGROAT, a minor, and JAMIE WROBEL, a minor; CHARLES TAYLOR SR., individually, and KATHRYN TAYLOR, individually, and as parents and next friend for BRENDA TAYLOR, a minor, and CHARLES TAYLOR JR., a minor; ANDREW TOOLE, individually, and FRANCES TOOLE, individually, and as parents and next friend for JENIFER TOOLE, a minor, and ANDREA TOOLE, a minor; JOHN TRIBUIANI, individually, and JOAN TRIBUIANI, individually, and as grandparents and next friend for CHRISTOPHER GOODSON, a minor, STEPHANIE GOODSON, a minor, and JOSHUA GOODSON, a minor; MICHAEL TRUAX, individually, and CAROL TRUAX, individually, and as parents and next friend for KAYLA TRUAX, a minor, GRANT TRUAX, a minor, and BRITTNEY TRUAX, a minor; SHAWN TRUAX, individually, and as parent and next friend for JESSICA TRUAX, a minor; THEODORE VANDEVENDER, individually, and TAMMY VANDEVENDER, individually, and as parents and next friend for JAMES VANDEVENDER, a minor, and LEEANNA VANDEVENDER, a minor; ROSALIE VANDIVER, individually, and as parent and next friend for RACHEL VANDIVER, a minor;

KAREN VINYARD, individually, and STEVE VINYARD, individually, and as parents and next friend for STEPHANIE BARDELL, a minor; THOMAS WAGNER, individually, and KIMBERLY WAGNER, individually, and as parents and next friend for THOMAS WAGNER, a minor; ELIZABETH WARE, individually, and ANTHONY WARE, individually, and as parents and next friend for TIERA HENDERSON, a minor, MICHAEL HENERSON, a minor, CHRISTOPHER HENDERSON, a minor, FLOYD HENDERSON, a minor, and DION HENDERSON, a minor; REGINA WEARE, individually and as parent and next friend for NICHOLAS WEARE, a minor; CHARLES WEAVER, individually, and TABETHA WEAVER, individually, and as parents and next friend for DEIDRA BRASWELL, a minor, MEGHAN BRASWELL, a minor, CHARLES WEAVER, a minor, and ALEXANDER WEAVER, a minor, and MELANIE WEAVER, a minor; ROBERT WEESE, individually, and DARLENE WEESE, individually, and as parents and next friend for AMANDA AMANS, a minor, and JAMES AMANS, a minor; KIMBERLY WILKES, individually, and RICHARD WILKES, individually, and as parents and next friend for RICHARD WILKES II, a minor, and ASHLEY WILKES, a minor; SHERI WILLIAMS, individually, and as parents, and next friend for FRANK DENHAM, a minor, and JOSHUA DENHAM, a minor; BRENDA WILSON, individually, and as parent and next friend for SHANE WILSON, a minor; TERRA WILSON, individually, and as parent and next friend for DANAE WILSON, a minor; TONYA WILSON, individually, and as parent and next friend for

MATTHEW PUHAK, a minor.

Plaintiffs,

vs.

POLK COUNTY SCHOOL BOARD, A poilitical subdivision of the State of Florida, and GLENN REYNOLDS, in his official capacity as Superintendent of the Polk County Schools,

Defendants.

_______________________________________ /

## COMPLAINT, REQUEST FOR INJUNCTIVE AND DEMAND FOR JURY TRIAL

COMES NOW, the Plaintiffs, by and through their undersigned attorney, and sue the Defendants, request injunctive and declaratory relief, demand a jury trial, and states as follows:

## STATEMENT OF THE CASE

1. This is an action for damages, injunctive relief and declaratory relief to protect the Plaintiffs' constitutional rights pursuant to the United States and Florida Constitutions, and to prevent the Defendants from depriving the Plaintiffs under color of state law, ordinance, regulation, rule, custom or usage their constitutional rights pursuant to the United States and Florida Constitutions, as the result of the Defendants officially adopting and implementing a mandatory school uniform dress code for Polk County public schools that is unconstitutional on its face and in its application.

## PARTIES

2. Plaintiff Rosella Albrigo is an adult resident of Winter Haven, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as parent and next friend of Timmy Hancock, a minor child, who is 11 years old, and is currently in 5th grade at Boswell Elementary School, and Logan Hancock, a minor child who is 10 years old, and is currently in 4th grade at Boswell Elementary School, .

3. Plaintiff Cathy Ambrose is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Steve Battle is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Jesse Battle, a minor child, who is 12 years of age, and is currently in the 7th grade at Crystal Lake Middle School, and Shannon Battle, a minor child , who is 9 years of age, and is currently in the 4th grade at Cleveland Court Elementary School.

4. Plaintiff Steve Ambrose is an adult resident of Polk City, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Toni Ambrose is an adult resident of Polk City, Polk County, Florida, a parent of child ren

currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Stefan Ambrose, a minor child, who is 10 years of age, and is currently in the 5th grade at Lake Alfred Elementary Middle School, and Simon Ambrose, a minor child , who is 9 years of age, and is currently in the 4th grade at Lake Alfred Elementary School.

5. Plaintiff Penny Bailey is an adult resident of Mulberry, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as parent and next friend of Kenneth Bailey, a minor child, who is 11 years old, and is currently in 6th grade at Mulberry Middle School.

6. Plaintiff Michael Barton is an adult resident of Winter Haven, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Sally Barton is an adult resident of Winter Haven, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Alicia Barton, a minor child, who is 13 years of age, and is currently in the 7h grade at Denison Middle School.

7. Plaintiff Leah Batson is an adult resident of Lake Wales, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Jay Batson is an adult resident of Lake Wales, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Andrew Batson, a minor child, who is 7 years of age, and is currently in the 1st grade at Hillcrest Elementery School, and Kenneth Batson, a minor, who is 12 years old, and is currently in the 6th grade at McLaughlin Middle School.

8. Plaintiff James Beckett is an adult resident of Winter Haven, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. He brings this lawsuit as an individual, taxpayer and parent. He also brings this lawsuit as parent and next friend of Nikki Beckett, a minor child, who is 5 years old, and is currently in Kindergarden at Lake Ship Elementary School.

9. Plaintiff Chalmas H. Bishop is an adult resident of Waverly, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Elizabeth Bishop is an adult resident of Walverly, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Chalmas Bishop, a minor child, who is 9 years of age, and is currently in the 4th grade at Janie Howard Elementary School.

10. Plaintiff Charles Bondy is an adult resident of Lake Wales, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Nadaja Bondy is an adult resident of Lake Wales, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Angel Bondy, a minor child, who is 5 years of age, and is currently in Kindergarden at J.H.W. Elementary School.

11. Plaintiff Samantha Bonilla is an adult resident of Arburndale, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as parent and next friend of Rene Bonilla, a minor child, who is 9 years old, and is currently in the 4th grade at Auburndale Central Elementary School.

12. Plaintiff Victoria Boomer is an adult resident of Winter Haven, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as parent and next friend of Joshua Boomer, a minor child, who is 9 years of age, and is currently in the 3rd grade at Garner Elementery School.

13. Plaintiff Robert Bosch is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. He brings this lawsuit as an individual, taxpayer and parent. He also brings this lawsuit as parent and next friend of Robert Bosch, a minor child, who is 11 years of age, and is currently in the 6th grade at South West Middle School, John Bosch, a minor child , who is 9 years of age, and is currently in the 4th grade at Medulla Elementary School, and Bridget Bosch, a minor child, who is 7 years of age, and is currently in 1st grade at Medulla Elementary School, a Polk County Public School.

14. Plaintiff Richard Bracewell is an adult resident of Lakeland, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. He brings this lawsuit as an individual, taxpayer and parent. He also brings this lawsuit as parent and next friend of Dustin Bracewell, a minor child, who is 13 years old, and is currently in the 8th grade at Lake Gibson Middle School.

15. Plaintiff David Brown is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. He brings this lawsuit as an individual, taxpayer and parent. He also brings this lawsuit as parent and next friend of Amanda Brown, a minor child, who is 12 years old, and is currently in the 7th grade at Bartow Middle School, and Ariel Brown, a minor child, who is 7 years of age, and is currently in the 2nd grade at Highland City Elementary.

16. Plaintiff Wendy Byrd is an adult resident of Winter Haven, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as parent and next friend of Adam Byrd, a minor child, who is 10 years old, and is currently in the 5th grade at Eagle Lake Elementary School

17. Plaintiff, Christine Cornley is an adult resident of Winter Haven, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Timothy Cornley is an adult resident of Winter Haven, Polk County, Florida, and a taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Krystal Berouty, who is 14 years of age, and is currently in the 8th grade s at Westwood Middle School; and Heather Berouty, who is 11 years of age, and currently in the 6th grade and Westwood Middle School.

18. Plaintiff Heidi Childs is an adult resident of Auburndale, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Rollie Childs is an adult resident of Auburndale, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Katie Childs, a minor child, who is 10 years old, and is currently in the 5th grade at Boswell Elementary School, and Scott Childs, a minor, who is 8 years old, and is currently in the 3rd grade at Boswell Elementary School.

19. Plaintiff Patricia Clark is an adult resident of Lakeland, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as parent and next friend of Bradford Clark, a minor child, who is 7 years old, and is currently in the 2nd grade at Crystal Lake Elementary School.

20. Plaintiff Vicki Cloaninger is an adult resident of Mulberry, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Michael Cloaninger is an adult resident of Mulberry, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parent. They also bring this lawsuit as parents and next friend of Joshua Cloaninger, a minor child, who is 11 years of age, and is currently in 5th grade at Purcell Elementary School.

21. Plaintiff Karen Cochran is an adult resident of Lakeland, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Charles Cochran is an adult resident of Lakeland, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Timothy Thomas, a minor child, who is 7 years of age, and is currently in 2nd grade at Winston Elementary School.

22. Plaintiff Robert Cochran is an adult resident of Polk City, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. He brings this lawsuit as an individual, taxpayer and parent. He also brings this lawsuit as parent and next friend of Trevor Cochran, a minor child, who is 12 years old, and is currently in the 7th grade at Lake Alfred Middle School, and Heaven Cochran, a minor child, who is 8 years of age, and is currently in the 2nd grade at Lena Vista Elementary.

23. Plaintiff John Crosano is an adult resident of Winter Haven, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Catherine Crosano is an adult resident of Winter Haven, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Loren Crosano, a minor child, who is 15 years of age, and is currently

in 8th grade at Westwood Middle School, and Holly Crosano, a minor child, who is 12 years of age, and is currently in the 5th grade at Gardner Elementary School.

24. Plaintiff Tracy Crossno is an adult resident of Lakeland, Polk County, Florida, a arent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as parent and next friend of Patrick Crossno, a minor child, who is 8 years old, and is currently in the 3rd grade at Highland City Elementary School, Miranda Singletary a minor child, who is 10 years of age, and is currently in the 5th grade at Highland City Elementary School, and Michael Singletary, a minor child, who is 11 years of age, and is currently in the 6th grade at Bartow Middle School.

25. Plaintiff Myra Cullaton is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Brian Cullaton is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Hank Hussey, Jr., a minor child, who is 13 years old, and is currently in the 8th grade at Stambaugh Middle School, and Jordan Hussey a minor child, who is 6 years of age, and is currently in the 1st grade at Lena Vista Elementary.

26. Plaintiff April Cummins is an adult resident of Davenport, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff John Cummins is an adult resident of Davenport, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of John Cummins, a minor child, who is 11 years old, and is currently in the 6th grade at Boone Middle School, Matthew Cummins, a minor child, who is 9 years of age, and is currently in the 3rd grade at Loughman Oaks Elementary School, Nicholas Cummins, a minor child, who is 7 years of age, and is currently in the 1st grade at Loughman Oaks Elementary School, and Amber Cummins, a minor child, who is 5 years of age, and is currently in Kindergarden at Loughman Oaks Elementary School.

27. Plaintiff Terri Dalpe is an adult resident of Winter Haven, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Ronald Dalpe is an adult resident of Winter Haven, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by

the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Emily Dalpe, a minor child, who is 13 years old, and is currently in the 8th grade at Westwood Middle School, and Amber Dalpe, a minor child, who is 9 years of age, and is currently in the 4th grade at Gardner Elementary School.

28. Plaintiff Charles DeFelice is an adult resident of Winter Haven, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Danielle DeFelice is an adult resident of Winter Haven, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Athena DeFelice, a minor child, who is 9 years old, and is currently in the 4th grade at Gardner Elementary School, and Michael DeFelice, a minor child, who is 7 years of age, and is currently in the 1st grade at Gardner Elementary School.

29. Plaintiff Irene Dennis is an adult resident of Waverly, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as parent and next friend of Amanda Dennis, a minor child, who is 10 years old, and is currently in the 5th grade at Hillcrest Elementary School, Amber Dennis, a minor child, who is 9 years of age, and is currently in the 4th grade at Hillcrest Elementary School, Christopher Dennis, a minor child, who is 7 years of age, and is currently in the 2nd grade at Hillcrest Elementary, and Amy Dennis, a minor child, who is 6 years of age, and is currently in Kindergarden at Hillcrest Elementary.

30. Plaintiff Julie Doll is an adult resident of Highland City, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Mark Doll is an adult resident of Highland City, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Mara Doll, a minor child, who is 10 years old, and is currently in the 4th grade at Highland City Elementary School, and Amanda Doll, a minor child, who is 5 years of age, and is currently in Kindergarden at Highland City Elementary School, Billy Yates, a minor child, who is 11 years of age and is currently in the 5th grade at Highland City Elementary School, and Kaleb Yates, a minor child, who is 10 years of age, and is currently in the 4th grade at Stephens Elementary School.

31. Plaintiff Amber Driggers is an adult resident of Bartow, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent

by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as parent and next friend of Desmond Driggers, a minor child, who is 4 years old, and is currently in Pre-Kindergarden at Alturas Elementary School.

32. Plaintiff Elizabeth Earls is an adult resident of Winter Haven, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Timothy Earls is an adult resident of Winter Haven, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Karl Earls, a minor child, who is 10 years old, and is currently in the 5th grade at Inwood Elementary School, and Ashley Earls, a minor child, who is 8 years of age, and is currently in the 3rd grade at Inwood Elementary School.

33. Plaintiff Bridget Edwards is an adult resident of Lakeland, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Steven Edwards is an adult resident of Lakeland, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent. They also bring this lawsuit as parents and next friend of Stephanie Edwards, a minor child, who is 5 years old, and is currently in Kindergarden at Wendell Elementary School, a Polk County Public School.

34. Plaintiff Paul Elwing is an adult resident of Lakeland, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Adair Elwing is an adult resident of Lakeland, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Andrew Elwing, a minor child, who is 13 years old, and is currently in the 8th grade at Sleepyhill Middle School.

35. Plaintiff Jayne Ewen is an adult resident of Winter Haven, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as Parent and next friend of R.J. Ewen, a minor child, who is 9 years old, and is currently in the 5th grade at Elbert Elementary School, and Jessica Ewen, a minor child, who is 7 years of age, and is currently in the 2nd grade at Elbert Elementary School.

36. Plaintiff Rose Mary Farrell is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Robert Farrell is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Robert Farrell Jr., a minor child, who is 10 years old, and is currently in the 5th grade at Dixieland Elementary School, Christine Farrell, a minor child, who is 8 years of age, and is currently in the 3rd grade at Dixieland Elementary School, and Barbara Farrell, a minor child, who is 6 years of age, and is currently in the 1st grade at Dixieland Elementary School.

37. Plaintiff Regina Ford is an adult resident of Lake Hamilton, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as Parent and next friend of Amanda Ford, a minor child, who is 12 years old, and is currently in the 7th grade at Dundee Middle School, Christa Ford, a minor child, who is 11 years of age, and is currently in the 5th grade at Alta Vista Elementary School, and Selena Ford, a minor child, who is 9 years of age, and is currently in the 2nd grade at Alta Vista Elementary School.

38. Plaintiff Kristina Frasher is an adult resident of Bartow, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Bryan Frasher is an adult resident of Bartow, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Cassie Frasher, a minor child, who is 13 years old, and is currently in the 8th grade at Bartow Middle School, Bryan Frasher, Jr., a minor child, who is 7 years of age, and is currently in the 1st grade at Gibbons Street Elementary School, Charles Frasher, a minor child, who is 5 years of age, and is currently in Kindergarden at Gibbons Street Elementary School, and Danielle Frasher, a minor child, who is 4 years of age, and is currently in Pre-Kindergarden at Gibbons Street Elementary School..

39. Plaintiff Susanne Gardnes is an adult resident of Haines City, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as Parent and next friend of Rachel Morris, a minor child, who is 11 years old, and is currently in the 5th grade at Eastside Elementary School.

40. Plaintiff Rhonda Garrett is an adult resident of Polk City, Polk County, Florida, a

parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff James Garrett is an adult resident of Polk City, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Justin Zink, a minor child, who is 8 years old, and Miranda Garrett, a minor child, who is 7 years of age. Because of the Dress Code, Ms. Garrett removed the children from the Polk County School system. The children are currently home schooled.

41. Plaintiff Mariam Gatlin is an adult resident of Bartow, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Baylis Gatlint is an adult resident of Bartow, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Carol Holliday, a minor child, who is 13 years old, and is currently in the 8th grade at Bartow Middle School, Daryl Holliday, a minor child, who is 10 years of age, and is currently in the 5th grade at Eagle Lake Elementary School, and Joseph Touchstone, a minor child, who is 11 years of age, and is currently in the 6th grade at Westwood Middle School.

42. Plaintiff Melissa Gay is an adult resident of Bartow, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as parent and next friend of Michael Gay, Jr., a minor child, who is 8 years old, and is currently in the 3rd grade at Floral Ave. Elementary School.

43. Plaintiff Cori Gilileo is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Michael Gilileo, Sr. is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Michael Gilileo, Jr., a minor child, who is 9 years old, and is currently in the 3rd grade at Lime Street Elementary School, and Caitlin Gilileo, a minor child, who is 8 years of age, and is currently in the 3rd grade at Lime Street Elementary School.

44. Plaintiff Mark Gill is an adult resident of Lakeland, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She

brings this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as parent and next friend of Tracie Gill, a minor child, who is 14 years old, and is currently in the 8th grade at Kathleen Middle School.

45. Plaintiff Steve Gillooley is an adult resident of Homeland, Polk County, Florida, a parent of children currently attending a Polk county public school, and a taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public shcools. Plaintiff Jeannie Adams is an adult resident of Homeland, Polk County Florida, a parent of children currently attending a Polk County public school, and a taxpayer whose taxes are spent by the Polk Count School Board. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Shawn Gillooley, who is 9 years old and is currently in the 3rd grade Gibbons Street Elementary, and Matthew Gillooley, who is 8 years old and is currently in the 3rd grade at Gibbons Street Elementary.

46. Plaintiff Agnes Bell is an adult resident of Lakeland, Polk County, Florida, a Grandparent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and grandparent. She also brings this lawsuit as grandparent and next friend of Leighton Warren, a minor child, who is 6 years old, and is currently in Kindergarden at Doris Sanders Learinging Center.

47. Plaintiff Joanne Gilmore is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Douglas Gilmore is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Lisa Gilmore, a minor child, who is 13 years old, and is currently in the 8th grade at Kathleen Middle School, and Amy Gilmore, a minor child, who is 11 years of age, and is currently in the 6th grade at Kathleen Middle School.

48. Plaintiff Karen Gogdin is an adult resident of Lake Alfred, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as parent and next friend of Jennifer Ard, a minor child, who is 11 years old, and is currently in the 6th grade at Lake Alfred Middle School, a Polk County Public School.

49. Plaintiff Katherine Goodwin is an adult resident of Highland City, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Jimmy Goodwin is an adult resident of Highland City, Polk County, Florida,

a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Jimmy Goodwin, a minor child, who is 12 years old, and is currently in the 6th grade at Bartow Middle School, Bobby Goodwin, a minor child, who is 11 years of age, and is currently in the 4th grade at Highland City Elementary School, Matthew Goodwin, a minor child, who is 9 years of age, and is currently in the 2nd grade at Highland City Elementary School, and Thomas Goodwin, a minor child, who is 7 years of age, and is currently in the 1st grade at Highland City Elementary School..

50. Plaintiff Marilyn Gorum is an adult resident of Bartow, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Danny Gorum is an adult resident of Bartow, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Cory Siegesmund, a minor child, who is 9 years old, and is currently in the 3rd grade at Gibbons Elementery School, and Danny Gorum, a minor child, who is 6 years of age, and is currently in Kindergarden at Gibbons Street Elementery School.

51. Plaintiff Maureen Goodwin is an adult resident of Lakeland, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Wayne Goodwin is an adult resident of Lakeland, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Jessica Barber, a minor child, who is 8 years old, and is currently in the 3rd grade at Crystal Lake Elementary School.

52. Plaintiff Jacquelyn Graham is an adult resident of Bartow, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as parent and next friend of De'Ashley Graham, a minor child, who is 9 years old, and is currently in the 3rd grade at Stephens Elementary School, and Jona'cee Derick, a minor child, who is 5 years of age, and is currently in Kindergarden at Stephens Elementary School.

53. Plaintiff Donna Hager is an adult resident of Winter Haven, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Robert Hager is an adult resident of Winter Haven, Polk County, Florida, a parent

of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals taxpayers and parents. They also bring this lawsuit as parents and next friend of Robin Hager, a minor child, who is 14 years old, and is currently in the 8th grade at Westwood Middle School.

54. Plaintiff Laura Haines is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She bring this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as parent and next friend of Jessica Haines, a minor child, who is 11 years old, and is currently in the 5th grade at Lime Street Elementary School, Victoria Haines, a minor child, who is 8 years old, and is currently in the 3rd grade at Lime Street Elementary School, Bradley Haines, a minor child, who is 7 years of age, and is currently in the 2nd grade at Lime Street Elementary School, and Stephan Haines, a minor child, who is 7 years of age, and is currently in the 2nd grade at Lime Street Elementary School.

55. Plaintiff Robbin Hamilton is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Clete Hamiltonis an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Chantal Hamilton, a minor child, who is 11 years old, and is currently in the 6th grade at Kathleen Middle School, and Skylar Hamilton, a minor child, who is 5 years old, and is currently in Kindergarden at Socrum Elementary School.

56. Plaintiff Angel Harris is an adult resident of Bartow, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as parent and next friend of Heather Harris, a minor child, who is 11 years old, and is currently in the 5th grade at Floral Ave. Elementary School.

57. Plaintiff Dorinda Harris is an adult resident of Auburndale, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff James Harris an adult resident of Auburndale, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Megan Odom, a minor child, who is 9 years old, and is currently in the 4th grade at

Lena Vista Elementery School, and Casey Odom, a minor child, who is 6 years old, and is currently in the 1st grade at Lena Vista Elementery School.

58. Plaintiff Sharie Hayes is an adult resident of Ft. Meade, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as parent and next friend of Brittany Hayes, a minor child, who is 5 years old, and is currently in Kindergarden at Lewis Elementary School, Steven Titus, a minor child, who is 8 years old, and is currently in the 2nd grade at Lewis Elementary School, and Melissa Titus, a minor child, who is 9 years old, and is currently in the 3rd grade at Lewis Elementary School.

59. Plaintiff Mark Hemming is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Theresa Hemming is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Raymond Hemming, a minor child, who is 8 years old, and is currently in the 3rd grade at Carlton Palmore Elementary School, Kristen Sizemore, a minor child, who is 10 years old, and is currently in the 5th grade at Carlton Palmore Elementary School, and Tierra Wienoid, a minor child, who is 12 years old, and is currently in the 7th grade at Lakeland Highland Middle School.

60. Plaintiff Craig Hill is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Wilma Hill is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Craig Hill Jr., a minor child, who is 13 years old, and is currently in the 8th grade at Kathleen Middle School, Jennifer Hill, a minor child, who is 12 years old, and is currently in the 7th grade at Kathleen Middle School, and Joshua Hill, a minor child, who is 7 years old, and is currently in the 2nd grade at Socrum Elementary School.

61. Plaintiff Contina Hillman is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Dwayne Williams is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents

and next friend of Desiray Williams, a minor child, who is 6 years old, and is currently in the 1st grade at Combee Elementary School, and Dwayne Rentz, a minor child, who is 8 years old, and is currently in the 3rd grade at Jewitt Elementary School.

62. Plaintiff Shirley Hilson is an adult resident of Winter Haven, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as Parent and next friend of Mary Ann Franklin, a minor child, who is 6 years old, and is currently in the 1st grade at Garner Elementary School, and Jerry Hilson, a minor child, who is 4 years old, and is currently in Pre-Kindergarden at Garner Elementary School.

63. Plaintiff Lisa Hitt is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Bruce Hitt is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Michael Ranauro, a minor child, who is 14 years old, and is currently in the 8th grade at Kathleen Middle School, Michelle Ranauro, a minor child, who is 12 years old, and is currently in the 6th grade at Kathleen Middle School, Katie Ranauro, a minor child, who is 9 years of age, and is currently in the 4th grade at Kathleen Elementary School, Molly Ranauro, a minor child, who is 8 years old, and is currently in the 2nd grade at Kathleen Elementary School, and Tyler Ranauro, a minor child, who is 5 years of age, and is currently in Kindergarden at Kathleen Elementary School.

64. Plaintiff Sandra Hackney is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Laymon Hackney is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Tara Preast, a minor child, who is 12 years old, and is currently in the 7th grade at Southwest Elementary School, and Gary Preast, a minor child, who is 9 years old, and is currently in the 2nd grade at Medulla Elementary School.

65. Plaintiff Sharon Hornsby is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Frederic Hornsby, Jr. is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public

schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Frederic Hornsby III, a minor child, who is 9 years old, and is currently in the 3rd grade at Scott Lake Elementary School, and Julie Hornsby, a minor child, who is 11 years old, and is currently in the 5th grade at Scott Lake Elementary School.

66. Plaintiff Daniel Howell is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Tiffany Howell. is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Corey Goble, a minor child, who is 13 years old, and is currently in the 8th grade at Lake Gibson Middle School, and Coty Goble, a minor child, who is 10 years old, and is currently in the 5th grade at Edgar Padgett Elementary School.

67. Plaintiff Paul Howell is an adult resident of Lakeland, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. He brings this lawsuit as an individual, taxpayer and parent. He also brings this lawsuit as parent and next friend of Kristy Howell, a minor child, who is 13 years old, and is currently in the 7th grade at Sleepy Hill Middle School.

68. Plaintiff Holly Huffman is an adult resident of Lakeland, Polk County, Florida, a arent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as parent and next friend of Brandon Huffman, a minor child, who is 12 years old, and is currently in the 7th grade at Lake Alfred Middle School, and Brittany Huffman, a minor child, who is 10 years old, and is currently in the 5th grade at Polk City Elementary School.

69. Plaintiff April Huggins is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff James Huggins is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of James Hugins, a minor child, who is 12 years old, and is currently in the 7th grade at Crystal Lake Middle School, and Gary Huggins, a minor child, who is 9 years old, and is currently in the 2nd grade at Oscar J. Pope Elementary School.

70. Plaintiff Christopher Hughes is an adult resident of Winter Haven, Polk County,

Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Debora Hughes is an adult resident of Winter Haven, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Jeremy Hughes, a minor child, who is 13 years old, and is currently in the 8th grade at Denison Middle School.

71. Plaintiff David Hunt is an adult resident of Lakeland, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. He brings this lawsuit as an individual, taxpayer and parent. He also brings this lawsuit as parent and next friend of Mary Hunt, a minor child, who is 5 years old, and is currently in the 1st grade at Stephens Elementary School.

72. Plaintiff James Jenkins is an adult resident of Haines City, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Pamela Jenkins is an adult resident of Haines City, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Ashley McCoy, a minor child, who is 11 years old, and is currently in the 6th grade at Dundee Middle School, and Charles McCoy, a minor, who is 13 years of age, and is currently in the 7th grade at Roosevelt Acadamy School.

73. Plaintiff Loraina Johnson is an adult resident of Lake Wales, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff William Stokes is an adult resident of Lake Wales, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Leila Johnson, a minor child, who is 6 years old, and is currently in the 1st grade at Janie Wilson Elementary School.

74. Plaintiff Richard Joyce, Jr. is an adult resident of Lake Wales, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Melissa Mann is an adult resident of Lake Wales, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools.

They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Ashley Mann, a minor child, who is 11 years old, and is currently in the 6th grade at McLaughlin Middle School, and Brandon Joyce, a minor, who is 6 years old, and is currently in the 1st grade at Hillcrest Elementary.

75. Plaintiff Beth Keigans is an adult resident of Lakeland, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Raymond Keigans is an adult resident of Lakeland, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Sarah Keigans, a minor child, who is 11 years old, and is currently in the 6th grade at Crystal Lake Middle School.

76. Plaintiff Rosalie Kelley is an adult resident of Polk City, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Bobby Kelley is an adult resident of Polk City, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Christopher Kelley, a minor child, who is 8 years old, and is currently in the 2nd grade at Polk City Elementary School, Jessica Kelley, a minor, who is 9 years old, and is currently in the 4th grade at Polk City Elementary School, and Bobby Kelley Jr., a minor, who is 13 years of age, and is currently in the 8th grade at Lake Alfred Middle School.

77. Plaintiff Armanda Kelly is an adult resident of Lakeland, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Robert Kelly is an adult resident of Lakeland, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Katherine Kelly, a minor child, who is 6 years old, and is currently in the 1st grade at Combee Elementary School.

78. Plaintiff Keenon Kelly is an adult resident of Mulberry, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Holly Kelly is an adult resident of Mulberry, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They

bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of John Kelly, a minor child, who is 10 years old, and is currently in the 5th grade at Purcell Elementary School, and Elizabeth Kelly, a minor, who is 13 years old, and is currently in the 7th grade at Mulberry Middle School.

79. Plaintiff Alvis Kennedy is an adult resident of Winter Haven, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff A.V. Kennedy is an adult resident of Winter Haven, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Andrew Kennedy, a minor child, who is 14 years old, and is currently in the 8th grade at Westwood Middle School, Aaron Kennedy, a minor, who is 13 years old, and is currenly in the 7th grade at Westwood Middle School, and Alexandria Kennedy, a minor, who is 9 years old, and is currenlty in the 5th grade at Garner Elementary School.

80. Plaintiff Kathryn Kovalaski is an adult resident of Lake Wales, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Michael Farrell is an adult resident of Lake Wales, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Lauren Farrell, a minor child, who is 11 years old, and is currently in the 5th grade at Polk Avenue Elementary School.

81. Plaintiff Debi Krebs is an adult resident of Davenport, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Ken Krebs is an adult resident of Davenport, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Shane Krebs, a minor child, who is 13 years old, and is currently in the 8th grade at Boone Middle School, and Shawn Krebs, a minor, who is 10 years old, and is currently in the 5th grade at Loughman Oaks Elementary School.

82. Plaintiff Kathleen Kuhn is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as Parent and next friend of Amanda George, a minor child, who is 13 years old, and is currently in

the 7th grade at Southwest Middle School, and Daniel George, a minor, currently in the 5th grade at Lime Street Elementary School.

83. Plaintiff Deborah Leach is an adult resident of Davenport, . parent of a child currently attending a Polk County public school, and taxpayer w by the Polk County School Board and its agents in the operation of the Polk Coun. Plaintiff Daniel Leach is an adult resident of Davenport, Polk County, Florida, a pa currently attending a Polk County public school, and taxpayer whose taxes are spent b County School Board and its agents in the operation of the Polk County public schools. The this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and n friend of Joseph Leach, a minor child, who is 11 years old, and is currently in the 6th grade a Boone Middle School.

84. Plaintiff Laura Letchworth is an adult resident of Kathleen, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Bruce Letchworth is an adult resident of Kathleen, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Lindsey Letchworth, a minor child, who is 5 years old, and is currently in Kindergarden at Kathleen Elementary School.

85. Plaintiff Bernard Letzinger is an adult resident of Lakeland, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Patricia Letzinger is an adult resident of Lakeland, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Jackie Letzinger, a minor child, who is 9 years old, and is currently in ESE 3rd grade at Churchwell Elementary School.

86. Plaintiff Kelly Lindsey is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parents. She also brings this lawsuit as parent and next friend of Michael Flood, a minor child, who is 11 years old, and is currently in 7th grade at Lake Gibson Middle School, Steven Lindsey, a minor, who is 9 years old, and is currently in the 4th grade at Wendall Watson Elementary School, and Bryant Lindsey, a minor, who is 6 years old, and is currently in the 1st grade at Wendall Watson Elementary School.

87. Plaintiff Gail Lacke is an adult resident of Bartow, Polk County, Florida, a parent

of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as parent and next friend of Amanda Locke, a minor child, who is 13 years old, and is currently in 8th grade at Bartow Middle School, Steven Locke, a minor, who is 12 years old, and is currently in the 7th grade at Bartow Middle School, Natasha Locke, a minor, who is 11 years old, and is currently in the 5th grade at Alturas Elementary School, and John Locke, a minor, who is 9 years old, and is currently in the 4th grade at Alturas Elementary School.

88. Plaintiff Richard Louis is an adult resident of Winter Haven, Polk County, Florida, a parent of children who were attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Pamela Louis is an adult resident of Winter Haven, Polk County, Florida, a parent of children who were attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of David Louis, a minor child, who is 10 years old, and is currently in 2nd grade , Robert Louis, a minor, who is 9 years old, and is currently in the 2nd gradel, and Andrew Louis, a minor, who is 8 years old, and is currently in Kindergarden. Because of the Dress Code, Mr. and Mrs. Louis have removed their children from Polk County schools and enrolled them in private school.

89. Plaintiff Kay Mahar is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff James Mahar is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Ryan Mahar, a minor child, who is 13 years old, and is currently in 8th grade at Capital Lake Middle School, and Tara Mahar, a minor, who is 10 years old, and is currently in the 5th grade at Combee Elementary School.

90. Plaintiff Carla Marcello is an adult resident of Lake Wales, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as parent and next friend of Angela Marcella, a minor child, who is 14 years old, and is currently in 8th grade at McLaughlin Middle School.

91. Plaintiff Lisa Mathers is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public

schools. Plaintiff Ernie Mathers is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Brittany Mathers, a minor child, who is 12 years old, and is currently in 7th grade at Lakeland Middle School, Chasity Mathers, a minor, who is 10 years old, and is currently in the 4th grade at Carlton Palmore Elementary School, and Harlea Mathers, a minor, who is 8 years old, and is currently in the 3rd grade at Scott Lake Elementary School.

92. Plaintiff Dwight Matthews is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Sherry Matthews is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Derrick Matthews, a minor child, who is 8 years old, and is currently in 2nd grade at Scott Lake Elementary School, and Kaleb Matthews, a minor, who is 7 years old, and is currently in the 2nd grade at Scott Lake Elementary School.

93. Plaintiff Dialne McCall is an adult resident of Winter Haven, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as parent and next friend of Dallas McCall, a minor child, who is 10 years old, and is currently in 5th grade at Lake Shipp Elementary School, and Bethany McCall, a minor, who is 11 years old, and is currently in the 6th grade at Westwood Middle School, and Angela McCall, a minor, who is 13 years old, and is currently in the 8th grade at Westwood Middle School.

94. Plaintiff Jennifer McCourt is an adult resident of Lakeland, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as parent and next friend of David Morrison Jr., a minor child, who is 8 years old, and is currently in 2nd grade at Griffin Elementary School.

95. Plaintiff Michelle McDonald is an adult resident of Haines City Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as parent and next friend of Tiffany McDonald, a minor child, who is 6 years old, and is currently in 1st grade at Alta Vista Elementary School.

96. Plaintiff Heather McElwer is an adult resident of Haines City Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as parent and next friend of Aaron McElwer, a minor child, who is 9 years old, and is currently in 4th grade at Polk City Elementary School, and Cory McElwer, a minor, who is 5 years old, and is currently in Kindergarden at Polk City Elementary.

97. Plaintiff Antoinette McIntyre is an adult resident of Haines City Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as parent and next friend of Daniel King, a minor child, who is 13 years old, and is currently in 7th grade at Crystal Lake Middle School, Matthew King, a minor, who is 11 years old, and is currently in the 4th grade at Southwest Elementary, and Teresa King, a minor, who is 8 years old, and is currently in the 2nd grade at Southwest Elementary School.

98. Plaintiff Alyce McManus is an adult resident of Poinciana, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Michael McManus is an adult resident of Poinciana, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Alex McManus, a minor child, who is 11 years old, and is currently in 6th grade at Dundee Ridge Middle School, and Dominick McManus, a minor, who is 5 years old, and is currenly in Kindergarden at Eastside Elementary.

99. Plaintiff Michelle Merriett is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Bobby Taylor is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of James Taylor, a minor child, who is 5 years old, and is currently in Kindergarden at Southwest Elementary School, and Michael Merriett, a minor, who is 10 years old, and is currently in the 5th grade at Southwest Elementary School.

100. Plaintiff D. Jual Moore is an adult resident of Polk City, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Mark Moore is an adult resident of Polk City, Polk County, Florida, a parent of

children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Jacob Wolff, a minor child, who is 9 years old, and is currently in the 4th grade at Polk City Elementary School, and Karlie Wolff, a minor, who is 6 years old, and is currenly in the 1st grade at Polk City Elementary.

101. Plaintiff Barbara Morris is an adult resident of Bartow, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as parent and next friend of Cassie Morris, a minor child, who is 9 years old, and is currently in the 4th grade at Alturas Elementary School.

102. Plaintiff Tonya Mullan is an adult resident of Haines City, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as parent and next friend of Tabitha Mullan, a minor child, who is 11 years old, and is currently in the 6th grade at Boone Middle School, Kirt Moore, a minor, who is 12 years old, and is currently in the 7th grade at Boone Middle School, and Jeffrey Mullan, a minor, who is 6 years old, and is currently in the 2nd grade at Eastside Elementary School.

103. Plaintiff Debbra Navarro is an adult resident of Haines City, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Paulino Navarro is an adult resident of Haines City, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Jacinto Navarro, a minor child, who is 13 years old, and is currently in the 8th grade at Boone Middle School.

104. Plaintiff Kirstine Nicks is an adult resident of Polk City, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as Parent and next friend of Lewis Parker, Jr., a minor child, who is 7 years old, and is currently in the 2nd grade at Polk City Elementary School.

105. Plaintiff Donna Ogletree is an adult resident of Mulberry, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools.

She brings this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as parent and next friend of Ryan Ogletree, a minor child, who is 9 years old, and is currently in the 4th grade at Purcell Elementary School.

106. Plaintiff Fred Peche is an adult resident of Bartow, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Angela Peche is an adult resident of Bartow, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Chelsea Peche, a minor child, who is 10 years old, and is currently in the 5th grade at Floral Avenue Elementary School..

107. Plaintiff Robert Pickering is an adult resident of Winter Haven, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. He brings this lawsuit as an individual, taxpayer and parent. He also brings this lawsuit as Parent and next friend of Allison Pickering, a minor child, who is 14 years old, and is currently in the 8th grade at Denison Middle School.

108. Plaintiff Rachel Prado is an adult resident of Bartow, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Eloy Prado is an adult resident of Bartow, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Tasheena Aguilera, a minor child, who is 8 years old, and is currently in the 3rd grade at Floral Avenue Elementary School, and Jose Aguilera Jr., a minor, who is 5 years old, and is currently in ESE Kindergarden at Floral Avenue Elementary.

109. Plaintiff Ricky Prather is an adult resident of Haines City, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Gwen Prather is an adult resident of Haines City, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Jennifer Prather, a minor child, who is 12 years old, and is currently in the 6th grade at Boone Middle School.

110. Plaintiff Lisa Price is an adult resident of Fort Meade, Polk County, Florida, a parent

of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Scott Price is an adult resident of Fort Meade, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Crystal Price, a minor child, who is 9 years old, and is currently in the 4th grade at Riverside Elementary School, and Tony Price, a minor, who is 11 years old, and is currently in the 6th grade at Fort Meade Middle School.

111. Plaintiff Randy Pyle is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Penni Pyle is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Ashley Pyle, a minor child, who is 11 years old, and is currently in the 6th grade at Kathleen Middle School, and Randall Pyle, a minor, who is 10 years old, and is currently in the 5th grade at Griffin Elementary School.

112. Plaintiff Brenda Rayborn is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Timothy Rayborn is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Jason Rayborn, a minor child, who is 9 years old, and is currently in the 3rd grade at Kathleen Elementary School, and Cianna Rayborn, a minor, who is 6 years old, and is currently in the 1st grade at Kathleen Elementary School.

113. Plaintiff Katrinia Rayborn is an adult resident of Lakeland, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Kim Rayborn is an adult resident of Lakeland, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Selina Rayborn, a minor child, who is 9 years old, and is currently in the 3rd grade at Winston Elementary School.

114. Plaintiff J. Paul Revecs is an adult resident of Winter Haven, Polk County, Florida,

a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. He brings this lawsuit as an individual, taxpayer and parent. He also brings this lawsuit as Parent and next friend of Johathan Revecs, a minor child, who is 12 years old, and is currently in the 7th grade at Westwood Middle School.

115. Plaintiff Larry Reibsome Sr., is an adult resident of Lakeland, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Margie Reibsome is an adult resident of Lakeland, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Diane Reibsome a minor child, who is 13 years old, and is currently in the 8th grade at Mulberry Middle School.

116. Plaintiff Michelle Richards. is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Douglas Richards is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Mitchell Richards a minor child, who is 6 years old, and is currently in the 1st grade at Jesse Keen Elementary Middle School, and Mariah Richards, a minor, who is 4 years old, and is currently in Kindergarden at Jesse Keen Elementary.

117. Plaintiff LeAnne Rimes is an adult resident of Bartow, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as parent and next friend of Brittany Rimes, a minor child, who is 6 years old, and is currently in the 2nd grade at Alturas Elementary School.

118. Plaintiff Alta Rodgers is an adult resident of Polk City, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Michael Rodgers, Sr. is an adult resident of Polk City, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Michael Rodgers, Jr., a minor child, who is 13 years old, and is currently in the 8th

grade at Lake Alfred Middle Middle School, and Brandon Rodgers, a minor, who is 7 years old, and is currently in the 2nd grade at Polk City Elementary School.

119. Plaintiff Allen Sale is an adult resident of Bartow, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. He brings this lawsuit as an individual, taxpayer and parent. He also brings this lawsuit as parent and next friend of Christopher Sale, a minor child, who is 10 years old, and is currently in the 5th grade at Carlton Palmore Elementary School.

120. Plaintiff Kimberly Sanders is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as parent and next friend of James Sanders Jr., a minor child, who is 13 years old, and is currently in the 8th grade at Lake Gibson Middle Middle School, Johnathan Sanders, a minor, who is 11 years old, and is currently in the 5th grade at Socrum Elementary School, Joseph Sanders, a minor, who is 9 years old, and is currently in the 3rd grade Socrum Elementary School, and Jeremy Sanders, a minor, who is 7 years old, and is currently in the 1st grade at Socrum Elementary School.

121. Plaintiff Gloria Scott is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Thomas Scott is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Jennifer Scott, a minor child, who is 13 years old, and is currently in the 8th grade at Kathleen Middle School, and Chris Scott, a minor, who is 12 years old, and is currently in the 7th grade at Kathleen Middle School.

122. Plaintiff Lee Shira is an adult resident of Winter Haven, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as parent and next friend of Michelle Shira, a minor child, who is 12 years old, and is currently in the 7th grade at Westwood Middle School.

123. Plaintiff Bryan Siddell is an adult resident of Lakeland, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. He brings this lawsuit as an individual, taxpayer and parent. He also brings this lawsuit as parent and

next friend of Cynthia Siddell, a minor child, who is 11 years old, and is currently in the 5th grade at Highland City Elementary School.

124. Plaintiff Rebecca Skinner is an adult resident of Fort Meade, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as Parent and next friend of Katlyn Skinner, a minor child, who is 5 years old, and is currently in Kindergarden at Lewis Elementary School..

125. Plaintiff Larry Smith is an adult resident of Lakeland, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. He brings this lawsuit as an individual, taxpayer and parent. He also brings this lawsuit as parent and next friend of Beau Deaver, a minor child, who is 9 years old, and is currently in the 4th grade at Medulla Elementary School.

126. Plaintiff Renee Smith is an adult resident of Bartow, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Charles Smith is an adult resident of Bartow, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Sarah Smith, a minor child, who is 8 years old, and is currently in the 3rd grade at Floral Avenue Elementary School.

127. Plaintiff Charles Snell is an adult resident of Mulberry, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Susan Snell is an adult resident of Mulberry, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Jessica Snell, a minor child, who is ___ years old, and is currently in the 7th grade at Mulberry Middle School, and Darryl Dodge, a minor, who is ___ years old, and is currently in the 8th grade at Mulberry Middle School.

128. Plaintiff Robert Solomon, Jr. is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Debra Solomon is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by

the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Brandy Solomon, a minor child, who is 12 years old, and is currently in the 6th grade at Mulberry Middle School, and Carrie Solomon, a minor, who is 10 years old, and is currently in the 4th grade at Sikes Elementary School..

129. Plaintiff Stacey Sprouse is an adult resident of Polk City, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Michael Sprouse is an adult resident of Polk City, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Lindsey Johnson, a minor child, who is 6 years old, and is currently in the 1st grade at Polk City Elementary School, Samantha Johnson, a minor, who is 13 years old, and is currently in the 7th grade at Lake Alfred Middle School, and Ashley Sprouse, a minor, who is11 years old, and is currently in the 5th grade at Polk City Elementary School.

130. Plaintiff Billy Johnson is an adult resident of Lakeland, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Robyn Johnson is an adult resident of Lakeland, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Megan Stearns, a minor child, who is 11 years old, and is currently in the 3rd grade at Watson Elementary School.

131. Plaintiff Pamela Steffey is an adult resident of Lake Wales, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Newton Steffey is an adult resident of Lake Wales, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Steven Steffey, a minor child, who is 11 years old, and is currently in the 7th grade at McLaughlin Middle School, and Amber Steffey, a minor, who is 8 years old, and is currently in the 3rd grade at Hillcrest Elementary School.

132. Plaintiff Terry Stoelton is an adult resident of Eagle Lake, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Mark Stoelton is an adult resident of Eagle Lake, Polk County, Florida, a parent of a child

currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Derrick Stoelton, a minor child, who is 13 years old, and is currently in the 8th grade at Westwood Middle School.

133. Plaintiff Iolanthe Stokes is an adult resident of Bartow, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff David Stokes is an adult resident of Bartow, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Portia Fremgen, a minor child, who is 10 years old, and is currently in the 5th grade at Floral Avenue Elementary School, Crystal Wood, a minor, who is 8 years old, and is currently in the 3rd grade at Floral Avenue Elementary School, and Leah Stokes, a minor, who is 6 years old, and is currently in the 1st grade at Garden Grove Elementary.

134. Plaintiff Kimberly Strickland is an adult resident of Winter Haven, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as parent and next friend of Aaron Strickland, a minor child, who is 10 years old, and is currently in the 5th grade at Lake Elbert Elementary School, and Spencer Strickland, a minor, who is 7 years old, and is currently in the 2nd grade at Lake Elbert Elementary School.

135. Plaintiff Anna Sutter is an adult resident of Bartow, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as parent and next friend of Sarah Sutter, a minor child, who is 13 years old, and is currently in the 7th grade at Bartow Middle School, and Danny Sutter, a minor, who is 9 years old, and is currently in the 4th grade at Floral Avenue Elementary School.

136. Plaintiff Alice Talmadgo is an adult resident of Haines City, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as Parent and next friend of Stephanie Degroat, a minor child, who is 10 years old, and is currently in the 5th grade at Eastside Elementary School, and Jamie Wrobel, a minor, who is 13 years old, and is currently in the 7th grade at Boone Middle School.

137. Plaintiff Charles Taylor, Sr. is an adult resident of Lithia, Polk County, Florida, a

parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. sPlaintiff Kathryn Taylor is an adult resident of Lithia, Hillsborough County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Brenda Taylor, a minor child, who is 9 years old, and is currently in the 3rd grade at Kingsford Elementary School, and Charles Taylor, Jr., a minor, who is 5 years old, and is currently in Kindergarden at Kingsford Elementary School.

138. Plaintiff Timothy Tillman is an adult resident of Winter Haven, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Marietta Tillman is an adult resident of Winter Haven, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Nicholas Tillman, a minor child, who is 11 years old, and is currently in the 5th grade at Jewett Elementary School, Aaron Tillman, a minor, who is 9 years old, and is currently in the 4th grade at Jewett Elementary School, and Seth Tillman, a minor, who is 5 years old, and is currently in Kindergarden at Jewett Elementary School.

139. Plaintiff Andrew Toole is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Frances Toole is an adult resident of Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Jennifer Toole, a minor child, who is 9 years old, and is currently in the 4th grade at Sikes Elementary School, and Andrea Toole, a minor, who is 7 years old, and is currently in the 2nd grade at Sikes Elementary School.

140. Plaintiff John Tribuiani is an adult resident of Winter Haven Polk County, Florida, a grandparent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Joan Tribuiani is an adult resident of Winter Haven, Polk County, Florida, a grandparent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and grandparents. They also bring this lawsuit as Grandparents and next friend of Christopher Goodson, a minor child, who is 13 years old, and is currently in the 6th grade at Fruitland Park Elementary School, Stephanie Goodson, a minor, who is 10 years old, and is currently in the 3rd grade at Garner Elementary School, and Joshua

Goodson, a minor, who is 6 years old, and is currently in the 1st grade at Garner Elementary School.

141. Plaintiff Michael Truax is an adult resident of Polk City, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Carol Truax is an adult resident of Polk City, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers ands parents. They also bring this lawsuit as parents and next friend of Kayla Truax, a minor child, who is 12 years old, and is currently in the 7th grade at Dundee Ridge Middle School, Grant Truax, a minor, who is 11 years old, and is currently in the 6th grade at Dundee Ridge Middle School, and Brittney Truax, a minor, who is 10 years old, and is currently in the 4th grade at Eastside Elementary School.

142. Plaintiff Shawn Truax is an adult resident of Lakeland, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. He brings this lawsuit as an individual, taxpayer and parent. He also brings this lawsuit as parent and next friend of Jessica Truax, a minor child, who is 8 years old, and is currently in the 2nd grade at Griffin Elementary School.

143. Plaintiff Theodore VanDevender is an adult resident of Mulberry, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Tammy VanDevender is an adult resident of Mulberry, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as Parents and next friend of James VanDevender, a minor child, who is 9 years old, and is currently in the 3rd grade at Kings Ford Elementary School, and Leeanna Vandevender, a minor, who is 7 years old, and is currently in the 1st grade at Sikes ElementarySchool.

144. Plaintiff Rosalie Vandiver is an adult resident of Lakeland, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as parent and next friend of Rachel Vandiver, a minor child, who is 8 years old, and is currently in the 3rd grade at Crystal Lake Elementary School.

145. Plaintiff Karen Vinyard is an adult resident of Winter Haven, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Steve Vinyard is an adult resident of Winter Haven, Polk County, Florida, a parent

of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Stephanie Bardell, a minor child, who is 12 years old, and is currently in the 6th grade at Stambaugh Middle School.

146. Plaintiff Thomas Wagner is an adult resident of Babson Park, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Kimberly Wagner is an adult resident of Babson Park, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Thomas Wagner, a minor child, who is 10 years old, and is currently in the 5th grade at Babson Park Elementray School.

147. Plaintiff Elizabeth Ware is an adult resident of Bartow, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Anthony Ware is an adult resident of Bartow, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Tiera Henderson, a minor child, who is 11 years old, and is currently in the 6th grade at Bartow Middle School, Michael Henderson, a minor, who is 10 years old, and is currently in the 5th grade at Eagle Lake Elementary School, Christopher Henderson, a minor, who is 8 years old, and is currently in the 2nd grade at Eagle Lake Elementary, Floyd Henderson, a minor, who is 7 years old, and is currently in the 1st grade at Eagle Lake Elementary, and Dion Henderson, a minor, who is 6 years old, and is currently in Kindergarden at Eagle Lake Elementary.

148. Plaintiff Regina Weare is an adult resident of Lakeland, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as parent and next friend of Nicholas Weare, a minor child, who is 12 years old, and is currently in the 6th grade at Crystal Lake Middle School.

149. Plaintiff Robert Weese is an adult resident of Lake Alfred, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Darlene Weese is an adult resident of Lake Alfred, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools.

They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Amanda Amans, a minor child, who is 11 years old, and is currently in the 6th grade at Lake Alfred Middle School, and James Amans, a minor, who is 9 years old, and is currently in the 3rd grade at Lake Alfred Elementary School.

150. Plaintiff Charles Weaver is an adult resident of Bartow, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Tabetha Weaver is an adult resident of Bartow, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Deidra Braswell, a minor child, who is 13 years old, and is currently in the 8th grade at Bartow Middle School, Meghan Braswell, a minor, who is 11 years old, and is currently in the 4th grade at Gibbons Street Elementary School, Charles Weaver, a minor, who is 5 years old, and is currently in Kindergarden at Gibbons Street Elementary, Alexander Weaver, a minor, who is 11 years old, and is currently in the 6th grade at Lake Alfred Middle School, and Melanie Weaver, a minor, who is 10 years old, and is currently in the 4th grade at Polk City Elementary.

151. Plaintiff Kimberly Wilkes is an adult resident of Bartow, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Richard Wilkes Sr. is an adult resident of Bartow, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Richard Wilkes II, a minor child, who is 10 years old, and is currently in the 5th grade at Floral Avenue Elementary School.

152. Plaintiff Darlene Williams is an adult resident of Winter Haven, Polk County, Florida, a parent of a child who was attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Robert Williams is an adult resident of Winter Haven, Polk County, Florida, a parent of a child who was attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as individuals, taxpayers and parents. They also bring this lawsuit as parents and next friend of Eric Williams, a minor child, who is 9 years old, and is currently in the 4th grade. Because of the Dress Code, Mr. and Mrs. Williams have removed their child from the Polk County Schools and are currently home schooling their child.

153. Plaintiff Sheri Williams is an adult resident of Eaton Park, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public

schools. She brings this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as parent and next friend of Frank Denham, a minor child, who is 12 years old, and is currently in the 6th grade at Crystal Lake Middle School, and Joshua Denham, a minor, who is 10 years old, and is currently in the 5th grade at Oscar J. Pope Elementary School.

154. Plaintiff Brenda Wilson is an adult resident of Lakeland, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as parent and next friend of Shane Wilson, a minor child, who is 12 years old, and is currently in the 7th grade at Lake Gibson Middle School.

155. Plaintiff Terra Wilson is an adult resident of Lakeland, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent. Sshe also brings this lawsuit as parent and next friend of DanaeWilson, a minor child, who is 6 years old, and is currently in Kindergarden at Jesse Keen Elementary School.

156. Plaintiff Tonya Wilson is an adult resident of Lakeland, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent. She also brings this lawsuit as parent and next friend of Matthew Puhak, a minor child, who is 12 years old, and is currently in the 7th grade at Lakeland Highlands Middle School, a Polk County Public School.

156. The Plaintiffs desire to exercise and protect their constitutional rights pursuant to the United States and Florida Constitutions and Laws by challenging and objecting to the Defendant's adoption and implementation of a mandatory school uniform dress code in the Polk County elementary and middle schools. The Plaintiffs want to prevent the Defendants from depriving them under color of state law, ordinance, regulation, rule, custom, or usage their constitutional rights prusuant to the United States and Florida Constitutions and Laws, as a result of the Defendants officially adopting and implementing a mandatory school uniform dress code for the Polk County elementary and middle schools. The Plaintiffs object to the use of their tax dollars to implement a mandatory school uniform dress code and further object to the diversion of resources that would otherwise be available for the childrens' education.

158. Defendant Polk County School Board (herein referred to as the Board) is a political subdivision of the State of Florida. The Board is a local school board for the Polk County School District organized and existing under the laws of the State of Florida, whose members all hold elective office and exercise the powers of a local school board under the laws of the State of Florida. The Board is responsible for providing public education to the children within its jurisdiction and for administering the laws and policies that govern the public schools within its jurisdiction, which

includes the Polk County School District. The Board is sued in its official capacity for damages, injunctive relief and declaratory relief.

159. Defendant Glenn Reynolds is the Superintendent of the Polk County Public Schools (herein after referred to as the Superintendant). The Superintendant holds elective office and is responsible for the operation and administration of the Polk County Schools, including the implementation of the Board's policies. The Superintendant is sued in his official capacity for damages, injunctive relief and declaratory relief.

160. At all times relevant to this action, the Defendants were and have been acting under color of statutes, ordinances, regulations, customs and usages of the State of Florida and of the Polk County School District.

## JURISDICTION AND VENUE

161. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343, 2201, and 2202 and 42 U.S.C. §§ 1983 and 1988. Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

## STATEMENT OF FACTS

162. On or about May 11, 1999, the Board by a 4-3 vote adopted a mandatory school uniform dress code (herein after referred to as the Dress Code). A copy of the Dress Code for the Polk County Elementary Schools is attached hereto and incorporated herein by reference as Exhibit A. A copy of the Dress Code for the Polk County Middle Schools is attached hereto and incorporated herein by reference as Exhibit B.

163. The Dress Code, as adopted by a 4-3 vote of the Board, was to become effective for the 1999/2000 Polk County School year.

164. The 1999/2000 school year has started for all the Polk County Elementary and Middle Schools for which the Dress Code is applicable.

165. The Dress Code is being enforced and has been enforced either by the Board, the Superintendent or their agents, since the start of the 1999/2000 Polk County School year in Polk County Elementary and Middle Schools for which the Dress Code is applicable.

166. The Dress Code purports to be content neutral in that the only expressed exception

to content permits a student to wear ".... a button, armband or other accoutrement to excerise the right of Free Speech guaranteed by the United States and Florida Constitutions..."

167. Although the Dress Code provides that a student may wear "a button, armband or other accoutrement to excerise the right of free speech..." a number of students have been required by School personnel to remove such accoutrements (such as a sticker reading "Uniforms Stink" ).

168. School personnel have engaged in other behavior and actions which chill the students rights of free speech, by harassing and embarrassing students who excercise those rights by the wearing of accoutrements protesting the Dress Code.

169. The Dress Code is not content neutral in that "each school may include in its uniform dress code the option of allowing students to wear a "school-sponsored T-shirt...", and such school-sponsored T-shirts have speech content on them, including the name of the school, school emblem etc.

170. The Dress Code is not content neutral in that it permits a student to wear"... a uniform of a nationally recognized youth organization, such as the Boy Scouts or Girl Scouts, on regular meeting days...". This organizational attire includes speech content.

171. The Dress Code on its face and in its application prohibits students from wearing clothing that contain political, religious, educational, commercial and other forms of speech.

172. Students who have excercised their First Amendment rights by the wearing of clothing with political content (such as a United States flag T-shirt), religious content (such as a T-shirt stating "What Would Jesus Do"), educational content (such as a D.A.R.E. T-shirt a nationally recognized drug education program) and commercial content (such as company logos) have been prevented from wearing the clothing . Those who have refused to abandon their First Amendment rights have been subjected to school discipline (typically in school suspension), or have not been allowed to attend school that day.

173. The Dress Code is not content neutral in that some students are permitted to wear shirts that contain commercial speech, such as company logos or emblems while others are not.

174. The Dress Code purports to protect freedom of religion by providing an exception to the Dress Code where "The wearing of clothing in compliance with the uniform dress code violates a students sincerely held religious belief."

175. Although the Dress Code creates a purported exception for sincerely held religious beliefs, the Board has failed to establish and develop procedures and criteria for implementing this exception.

176. Each of the Plaintiffs for whom wearing clothing in compliance with the Dress Code

violates their sincerely held religious belief have been denied this exception. They have been forced to be in violation of the Dress Code and incur sanctions, which has forced them to withdraw from the Polk County schools and seek alternative means of obtaining an education, or to wear clothing that violates their sincerely held religious beliefs.

177. The Dress Code provides that students wear a basic uniform, which limits the styles and colors of clothing that can be worn.

178. The Dress Code prevents the student and/or their parents from choosing clothing that expresses their individuality, identity, gender, and ethnic and religious heritage.

179. The Dress Code prevents the student and/or their parents from choosing clothing that they feel comfortable in. No exception is premitted under the dress code to accomodate individual size preferences or style preferences especially for large sized children. Mandatory compliance results in plaintiffs being forced to ware clothing styles which are unflattering, difficult to obtain, and harmful to the self esteem of the minor plaintiffs.

180. The Dress Code prevents students with the help of their parents from learning to make their own choices regarding apporopriate clothing, prevents them from learning to accept differences in other people (including dress), and prevents them from learning to be leaders and not followers.

181. Through the implementation of the Dress Code the School Board has improperly interferred with the parent-child relationship by requiring the parent to dress the child in a certain way in complete disregard to the parents' decision and choice regarding what their child wears.

182. By implementing the Dress Code, the Board has improperly interferred with the parent-child relationshop by requiring the parent to purchase specific and limited types of clothing for their child. In its application the dress code usurps the parents ability to allocate their financial resources according to their individual needs. Parents are precluded from purchasing clothing that is less expensive than the school uniforms or purchasing clothing that is multifunctional, such as clothing that can be worn to school and church etc..

183. The Dress Code purports to protect students from penalties for failing to comply with the Dress Code due to financial hardship and purports to offer assistance to students who "... have or are having difficulty complying with their school's uniform dress code due to financial hardships..."

184. The Dress Code provides that the school principal and QIC or SAC are to develop procedures and criteria to assist students with financial hardship. These procedures and criteria for assisting students with financial hardship either do not exist or are inadequate.

185. The Dress Code provides the school principals and QIC or SAC"... shall develop a program to provide for donations of clothing or financial assistance, consignment shops or reuse of

uniform clothing or similiar program that would alleviate such financial hardship." These programs either do not exist or are inadequate.

186. Students with financial hardships who have been provided with uniforms by school personnel in some instances have been given an inadequate supply of clothing to reasonably meet the daily uniform needs.

187. Students with financial hardships who have been provided with uniforms by school personnel in some instances have been provided with inferior clothing, visibly used clothing, and ill-fitting clothing which segregates them from those students without financial hardships.

188. Students with financial hardships, in some instances, who have been provided with uniforms by school personnel are forced to wear clothing marked with a visible letter "L" to designate the uniform as a loaner from the school. Being forced to wear the clothing marked with an "L" is a source of embarrassement, humilation, mental anguish etc. for these students and segregates children based upon income.

189. The Dress Code is being enforced in an arbitrary and capricious manner and creates undue financial hardship to families. Faded clothing has been found not to be in compliance with the Dress Code. This practice has placed an unreasonable financial burden on the parents to replace uniform compliant clothing on a more frequent basis or risk sanctions if they fail to do so. This burden is extremely onerous on those families already under a financial hardship.

190. Information provided by the School Board, the Superintendent and school personnel fails to provide adequate notice and guidance as to what is acceptable clothing under the Dress Code at particular schools. Clothing deemed acceptable at one Polk County School may subsequently be deemed unacceptable at another Polk County School . Plaintiffs have purchased clothing relying on county directives which has been deemed non-compliance by the individual schools.

191. Some schools utilize "loaner" programs to assist students with financial hardships by providing the students with clothing upon their arrival at school and collecting the clothing at the designated point in the school day. The implementation of this program takes away from and interferes with instructional time that these students would otherwise benefit from, and discriminates against those children with financial hardship with the loss of educational time.

192. The Dress Code fails to create an exception where the wearing of clothing in compliance with the Dress Code would be injurious to the student's health, safety or welfare.

193. The "loaner" programs endanger the health and welfare of students. These programs in which the students exchange their personal clothing that does not comply with the Dress Code for loaner clothing from the school that complies with the Dress Code creates significant health, safety, and welfare conerns. Sanitary issues arising from the intermingling of clothing include health problems such as the transmission of head and body lice. In many instances the loaner clothing is

not washed daily, thus requiring students to wear unlaundred clothing that was previously worn by other students.

194. The Dress Code compromises the safety of Polk County School children. It hinders the identification of missing or lost children. This situation that has already occured at least one time when a student accidentally got on the wrong school bus and the parent was unable to give the Lakeland Police Department a meaningful clothing description. By contrast, in the 1998 school year a student who was dropped off at a wrong bus stop and was easily identified based upon his individulized non-dress code compliant clothing. This rationale applies in other emergency situations in which it is important to be able to identify a particular child rapidly.

195. The widespread practice of requiring students to dress and undress in front of school personnel and other students as part of the implemantions of the Dress Code creates a inappropriate mental state with respect to undressing in front of adults and children and places the students in a degrading and embarrassing position with respect to the students.

196. Inadequate supervision of children who are segregated by internal suspension for non-compliance compromise the health, safety and welfare of students. In at least one instance a plaintiff had an allergy attack while segregated in a room by herself with no adult supervision because her shirt was the wrong shade of blue.

197. The health, welfare, and safety of the children is endangered by the practice instituted by certain school personnel requiring students to wear uniform clothing over their personal non-uniform clothing despite high temperatures, or having prevented students from removing an item of uniform clothing due to high temperatures in situations where non-uniform clothing would have been cooler.

198. Uniforms do not allow for adequate stranger on stranger identification in situations where there has been a violation of school rules, including criminal acts, thus endangering the health, safety and welfare of the children. School personnel or students who witness a violation of school rules by another student that they do not know cannot provide a meaningful clothing descripion of the perpetrator.

199. Approved clothing colors under the Dress Code are identical to those colors which are utilized as gang colors by known gang organizations in Polk County. The adoption of these mandatory colors under the Dress Code endangers the health, safety and welfare of students who could be identified as belonging to rival gangs.

200. The Dress Code, by failing to have a health and safety exception, does not specifically address the special needs and requirements of students with disabilities, physical handicaps or other health problems.

201. The findings upon which the Board based its decision to implement the Dress Code

are erroneous, flawed, incorrect and unsupported by fact, thus making the Dress Code arbitrary and capricious.

202. The enforcement of the Dress Code is arbitrary and capricious, and fails to provide adequate notice or guidelines as to what clothing is compliant under the Dress Code. Specific instances of these failures include episodes in which a student wears an item of clothing one day without problems and on a later occasion is deemed noncompliant with the same article of clothing; episodes in which a student wears an item of clothing and is disciplined and another student wears an identical or very similar item of clothing and is not disciplined; and episodes in which the schools enforce the Dress Code with respect to only certain uniform items on one day and then enforce the Dress Code as to other uniform items on the other days, such as "belt and shoe day" etc..

203. There is little intra-school consistency in enforcementof the dress code. Clothing deemed compliant at one school is banned at another school. The severity of enforcement and sanctions imposed varies from school to school and is not consistent.

204. The Dress Code has been erroneously enforced, resulting in students being disciplined and missing classroom time even though they were in compliance with the Dress Code.

205. The Dress Code prevents students from receiving a public education in that if they choose not to comply with the Dress Code. The sanctions for Dress Code violations include In School Suspension, Out of School Suspension etc..

206. The Dress Code prevents students from receiving a public education in that if they choose not to comply with the Dress Code and not incur sanctions for Dress Code violations, they must withdraw from Public School and seek alternative means of education.

207. The Dress Code prevents students from receiving the full benefits of a public education in that the time spent changing into and out of uniforms, uniform inspections etc. deprive children of instructional time.

208. The Dress Code prevents students from receiving a free public education in that the students' parents must expend money for the purchase of uniforms which are required in order to attend a public school in Polk County under the Dress Code. Additional monetary requirements are also being implemented at certain schools such as the requirement that a student rent a belt at 25 cents a day if they forget to wear one.

209. The Dress Code permits an exception to the mandatory uniform which allows a student to wear ".... a uniform of a nationally recognized youth organization, such as the Boy Scouts or Girl Scouts, on regular meeting days; ...."

210. School personnel refused to permit certain youth organizations that meet this

definition to utilize this exception, such as Royal Rangers, a national religious youth organization, and the Brownies, a nationally recognized youth organization.

211. Even though organizations like Boy Scouts are specifically recognized, students who belong to these organizations are being told by school personnel what constitutes a permissible uniform for the organization and are being told they cannot wear certain recognized uniforms of the organization.

212. All of the Plaintiffs have been adversely effected by the Dress Code on its face and in its application, and will continue to be adversely effected for as long as the Dress Code is allowed to remain in effect and continues to be enforced.

## CONSTITUTIONAL VIOLATIONS

## FIRST CAUSE OF ACTION

213. Paragraphs 1 through 211 are incorporated herein by reference.

214. The Dress Code as enacted and implemented by the Defendants and their agents is unconstitutional on its face and in its application in that it prevents the Plaintiffs from exercising their freedom of speech and expression in violation of the First and Fourteenth Amendments to the United States Constitution and 42 U.S.C. §Constitution, Article I Sections 2 and 4 Florida Constitution, and 42 U.S.C. § 1983.

## SECOND CAUSE OF ACTION

215. Paragraphs 1 through 211 are incorporated herein by reference.

216. The Dress Code as enacted and implemented by the Defendants and their agents is unconstitutional on its face and in its application in that it prevents the Plaintiffs from exercising their freedom of religion in violation of the First and Fourteenth Amendments of the United States Constitution and 42 U.S.C. § 1983.

## THIRD CAUSE OF ACTION

217. Paragraphs 1 through 211 are incorporated herein by reference.

218. The Dress Code as enacted and implemented by the Defendants and their agents is

unconstitutional on its face and in its application in that it violates the Plaintiffs' rights to equal protection of the law as guaranteed by the Fourteenth Amendment of the United States Constitution and 42 U.S.C. § 1983.

FOURTH CAUSE OF ACTION

219. Paragraphs 1 through 211 are incorporated herein by reference.

220. The Dress Code as enacted and implemented by the Defendants and their agents is unconstitutional on its face and in its application in that it violates the Plaintiffs' rights to due process of the law as guaranteed by the Fourteenth Amendment of the United States Constitution and 42 U.S.C. § 1983.

FIFTH CAUSE OF ACTION

221. Paragraphs 1 through 211 are incorporated herein by reference.

222. The Dress Code as enacted and implemented by the Defendants and their agents is unconstitutional on its face and in its application in that it violates the Plaintiffs' rights of privacy, both as individuals and in the parent child relationship, as guaranteed by the Fourteenth Amendment of the United States Constitution and 42 U.S.C. § 1983.

SIXTH CAUSE OF ACTION

223. Paragraphs 1 through 211 are incorporated herein by reference.

224. The Dress Code as enacted and implemented by the Defendants and their agents is unconstitutional in that it deprives the Plaintiffs of rights because of physical handicap in violation of the Fourteenth Amendment of the United States Constitution, The Americans with Disabilities Act , and 42 U.S.C. § 1983.

SEVENTH CAUSE OF ACTION

225. Paragraphs 1 through 211 are incorporated herein by reference.

226. The Dress Code as enacted and implemented by the Defendants and their agents is unconstitutional on its face and in its application in that it violates the Plaintiffs right to free public education as guaranteed by the Fourteenth Amendment of the United States Constitution and 42 U.S.C. § 1983.

EIGHTH CAUSE OF ACTION

227. Paragraphs 1 through 211 are incorporated herein by reference.

228. The Dress Code as enacted and implemented by the Defendants and their agents is unconstitutional on its face and in its application in that it violates the Plaintiffs freedom of association as guaranteed by the First and Fourteenth Amendment of the United States Constitution, Article I, Section 2 and 42 U.S.C. § 1983.

NINTH CAUSE OF ACTION

229. Paragraphs 1 through 211 are incorporated herein by reference.

230. The Dress Code as enacted and implemented by the Defendants and their agents is unconstitutional on its face and in its application in that it violates the Plaintiffs' right of privacy, both as individuals and in the parent child relationship, as guaranteed by Article I, Section 23 of the Florida Constitution.

TENTH CAUSE OF ACTION

231. Paragraphs 1 through 211 are incorporated herein by reference.

232. The Dress Code as enacted and implemented by the Defendants and their agents is unconstitutional on its face and in its application in that it prevents Plaintiffs from excercising their freedom of religion in violation of Article I, Sections 2 and 3 of the Florida Constitution and the Florida Religious Freedon Restoration Act.

ELEVENTH CAUSE OF ACTION

233. Paragraphs 1 through 211 are incorporated herein by reference.

234. The Dress Code as enacted and by its implementation by the Defendants and their agents isi unconstitutional on its face and in its application in that it violates the Plaintiffs' right to a free public education as guaranteed by Article I, Sections 2 and 9 of the Florida Constitution.

DAMAGES

235. As a result of the acts of the Defendants and their agents complained herein, the Plaintiffs have been injured in their persons and the said Defendants are liable to Plaintiffs for actual damages.

## EQUITABLE RELIEF

236. There is real and actual controversy between the parties. Plaintiffs have no adequate remedy at law other than this action for declaratory and injunctive relief. Plaintiffs are suffering irreparable injury as a result of the acts of the Defendants and their agents complained herein and that injury will continue unless enjoined by this Court.

WHEREFORE, the Plaintiffs respectfully requests that this Honorable Court:

1) Take jurisdiction of this matter;

2) Issue a declaratory judgment that the Dress Code as enacted and implemented by the Defendants and their agents is unconstitutional on its face and in its application;

3) Issue a preliminary and permanent injunction prohibiting the Defendants and there agents from enacting and implementing the Dress Code;

4) Grant Plaintiffs a jury trial on the issue of actual damages against the Defendants, jointly and severely;

5) Award the Plaintiffs costs and attorney's fees pursuant to 42 U.S.C. § 1988; and

6) Such further relief as this Honorable Court deems just and proper.

ROBERT A. NORGARD, Attorney at Law
Trial Counsel
Florida Bar No. 322059
P.O. Box 811
Bartow, FL 33831
(941)533-8556
fax: (941)533-1334

Attorney for Plaintiffs

**SECTION 2.09. DRESS CODE:** Students are required to wear appropriate clothing according to the situation and the grade level involved. Inappropriate clothing and appearance is disruptive to the school program and Principals will enforce adherence to this policy by those under their jurisdiction. Each school may provide for more specific dress code requirements within the scope of this district-wide dress code and shall provide each student with a copy of their school's dress code.

**A. Section 5.03 Breach of Conduct:** Repeated violations of the dress code shall be treated as disruptive behavior under Section 5.03 herein. However, dress code violations shall not carry over on the student's discipline record to subsequent semesters.

**B. General Dress Code Requirements:**

**1. Shirts and Blouses:** Shirts or blouses shall be tucked into the waistband of the pants or skirt. Exceptions will be allowed in individual cases based upon the discretion of the Principal or designee.

**2. Pants:** Pants with belt loops shall be worn with a belt that is properly fastened. Pants shall be worn so that the waistband is worn at the waist and not below the waist.

**3. Skirts and Dresses:** The hem of girls' skirts or dresses shall be no shorter than mid-thigh as determined by the Principal or designee in the exercise of his or her judgment.

**4. Appropriate Sizes**: Students shall wear clothing of appropriate size as determined by the Principal or designee exercising his or her judgment.

**C. Unacceptable Attire:** Students are not allowed to wear clothing, jewelry, buttons, haircuts, tattoos, or other attire or markings which are offensive, suggestive, or indecent such as:

1. clothing associated with gangs;

2. clothing encouraging the use of drugs, alcohol, or violence;

3. clothing associated with discrimination on the basis of age, color, handicap, national origin, marital status, race, religion, or sex;

4. clothing exposing the torso or upper thighs such as see-through garments, mini-skirts or mini-dresses, halters, backless dresses, tube tops or tank tops without overblouses or shirts, bare midriff outfits, or shirts or blouses tied at the midriff;

5. clothing not properly fastened or with tears which are indecent;

6. clothing or outer garments traditionally designed as undergarments such as boxer shorts, bloomers, tights, or hosiery; or

7. clothing or footwear that is construed by the Principal or designee as hazardous or dangerous

EXHIBIT A

to the health of the student or others.

**D. Shorts:** All students may wear hemmed walking shorts or Bermuda shorts and female students may wear skorts, provided that such shorts or skorts are no shorter than mid-thigh as determined by the Principal or designee exercising his or her judgment.

**1. Unacceptable Shorts:** Athletic shorts including spandex-style "bicycle" shorts, cut-off jeans, frayed jeans or pants, cut-off sweat pants, short-shorts, running shorts, and see-through boxer-type shorts are not allowed.

**2. Revocation of Shorts Privilege for Excessive Violations:** If an individual school's School Advisory Council ("SAC") determines that too many students have abused and violated the shorts policy, the SAC and Principal may request that the School Board revoke the shorts privilege at that particular school so that the entire student body will not be allowed to wear shorts to school during the next semester. In such cases, the School Board may elect to prohibit wearing shorts to school at that particular school during subsequent semesters or school years or reinstate the privilege of wearing shorts to school as the School Board may deem appropriate. The principal may revoke the shorts privilege of any student who violates the provisions of the shorts policy twice in one semester.

**E. Uniform Dress Code:** Subject to the terms and conditions set forth below the School Board has adopted this policy providing for a uniform dress code pertaining to all students in kindergarten through fifth grade as follows:

**1. Findings:** Based upon evidence presented to the School Board in public meeting and a public hearing, the recommendations of the Superintendent and his staff, and the opinions of parents/guardians, educators and others with knowledge, experience and expertise regarding student behavior and discipline, the School Board finds that public schools in Polk County are experiencing increasingly disruptive and violent behavior by a substantial number of students; an increase in student membership in gangs and student participation in gang activities, including the wearing of gang colors or symbols promoting and encouraging violent, disruptive and unlawful behavior; increasing use and possession of illegal drugs, alcoholic beverages, weapons and other contraband articles by a growing number of younger students; a decreasing level of self-control and self-discipline by a growing number of students; and numerous distractions that interfere with students' academic performance. The Board also finds that, in those Polk County public schools that have employed voluntary student uniform dress codes or policies and in those Polk County magnet schools that have mandated that students wear a school uniform, there has been a significant reduction in student disciplinary actions and referrals; a reduction in violent, disruptive and distracting behavior; improved school spirit with students having greater pride in their school's appearance and greater respect for the school facilities resulting in reduced vandalism, a decrease in incidents of student violence and students being in possession of weapons; a decrease in student drug use and possession; the virtual elimination of gang clothing and insignia; and a substantial reduction in peer pressure among students to acquire and wear the latest fashions.

**2. Purpose and Intent:** In adopting this policy it is the School Board's purpose and intent to enable all of the public elementary and middle schools in Polk County to experience the same improvements in student behavior and discipline as those described in paragraph 1. above.

**3. Scope:** This policy shall apply to all students in kindergarten through fifth grade.

**4. Magnet Schools:** Magnet school student uniform requirements shall take precedence over the uniform dress code described herein.

**5. Basic Uniform Clothing:** At each school to which this uniform dress code applies, the Principal shall confer with the school's SAC to develop and publish a school dress code that will contain the following basic uniform requirements as to the styles and colors of clothing:

**a. Girls' Basic Uniform:** The basic uniform clothing for girls in kindergarten through fifth grade shall consist of a long or short-sleeved navy blue or white collared blouse or polo shirt with a dark blue, black or khaki (tan) skirt, walking shorts, slacks, skorts, jumper or similar clothing. The skirt, shorts, slacks, skorts, and jumpers may be of denim, corduroy or twill fabric.

**b. Boys' Basic Uniform:** The basic uniform clothing for boys in kindergarten through fifth grade shall consist of a long or short-sleeved navy blue or white collared shirt, such as a polo, oxford or dress shirt, and a dark blue, black or khaki (tan) pair of long pants or walking shorts. The pants, shorts or slacks may be of denim, corduroy or twill fabric.

**c. Additional Uniform Alternatives:** In addition to the basic uniform clothing specified in paragraphs a. and b. above, at the discretion of the Principal, a school may include in the school's uniform dress code the following alternatives:

1. One additional specified color may be allowed for the collared shirt or blouse; and

2. One specified plaid may be allowed for the skirts, shorts, slacks, skorts and jumpers.

**d. Considerations:** In selecting such alternatives, if any, the Principal and SAC shall take into consideration the availability, affordability and practicality of the alternative.

**e. School T-Shirts:** In addition to the shirts and blouses described in subparagraphs a., b., and c. above, each school may include in its uniform dress code the option of allowing students to wear a school sponsored T-shirt (which may have a crew neck rather than a collar).

**f. Outer Garments:** The uniform dress code shall not prohibit students from wearing coats, jackets, sweaters or other appropriate outer garments when necessary due to weather conditions or for other legitimate reasons.

**g. District-wide Dress Code:** All other aspects of student dress and appearance not covered by this uniform dress code policy shall be governed by the remaining provisions of this section and any related school rules pertaining to student appearance.

**6. Financial Considerations**:

**a. Financial Hardships:** No student shall be denied attendance at school or be otherwise penalized for failing to wear clothing that complies with the uniform dress code if such failure is due to financial hardship.

**b. Assistance:** Each school's Principal and SAC shall develop procedures and criteria to offer assistance to students who would have or are having difficulty complying with their school's uniform dress code due to financial hardships; and shall develop a program to provide for donations of clothing or financial assistance, consignment shops or reuse of uniform clothing or similar program that would alleviate such financial hardships.

**7. New Students:** Students entering the Polk County public school system during the school year shall be granted a grace period of one (1) month before being required to comply with the uniform dress code.

**8. Alternative Education Disciplinary Programs:** Students in kindergarten through fifth grade assigned to an Alternative Education Disciplinary Program shall be required to dress in accordance with the uniform dress code in affect at the school in which they were enrolled before

their assignment to the Alternative Education Disciplinary Program.

**9. Exceptions:** Exceptions to the uniform dress code shall be permitted when:

a. A student wears a uniform of a nationally recognized youth organization, such as the Boy Scouts or Girl Scouts, on regular meeting days;

b. A student wears a button, armband, or other accouterment to exercise the right of free speech guaranteed by the United States and Florida Constitutions, unless the button, armband, or other accouterment signifies or is related to gangs, gang membership, or gang activity or would otherwise violate the dress code policy;

c. A student wears a costume or special clothing necessary for a school play or other school sponsored activity as permitted by the Principal;

d. The wearing of clothing in compliance with the uniform dress code violates a student's sincerely held religious belief.

**10. Breach of Conduct Part V, Section 5.03:** Repeated violations of the uniform dress code shall be treated as disruptive behavior under Part V, Section 5.03, Disruptive Behavior and/or Minor Infractions.

**SECTION 2.08. DRESS CODE:** Students are required to wear appropriate clothing according to the situation and the grade level involved. Inappropriate clothing and appearance is disruptive to the school program and Principals will enforce adherence to this policy by those under their jurisdiction. Each school may provide for more specific dress code requirements within the scope of this district-wide dress code and shall provide each student with a copy of their school's dress code.

**A. Part V, Breaches of Conduct, Section 5.03, Disruptive Behavior and/or Minor Infractions**: Repeated violations of the dress code shall be treated as disruptive behavior under Part V, Breaches of Conduct, Section 5.03, Disruptive Behavior and/or Minor Infractions. However, dress code violations shall not carry over on the student's discipline record to subsequent semesters.

**B. General Dress Code Requirements:**

**1. Shirts and Blouses:** Shirts or blouses shall be tucked into the waistband of the pants or skirt. Exceptions will be allowed in individual cases based upon the discretion of the Principal or designee.

**2. Pants:** Pants with belt loops shall be worn with a belt that is properly fastened. Pants shall be worn so that the waistband is worn at the waist and not below the waist.

**3. Skirts and Dresses:** The hem of girls' skirts or dresses shall be no shorter than mid-thigh as determined by the Principal or designee in the exercise of his or her judgment.

**4. Appropriate Sizes:** Students shall wear clothing of appropriate size as determined by the Principal or designee exercising his or her judgment.

**C. Unacceptable Attire:** Students are not allowed to wear clothing, jewelry, buttons, haircuts, tattoos, or other attire or markings which are offensive, suggestive, or indecent such as:

1. clothing associated with gangs;

2. clothing encouraging the use of drugs, alcohol, or violence;

3. clothing associated with discrimination on the basis of age, color, handicap, national origin, marital status, race, religion, or sex;

4. clothing exposing the torso or upper thighs such as see-through garments, mini-skirts or mini-dresses, halters, backless dresses, tube tops or tank tops without overblouses or shirts, bare midriff outfits, or shirts or blouses tied at the midriff;

5. clothing not properly fastened or with tears which are indecent;

6. clothing or outer garments traditionally designed as undergarments such as boxer shorts, bloomers, tights, or hosiery; or

7. clothing or footwear that is construed by the Principal or designee as hazardous or dangerous to the health of the student or others.

EXHIBIT B

**D. Shorts:** All students may wear hemmed walking shorts or Bermuda shorts and female students may wear skorts, provided that such shorts or skorts are no shorter than mid-thigh as determined by the Principal or designee exercising his or her judgment.

**1. Unacceptable Shorts:** Athletic shorts including spandex-style "bicycle" shorts, cut-off jeans, frayed jeans or pants, cut-off sweat pants, short-shorts, running shorts, and see-through boxer-type shorts are not allowed.

**2. Vocational-Technical Centers:** For safety and employment training purposes, students enrolled at the vocational-technical centers will not be allowed to wear shorts.

**3. Revocation of Shorts Privilege for Excessive Violations:** If an individual school's School Advisory Council ("SAC") determines that too many students have abused and violated the shorts policy, the SAC and Principal may request that the School Board revoke the shorts privilege at that particular school so that the entire student body will not be allowed to wear shorts to school during the next semester. In such cases, the School Board may elect to prohibit wearing shorts to school at that particular school during subsequent semesters or school years or reinstate the privilege of wearing shorts to school as the School Board may deem appropriate. The principal may revoke the shorts privilege of any student who violates the provisions of the shorts policy twice in one semester.

**E. Uniform Dress Code:** Subject to the terms and conditions set forth below the School Board has adopted this policy providing for a uniform dress code pertaining to all students in grades six through eight as follows:

**1. Findings:** Based upon evidence presented to the School Board in public meeting and a public hearing, the recommendations of the Superintendent and his staff, and the opinions of parents/guardians, educators and others with knowledge, experience and expertise regarding student behavior and discipline, the School Board finds that public schools in Polk County are experiencing increasingly disruptive and violent behavior by a substantial number of students; an increase in student membership in gangs and student participation in gang activities, including the wearing of gang colors or symbols promoting and encouraging violent, disruptive and unlawful behavior; increasing use and possession of illegal drugs, alcoholic beverages, weapons and other contraband articles by a growing number of younger students; a decreasing level of self-control and self-discipline by a growing number of students; and numerous distractions that interfere with students' academic performance. The Board also finds that, in those Polk County public schools that have employed voluntary student uniform dress codes or policies and in those Polk County magnet schools that have mandated that students wear a school uniform, there has been a significant reduction in student disciplinary actions and referrals; a reduction in violent, disruptive and distracting behavior; improved school spirit with students having greater pride in their school's appearance and greater respect for the school facilities resulting in reduced vandalism, a decrease in incidents of student violence and students being in possession of weapons; a decrease in student drug use and possession; the virtual elimination of gang clothing and insignia; and a substantial reduction in peer pressure among students to acquire and wear the latest fashions.

**2. Purpose and Intent:** In adopting this policy it is the School Board's purpose and intent to enable all of the public elementary and middle schools in Polk County to experience the same improvements in student behavior and discipline as those described in paragraph 1. above.

**3. Scope:** This policy shall apply to all students in sixth through eighth grade except for students attending the following schools or centers:

a. Fort Meade Middle-Senior High School,

b. Frostproof Middle-Senior High School,

c. Gause Academy,

d. Lake Alfred Academy,

e. Teen Parent Program, or the

f. Roosevelt Academy.

**4. Magnet Schools:** Magnet school student uniform requirements shall take precedence over the uniform dress code described herein.

**5. Basic Uniform Clothing:** At each school to which this uniform dress code applies, the Principal shall confer with the school's SAC to develop and publish a school dress code that will contain the following basic uniform requirements as to the styles and colors of clothing.

a. Girls' Basic Uniform: The basic uniform clothing for girls in sixth through eighth grade shall consist of a long or short-sleeved navy blue or white collared blouse or polo shirt with a dark blue, black or khaki (tan) skirt, walking shorts, slacks, skorts, jumper or similar clothing. The skirt, shorts, slacks, skorts, jumpers or other similar clothing may be of denim, corduroy or twill fabric.

b. Boys' Basic Uniform: The basic uniform clothing for boys in sixth through eighth grade shall consist of a long or short-sleeved navy blue or white collared shirt, such as a polo, oxford or dress shirt, and a dark blue, black or khaki (tan) pair of long pants or walking shorts. The pants or shorts may be of denim, corduroy or twill fabric.

c. Additional Uniform Alternatives: In addition to the basic uniform clothing specified in paragraphs a. and b. above, at the discretion of the Principal, a school may include in the school's uniform dress code the following alternatives:

1. One additional specified color may be allowed for the collared shirt or blouse; and

2. One specified plaid may be allowed for the skirt, shorts, slacks, skorts, and jumpers.

d. Considerations: In selecting such alternatives, if any, the Principal and SAC shall take into consideration the availability, affordability and practicality of the alternative.

e. School T-Shirts: In addition to the shirts and blouses described in subparagraphs a., b., and c. above, each school may include in its uniform dress code the option of allowing students to wear a school-sponsored T-shirt (which may have a crew neck rather than a collar).

f. Outer Garments: The uniform dress code shall not prohibit students from wearing coats, jackets, sweaters or other appropriate outer garments when necessary due to weather conditions or for other legitimate reasons.

g. District-wide Dress Code: All other aspects of student dress and appearance not covered by this uniform dress code policy shall be governed by the remaining provisions of this section and any related school rules pertaining to student appearance.

**6. Financial Considerations**:

**a. Financial Hardships:** No student shall be denied attendance at school or be otherwise

penalized for failing to wear clothing that complies with the uniform dress code if such failure is due to financial hardship.

**b. Assistance:** Each school's Principal and SAC shall develop procedures and criteria to offer assistance to students who would have or are having difficulty complying with their school's uniform dress code due to financial hardships; and shall develop a program to provide for donations of clothing or financial assistance, consignment shops or reuse of uniform clothing or similar program that would alleviate such financial hardships.

**7. New Students:** Students entering the Polk County public school system during the school year shall be granted a grace period of one (1) month before being required to comply with the uniform dress code. Parents of those students may also apply for an exemption within this thirty (30) day grace period in the same manner as described in paragraph 10. herein.

**8. Alternative Education Disciplinary Programs:** Students in grades 6 through 8 assigned to an Alternative Education Disciplinary Program shall be required to dress in accordance with the uniform dress code in affect at the school in which they were enrolled before their assignment to the Alternative Education Disciplinary Program.

**9. Exceptions:** Exceptions to the uniform dress code shall be permitted when:

a. A student wears a uniform of a nationally recognized youth organization, such as the Boy Scouts or Girl Scouts, on regular meeting days;

b. A student wears a button, armband, or other accouterment to exercise the right of free speech guaranteed by the United States and Florida Constitutions, unless the button, armband, or other accouterment signifies or is related to gangs, gang membership, or gang activity or would otherwise violate the dress code policy;

c. A student wears a costume or special clothing necessary for a school play or other school-sponsored activity as permitted by the Principal;

d. The wearing of clothing in compliance with the uniform dress code violates a student's sincerely held religious belief.

**10. Breach of Conduct 5.03:** Repeated violations of the uniform dress code shall be treated as disruptive behavior under Part V, Breaches of Conduct, Section 5.03. Disruptive Behavior and/or Minor Infractions.