FILED

01 JAN 24  PH 2:58

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No.
99-2084-CIV-T-25B
TGW

ROSELLA ALBRIGO, individually , and as
parent, and next friend for TIMMY
HANCOCK, a minor,  and  LOGAN
HANCOCK, a minor; CATHY AMBROSE,
individually, and STEVE BATTLE individually,
and as parents, and next friend for JESSE
BATTLE, a minor, and SHANNON BATTLE,
a minor; STEVE AMBROSE, individually, and
TONI AMBROSE, individually and as parents,
and next friend for STEFAN AMBROSE, a minor,
and SIMON AMBROSE, a minor;  PENNY
BAILEY, individually, and as parent, and next
friend for KENNETH BAILEY, a minor; SALLY
MICHAEL BARTON, individually, and as parents, and
BARTON,          individually, and as parents, a minor;
next  friend for ALICIA BARTON, and JAY BATSON,
individually, and as parents, and next friend for
ANDREW BATSON, a minor,  and KENNETH
BATSON, a minor; JAMES BECKETT,
individually, and as parent, and next friend for
NIKKI BECKETT, a minor; CHALMAS BISHOP,
individually, and ELIZABETH BISHOP,
individually, and  as parents, and next friend for
CHALMAS BISHOP, a minor; CHARLES
BONDY, individually, and NADAJA BONDY,
individually, and as parents, and next friend for
ANGEL BONDY, a minor; SAMANTHA
BONILLA, individually, and as parent, and next
friend for RENE BONILLA, a minor; VICTORIA
BOOMER, individually, and as parent, and next
friend for JOSHUA BOOMER, a minor, ROBERT
BOSCH, individually, and as parent, and next friend
for ROBERT BOSCH, a minor; JOHN BOSCH,
a minor; and BRIDGET BOSCH, a minor;
RICHARD BRACEWELL, individually, and as
parent, and next friend for DUSTIN
BRACEWELL, a minor;  DAVID BROWN,
individually, and as parent, and next friend for
AMANDA BROWN, a minor; and ARIEL
BROWN, a minor; WENDY BYRD, individually,

and as parent, and next friend for ADAM BYRD, a
minor; CHRISTINE CARNLEY, individually, and
TIMOTHY CARNLEY, individually, and as
parents, and next friend for KRYSTAL BEROUTY,
a minor, and HEATHER BEROUTY, a minor;
HEIDI CHILDS, individually, and ROLLIE
CHILDS, individually, and as parents, and next
friend for KATIE CHILDS, a minor, and SCOTT
CHILDS, a minor; PARTRICA CLARK,
individually, and as parent, and next friend for
BRADFORD BURKE, a minor; VICKI
CLOANINGER, individuallly, and MICHAEL
CLOANINGER, individually, and as parents, and
next friend for JOSHUA CLOANINGER, a minor;
KAREN COCHRAN, individually and, CHARLES
COCHRAN, individually, and as parents, and next
friend for TIMOTHY THOMAS, a minor;
ROBERT COCHRAN, individually, and as parent,
and next friend for TREVOR COCHRAN, a minor,
and HEAVEN COCHRAN, a minor; JOHN
CROSANO, individually, and CATHERINE
CROSANO, individually, and as parents, and next
friend for LOREN CROSANO, a minor, and
HOLLY CROSANO, a minor; TRACEY
CROSSNO, individually, and as parent, and next
friend for PATRICK CROSSNO, a minor, and
MIRANDA SINGLETARY, a minor, and
MICHAEL SINGLETARY, a minor; MYRA
CULLATON, individually, and BRIAN
CULLATON, individually, and as parent, and next
friend for HANK HUSSEY, a minor; and JORDAN
HUSSY, a minor; APRIL CUMMINS,
individually, and JOHN CUMMINS, individually,
and as parents, and next friend for JOHN
CUMMINS, a minor, MATTHEW CUMMINS, a
minor; and NICHOLAS CUMMINS, a minor, and
AMBER CUMMINS, a minor; TERRI DALPE,
individually, and RONALD DALPE, individually,
and as parents, and next friend for EMILY DALPE,
a minor, and AMBER DALPE, a minor;
CHARLES DEFELICE, individually, and
DANIELLE DEFELICE, individually, and as
parents, and as next friend for ATHENA
DEFELICE, a minor, and

2

MICHAEL DEFELICE, a minor;  IRENE DENNIS,
individually, and as parent, and next friend for
AMANDA DENNIS, a minor, AMBER DENNIS, a
minor,  CHRISTOPHER DENNIS, a minor; and
AMY DENNIS, a minor;  JULIE DOLL,
individually, and MARK DOLL, individually, and
as parents,  and next friend for MARA DOLL, a
minor, AMANDA DOLL, a minor, BILLY YATES,
a minor, and  KALEB YATES, a minor;  AMBER
DRIGGERS, individually, and as parent, and next
friend for DESMOND DRIGGERS, a minor;
ELIZABETH EARLS, individually, and TIMOTHY
EARLS, individually, and as parents,  and next
friend for KARL EARLS, a minor; and ASHLEY
EARLS, a minor;  BRIDGET EDWARDS,
individually, and STEVEN EDWARDS,
individually, and as parents, and next friend for
STEPHANIE EDWARDS, a minor; and JASON
LYNCH, a minor;  PAUL ELWING, individually,
and ADAIR ELWING, individually, and as parents,
and next friend for ANDREW ELWING, a minor;
JAYNE EWEN, individually, and as parent, and
next friend for R.J.  EWEN, a minor; and JESSICA
EWEN, a minor;  ROSE MARY FARRELL,
individually, and ROBERT FARRELL,
individually, and as parents,  and next friend for
ROBERT FARRELL JR., a minor;  CHRISTINE
FARRELL, a minor; and BARBARA FARRELL, a
minor;  REGINA FORD, individually, and as
parent,  and next friend for AMANDA FORD, a
minor; CHRISTA FORD, a minor; and SELENA
FORD, a minor;  BRYAN FRASHER, individually,
and KRISTINA FRASHER individually,  and as
parents, and next friend for CASSIE FRASHER, a
minor, BRYAN FRASHER, a minor, CHARLES
FRASHER, a minor, and DANIELLE FRASHER, a
minor;  SUSANNE GARDNES, individually, and
as parent, and next friend for RACHEL MORRIS, a
minor;  RHONDA GARRETT, individually, and
JAMES GARRETT, individually, and as parents,
and next friend for JUSTIN ZINK, a minor; and
MIRANDA GARRETT, a minor;  MARIAM
GATLIN, individually, and BAYLIS GATLIN,

3

individually, and as parents, and next friends for
CAROL HOLLIDAY, a minor, DARYL
HOLLIDAY, a minor; and JOSEPH
TOUCHSTONE, a minor; MELISSA GAY,
individually, and as parent, and next friend for
MICHAEL GAY JR., a minor; CORI GILILEO,
individually, and MICHAEL GILILEO,
individuallly, and as parents, and next friends for
MICHAEL GILILEO, a minor, and CAITLIN
GILILEO, a minor; MARK GILL, individually, and
as parent, and next friend for TRACIE GILL, a
minor; STEVE GILLOOLEY, individually, and
JEANNIE ADAMS, individually, and as parents,
and next friends for SHAWN GILLOOLEY, a
minor, and MATTHEW GILLOOLEY, a minor;
CHARLES GILLSTRUP, individually, and as
grandparent, and next friend for M. LEIGHTON
WARREN, a minor; JOANNE GILMORE,
individually, and DOUGLAS GILMORE,
individually, and as parents, and next friends for
LISA GILMORE, a minor; and AMY GILMORE, a
minor; KAREN GOGOLIN, individually, and as
parent, and next friend for JENNIFER ARD, a
minor; KATHERINE GOODWIN, individually,
and JIMMY GOODWIN, individually, and as
parents, and next friends for JIMMY GOODWIN, a
minor, BOBBY GOODWIN, a minor, MATTHEW
GOODWIN, a minor, and THOMAS GOODWIN,
a minor; MAUREEN GOODWIN, individually,
and WAYNE GOODWIN, individually, and as
parents,, and next friends for JESSICA BARBER, a
minor; MARILYN GORUM, individually, and
DANNY GORUM, individually, and as parents,
and next friend for CORY SIEGESMUND, a minor,
and DANNY GORUM, a minor; JACQUELYN
GRAHAM, individually, and as parent, and next
friend for DE'ASHLEY GRAHAM, a minor; and
JONA'CEE DERICK, a minor; SANDRA
HACKNEY, individually, and LAYMON
HACKNEY, individually, and as parents, and next
friends for TIA PREAST, a minor, TARA
PREAST, a minor, and GARY PREAST, a minor;
DONNA HAGER, individually, and ROBERT
HAGER,

individually, and as parents, and next friends for
ROBIN HAGER, a minor;  LAURA HAINES,
individually, and as parent, and next friend for
JESSICA HAINES, a minor, VICTORIA HAINES,
a minor, BRADLEY HAINES, a minor, and
STEPHEN HAINES, a minor;  ROBBIN
HAMILTON, individually, and CLETE
HAMILTON, individually, and as parents, and next
friend for CHANTAL HAMILTON, a minor, and
SKYLAR HAMILTON, a minor;  ANGEL
HARRIS, individually, and as parent, and next
friend for HEATHER HARRIS, a minor;
DORINDA HARRIS, individuallly, and JAMES
HARRIS, individually, and as parents, and next
friend for MEGAN ODOM, a minor, and CASEY
ODOM, a minor;  SHARIE HAYES, individually,
and as parent and next friend for BRITTANY
HEYES, a minor,STEVEN TITUS, a minor, and
MELISSA TITUS, a minor;  MARK HEMMING,
individually, and THERESA HEMMING,
individually, and as parents, and next friends for
RAYMOND HEMMING, a minor, KRISTEN
SIZEMORE, a minor, and TIERRA WIENOID, a
minor; CRAIG HILL, individually, and WILMA
HILL, individually, and as parents, and next friends
for CRAIG HILL JR., a minor, JENNIFER HILL, a
minor, and JOSHUA HILL, a minor; CONTINA
HILLMAN, individually, and  DWAYNE
WILLIAMS, individually, and as parents, and next
friends for DESIRAY WILLIAMS, a minor; and
DWAYNE RENTZ, a minor;  SHIRLEY HILSON,
individually, and as parent, and next friend for
MARY ANN FRANKLIN, a minor; and JERRY
HILSON, a minor;   LISA HITT, individually, and
BRUCE HITT, individually, and as parents, and
next friends for MICHAEL RANAURO, a minor,
MICHELLE RANAURO, a minor, KATIE
RANAURO, a minor, MOLLY RANAURO, a
minor, and TYLER RANAURO, a minor;
SHARON HORNSBY, individually, and
FREDERIC HORNSBY, individually, and as
parents, and next friends for FREDERIC
HORNSBY III, a minor, and JULIA HORNSBY, a

5

minor;  DANIEL HOWELL, individually, and TIFFANY HOWELL, individually, and as parents, and next friends for COREY GOBLE, a minor, and COTY GOBLE, a minor; PAUL HOWELL, individually, and as parent,  and next friend for KRISTY HOWELL, a minor; HOLLY HUFFMAN, individually, and as parent, and next friend of BRANDON HUFFMAN, a minor, and BRITTANY HUFFMAN, a minor; APRIL HUGGINS, individually, and JAMES HUGGINS, individually, and as parents,  and next friends for JAMES HUGGINS JR., a minor, and GARY HUGGINS, a minor; CHRISTOPHER HUGHES, individually, and DEBORA HUGHES, individually, and as parents,  and  next of friends for JEREMY HUGHS, a minor;  DAVID HUNT, individually , and as parent,  and next friend of MARY HUNT,  a minor; JAMES JENKINS, individually, and PAMELA JENKINS, individually, and as parents,  and next friends for ASHLEY MCCOY,  a minor,  and CHARLES MCCOY, a minor;  LORAINA JOHNSON, individually, and WILLIAM STOKES, individually, and as parents,  and next friends for LEILA JOHNSON, a minor;  BILLY JOHNSON, individually, and ROBYN JOHNSON, individually, and as parents,  and next friends for MEGAN STEARNS, a minor;  RICHARD JOYCE, JR., individually, and MELISSA MANN, individually, and as parents,  and next friend for ASHLEY MANN, a minor, and BRANDON JOYCE, a minor; BETH KEIGANS, individually, and RAYMOND KEIGANS, individually, and as parents,  and  next friends for SARAH KEIGANS, a minor;  ROSALIE KELLEY, individually, and BOBBY KELLEY, individually, and as parents, and next friends for CHRISTOPHER KELLEY, a minor, JESSICA KELLEY, a minor, and BOBBY KELLEY, a minor; ARMANDA KELLY, individually, and ROBERT KELLY, individually, and as parents,  and next friends for KATHERINE KELLY, a minor; KEENON KELLY, individually, and HOLLY KELLY, individually, and as parents,  and next friends for JOHN KELLY, a minor, and

ELIZABETH KELLY, a minor;  ALVIS
KENNEDY, individually, and A.V. KENNEDY,
individually, and as parents, and next friends for
ANDREW KENNEDY, a minor, AARON
KENNEDY, a minor, and ALAXANDRIA
KENNEDY, a minor;  KATHRYN KOVALASKI,
individually, and MICHAEL FARRELL,
individually, and as parents,  and next friends for
LAUREN FARRELL, a minor;  DEBI KREBS,
individually, and KEN KREBS, individually, and as
parents,  and next friends for SHANE KREBS, a
minor; and SHAWN KREBS, a minor;
KATHLEEN KUHN, individually, and as parent
and next friend for AMANDA GEORGE, a minor,
and DANIEL GEORGE, a minor;  DEBORAH
LEACH, individually, and DANIEL LEACH,
individually, and as parents,  and next friends for
JOSEPH LEACH, a minor; LAURA
LETCHWORTH, individually, and BRUCE
LETCHWORTH, individually, and as parents,  and
next friends for LINDSEY LETCHWORTH, a
minor;  BERNARD LETZINGER, individually, and
PATRICIA LETZINGER, individually, and as
parents,  and next friends for JACKIE
LETZINGER, a minor;  KELLY LINDSEY,
individually, and as parent,  and next friend for
MICHAEL FLOOD,  a minor,  STEVEN
LINDSEY,  a minor; and BRYANT LINDSEY, a
minor;  GAIL LOCKE, individually, and as parent,
and next friend for AMANDA LOCKE, a minor,
STEVEN LOCKE, a minor,  NATASHA LOCKE, a
minor,  and JOHN LOCKE, a minor;  PAMELA
LOUIS, individually, and RICHARD LOUIS,
individually, and as parents,  and next friends for
DAVID LOUIS, a minor,  ROBERT LOUIS, a
minor, and ANDREW LOUIS, a minor; KAY
MAHAR, individually, and JAMES MAHAR,
individually, and as parents,  and next friends for
RYAN MAHAR, a minor, and TARA MAHAR, a
minor; CARLA MARCELLO, indiviudally, and as
parent, and next friend for  ANGELA MARCELLO,
a minor; LISA MATHERS, individually, and
ERNIE MATHERS, individually, and as parents,
and next friends of

7

BRITTANY MATHERS, a minor, CHASITY
MATHERS, a minor, and HARLEA MATHERS, a
minor;  DWIGHT MATTHEWS, individually, and
SHERRY MATTHEWS, individually, and as
parents,  and next friends of DERRICK
MATTHEWS,  a minor, and KALEB
MATTHEWS, a minor;  DIALNE MCCALL,
individually and as parent,  and next friend of
DALLAS MCCALL, a minor,  BETHANY
MCCALL, a minor, and ANGELA MCCALL,
a minor; JENNIFER MCCOURT, individually, and
as parent,  and next friend for DAVID MORRISON,
a minor;  MICHELLE MCDONALD, individually
and as parent, and next friend for TIFFANY
MCDONALD, a minor; HEATHER MCELWER,
individually, and as parent,  and next friend for
AARON MCELWER, a minor, and CORY
MCELWER, a minor; ANTOINETTE
MCINTYRE, individually, and as parent,  and next
friend for DANIEL KING, a minor, MATTHEW
KING, a minor, and TERESA KING, a minor;
ALYCE MCMANUS, individually, and MICHAEL
MCMANUS, individually, and as parents,  and next
friends for ALEX MCMANUS, a minor,
DOMINICK MCMANUS,  a minor; MICHELLE
MERRIETT, individually, and BOBBY TAYLOR,
individually, and as parents,  and next friends for
JAMES TAYLOR, a minor, and MICHAEL
MERRIETT, a minor;  D. JUAL MOORE,
individually, and MARK MOORE, individually,
and as parents,  and next friends for JACOB
WOLFF, a minor, and KARLIE WOLFF, a minor;
BARBARA MORRIS, individually, and as parent,
and next friend for CASSIE MORRIS, a minor;
EDITH MORRISON, individually, and as parent,
and next friend for SUSANNA MORRISON, a
minor, and ASHLEY MEANS, a minor; TONYA
MULLAN,
individually, and as parent,  and next friend for
TABITHA MULLAN, a minor, KIRT MOORE, a
minor, and JEFFERY MULLAN, a minor;
DEBBRA NAVARRO, individually, and
PAULINO NAVARRO, individually, and as
parents,  and next friends for JACINTO
NAVARRO, a minor;                          8

KIRSTINE NICKS, individually, and as parent, and
next friend for LEWIS PARKER, JR., a minor;
DONNA OGLETREE, individually, and as parent,
and next friend for RYAN OGLETREE, a minor;
FRED PECHE, individually, and ANGELA
PECHE, individually, and as parents,  and next
friend for CHELSEA PECHE, a minor; ROBERT
PICKERING, individually, and as parent,  and next
friend for ALLISON PICKERING, a minor;
RACHEL PRADO, individually, and as parent,  and
next friend for TASHEENA AGUILERA, a minor,
and JOSE' AGUILERA JR., a minor;  RICHY
PRATHER, individually, and GWEN PRATHER,
individually, and as parents,  and next friends for
JENNIFER PRATHER, a minor;  LISA PRICE,
individually, and SCOTT PRICE, individually, and
as parents,  and next friend for CRYSTAL PRICE, a
minor, and TONY PRICE, a minor;  RANDY
PYLE, individually, and PENNI PYLE,
individually, and as parents,  and next friend for
ASHLEY PYLE, a minor, and RANDALL PYLE, a
minor; BRENDA RAYBORN, individually, and
TIMOTHY RAYBORN, individually, and as
parents,  and next friends  for JASON RAYBORN,
a minor, and CIANNA RAYBORN, a minor;
KATRINIA RAYBORN, individually, and KIM
RAYBORN, individually, and as parents,  and next
friends for SELINA RAYBORN, a minor;  J. PAUL
REVECS, individually, and as parent, and next
friend for JOHATHAN REVECS, a minor;
LARRY REIBSOME, individually, and MARGIE
REIBSOME, individually, and as parents,  and next
friend for DIANE REIBSOME, a minor;
MICHELLE RICHARDS, individually, and
DOUGLAS RICHARDS, individually, and as
parents,  and next friend for  MITCHELL
RICHARDS, a minor, and MARIAH
RICHARDS, a minor;  LEANNE RIMES,
individually, and as parent,  and next friend for
BRITTANY RIMES,  a minor; ALTA RODGERS ,
inidvidually, and MICHAEL RODGERS, SR.,
individually, and as parents, and next friends for
MICHAEL RODGERS, JR., a minor, and

9

BRANDON RODGERS, a minor;  ALLEN SALE,
individually, and as parent,  and next friend for
CHRISTOPHER SALE, a minor;  KIMBERLY
SANDERS, individually, and as parent,  and next
friend f or JAMES SANDERS, a minor,
JOHNATHAN SANDERS, a minor, JOSEPH
SANDERS, a minor, and JEREMY SANDERS, a
minor; GLORIA SCOTT, individually, and
THOMAS SCOTT, individually, and as parents,
and next friends for JENNIFER SCOTT, a minor,
and CHRIS SCOTT, a minor;   LEE SHIRA,
individually, and as parent,  and next friend for
MICHELLE SHIRA, a minor;  BRYAN SIDDELL,
individually, and as parent,  and next friend for
CYNTHIA SIDDELL, a minor;  REBECCA
SKINNER, individually, and as parent,  and next
friend for KATLYN SKINNER, a minor;  LARRY
SMITH, individually, and as parent, and next friend
for BEAU DEAVER, a minor;  RENEE SMITH,
individually, and CHARLES SMITH, individually,
and as parents,  and next friends for SARAH
SMITH, a minor;  CHARLES SNELL, individually,
and SUSAN SNELL, individually, and as parents,
and next friends for JESSICA SNELL, a minor, and
DARRYL DODGE, a minor;  ROBERT
SOLOMON JR., individually, and DEBRA
SOLOMON, individually, and as parents,  and next
friend for BRANDY SOLOMOM, a minor, and
CARRIE SOLOMOM, a minor;  STACEY
SPROUSE, individually, and  MICHAEL
SPROUSE, individually, and as parents,  and next
friends for LINDSEY JOHNSON, a minor,
SAMANTHA JOHNSON, a minor, and ASHLEY
SPROUSE, a minor;  PAMELA STEFFEY,
individually, and NEWTON STEFFEY,
individually, and as parents,  and next friends for
STEVEN STEFFEY, a minor, and AMBER
STEFFEY, a minor;  TERRY STOELTON,
individually, and MARK STOELTON, individually,
and as parents,  and next friends for  DERRICK
STOELTON, a minor;  IOLANTHE STOKES,
individually, and DAVID STOKES, individually,
and as parents,  and next friends for PORTIA
FREMGEN, a minor,

10

CRYSTAL WOOD, a minor, and LEAH STOKES,
a minor;  KIMBERLY STRICKLAND,
individually, and as parent,  and next friend for
AARON STRICKLAND, a minor, and SPENCER
STRICKLAND, a minor;  ANNA SUTTER,
individually, and as parent, and next friend for
SARAH SUTTER, a minor, and DANNY
SUTTER, a minor;  ALICE TALMADGO,
individually and as parent,  and next friend for
STEPHANIE DEGROAT, a minor, and  JAMIE
WROBEL, a minor;  CHARLES TAYLOR SR.,
individually, and KATHRYN TAYLOR,
individually, and as parents,  and next friend for
BRENDA TAYLOR, a minor, and CHARLES
TAYLOR JR., a minor;  TIMOTHY TILLMAN,
individually, and MARIETTA TILLMAN,
individually, and as parents,  and next friends for
NICHOLAS TILLMAN, a minor, AARON
TILLMAN, a minor, and SETH TILLMAN, a
minor;  ANDREW TOOLE, individually, and
FRANCES TOOLE, individually, and as parents,
and next friends for JENIFER TOOLE, a minor, and
ANDREA TOOLE, a minor;  JOHN TRIBUIANI,
individually, and JOAN TRIBUIANI, individually,
and as grandparents,  and next friends for
CHRISTOPHER GOODSON, a minor,
STEPHANIE GOODSON, a minor, and JOSHUA
GOODSON, a minor;  MICHAEL TRUAX,
individually, and CAROL TRUAX, individually,
and as parents,  and next friends for KAYLA
TRUAX, a minor, GRANT TRUAX, a minor, and
BRITTNEY TRUAX, a minor;  SHAWN TRUAX,
individually, and as parent,  and next friend for
JESSICA TRUAX, a minor;  THEODORE
VANDEVENDER, individually, and TAMMY
VANDEVENDER, individually, and as parents and
next friend for JAMES VANDEVENDER,  a
minor, and LEEANNA VANDEVENDER, a minor;
ROSALIE VANDIVER, individually, and as parent,
and next friend for RACHEL VANDIVER, a minor;
KAREN VINYARD, individually,  and STEVE
VINYARD, individually, and as parents,  and next
friends for STEPHANIE BARDELL, a minor;

THOMAS WAGNER, individually, and
KIMBERLY WAGNER, individually, and as
parents, and next friends for THOMAS WAGNER,
a minor; ELIZABETH WARE, individually, and
ANTHONY WARE, individually, and as parents,
and next friends for TIERA HENDERSON, a
minor, MICHAEL HENERSON, a minor,
CHRISTOPHER HENDERSON, a minor, FLOYD
HENDERSON, a minor, and DION HENDERSON,
a minor; REGINA WEARE, individually and as
parent, and next friend for NICHOLAS WEARE, a
minor; CHARLES WEAVER, individually, and
TABETHA WEAVER, individually, and as parents,
and next friends for DEIDRA BRASWELL, a
minor, MEGHAN BRASWELL, a minor,
CHARLES WEAVER, a minor, and ALEXANDER
WEAVER, a minor, and MELANIE WEAVER, a
minor; ROBERT WEESE, individually, and
DARLENE WEESE, individually, and as parents,
and next friends for AMANDA AMANS, a minor,
and JAMES AMANS, a minor; KIMBERLY
WILKES, individually, and RICHARD WILKES,
individually, and as parents, and next    friends for
RICHARD WILKES II, a minor, and ASHLEY
WILKES, a minor; DARLENE WILLIAMS,
individually, and ROBERT  WILLIAMS,
individually, and as parents, and next friends for
ERIC WILLIAMS, a minor; SHERI WILLIAMS,
individually, and as parents, and next friend for
FRANK DENHAM, a minor, and JOSHUA
DENHAM, a minor; BRENDA WILSON,
individually, and as parent, and next friend for
SHANE WILSON, a minor; TERRA WILSON,
individually, and as parent, and next friend for
DANAE WILSON, a minor; TONYA WILSON,
individually, and as parent, and next friend for

12

MATTHEW PUHAK, a minor.

       Plaintiffs,

vs.

POLK COUNTY SCHOOL BOARD, A poilitical
subdivision of the State of Florida,  and GLENN
REYNOLDS, in his official capacity as
Superintendent of the Polk County Schools,

       Defendants.
_____ /

13

## AMENDED COMPLAINT, REQUEST FOR INJUNCTIVE RELIEF
## AND DEMAND FOR JURY TRIAL

COMES NOW, the Plaintiffs, by and through their undersigned attorney, and sue the Defendants, request injunctive relief, demand a jury trial, and states as follows:

## STATEMENT OF THE CASE

1.     This is an action for damages, injunctive relief and declaratory relief to protect the Plaintiffs' constitutional rights pursuant to the United States and Florida Constitutions, and to prevent the Defendants' from depriving the Plaintiffs under color of state law, ordinance, regulation, rule, custom or usage their constitutional rights pursuant to the United States and Florida Constitutions, as the result of the Defendants officially adopting and implementing a mandatory school uniform dress code for Polk County public schools that is unconstitutional on its face and in its application.

## PARTIES

2.     Plaintiff Rosella Albrigo is an adult resident of Winter Haven, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as Parent and next friend of Timmy Hancock, a minor child, who is 11 years old, and is currently in 5th grade at Boswell Elementary School, and  Logan Hancock, a minor child who is 10 years old, and is currently in 4th grade at Boswell Elementary School, a Polk County Public School.

3.     Plaintiff Cathy Ambrose is an adult resident of Lakeland, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Steve Battle is an adult resident of Lakeland, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public school.  They bring this lawsuit as an individual, taxpayer and parents, they also bring this lawsuit as parents and next friend of Jesse Battle, a minor child, who is 12 years of age, and is currently in the 7th grade at Crystal Lake Middle School, and Shannon Battle, a minor child , who is 9 years of age, and is currently in the 4th grade at Cleveland Court Elementary School, a Polk County Public School.

4.     Plaintiff Steve Ambrose is an adult resident of Polk City, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Toni Ambrose is an adult resident of Polk City, Polk County, Florida, a parent of a child

currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public school. They bring this lawsuit as an individual, taxpayer and parents, they also bring this lawsuit as parents and next friend of Stefan Ambrose, a minor child, who is 10 years of age, and is currently in the 5th grade at Lake Alfred Elementary Middle School, and Simon Ambrose, a minor child , who is 9 years of age, and is currently in the 4th grade at Lake Alfred Elementary School, a Polk County Public School.

5.     Plaintiff Penny Bailey is an adult resident of Mulberry, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as Parent and next friend of Kenneth Bailey, a minor child, who is 11 years old, and is currently in 6th grade at Mulberry Middle School, a Polk County Public School.

6.     Plaintiff Michael Barton is an adult resident of Winter Haven, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Sally Barton is an adult resident of Winter Haven, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public school. They bring this lawsuit as an individual, taxpayer and parents, they also bring this lawsuit as parents and next friend of Alicia Barton, a minor child, who is 13 years of age, and is currently in the 7h grade at Denison Middle  School,  a Polk County Public School.

7.     Plaintiff  Leah Batson is an adult resident of Lake Wales, Polk County, Florida, a parent of  children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Jay Batson   is an adult resident of Lake Wales, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public school.  They bring this lawsuit as an individual, taxpayer and parents, they also bring this lawsuit as parents and next friend of Andrew Batson, a minor child, who is 7 years of age, and is currently in the 1st grade at Hillcrest Elementery School, and Kenneth Batson, a minor, who is 12 years old, and is currently in the 6th grade at McLaughlin Middle School,   a Polk County Public School.

8.     Plaintiff  James Beckett  is an adult resident of  Winter Haven, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. He brings this lawsuit as an individual, taxpayer and parent, he also brings this lawsuit as Parent and next friend of Nikki Beckett, a minor child, who is 5 years old, and is currently in Kindergarden  at Lake Ship Elementary School, a Polk County Public School.

9.     Plaintiff Chalmas Bishop is an adult resident of Waverly, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Elizabeth Bishop is an adult resident of Walverly, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public school. They bring this lawsuit as an individual, taxpayer and parents, they also bring this lawsuit as parents and next friend of Chalmas Bishop, a minor child, who is 9 years of age, and is currently in the 4th grade at Janie Howard Elementary  School, a Polk County Public School.

10.     Plaintiff Charles Bondy is an adult resident of Lake Wales, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Nadaja Bondy is an adult resident of Lake Wales, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public school. They bring this lawsuit as an individual, taxpayer and parents, they also bring this lawsuit as parents and next friend of Angel Bondy, a minor child, who is 5 years of age, and is currently in Kindergarden at J.H.W. Elementary  School, a Polk County Public School.

11.     Plaintiff Samantha Bonilla is an adult resident of Arburndale, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as Parent and next friend of Rene' Bonilla, a minor child, who is 9 years old, and is currently in the 4th grade  at Arburndale Central  Elementary School, a Polk County Public School.

12.     Plaintiff  Victoria Boomer is an adult resident of  Winter Haven, Polk County, Florida, a parent of  children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools.  She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as parent and next friend of Joshua Boomer, a minor child, who is 9 years of age, and is currently in the 3rd grade at Garner Elementery School,  John Bosch, a minor child , who is 9 years of age, and is currently in the 4th grade at Medulla Elementary School, and Bridget Bosch, a minor child, who is 7 years of age, and is currently in 1st grade at Medulla Elementary School,  a Polk County Public School.

13.     Plaintiff  Robert Bosch is an adult resident of  Lakeland, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools.  He brings this lawsuit as an individual, taxpayer and parent, he also brings this lawsuit as parent and next friend of Robert Bosch, a minor child, who is 11 years of age, and is currently in the 6th grade

16

at South West Middle School,  John Bosch, a minor child , who is 9 years of age, and is currently
in the 4th grade at Medulla Elementary School, and Bridget Bosch, a minor child, who is 7 years of
age, and is currently in 1st grade at Medulla Elementary School,  a Polk County Public School.

14.    Plaintiff  Richard Bracewell  is an adult resident of  Lakeland, Polk County, Florida,
a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as
spent by the Polk County School Board and its agents in the operation of the Polk County public
schools. He brings this lawsuit as an individual, taxpayer and parent, he also brings this lawsuit as
Parent and next friend of  Dustin Bracewell, a minor child, who is 13 years old, and is currently in
the 8th grade  at Lake Gibson Middle School, a Polk County Public School.

15.    Plaintiff  David Brown  is an adult resident of  Lakeland, Polk County, Florida, a
Parent of  children currently attending a Polk County public school, and taxpayer whose taxes as
spent by the Polk County School Board and its agents in the operation of the Polk County public
schools. He brings this lawsuit as an individual, taxpayer and parent, he also brings this lawsuit as
Parent and next friend of  Amanda Brown, a minor child, who is 12 years old, and is currently in the
7th grade  at Bartow Middle School, and Ariel Brown, a minor child, who is 7 years of age, and is
currently in the 2nd grade  at Highland City Elementary,  a Polk County Public School.

16.    Plaintiff  Wandy Byrd  is an adult resident of  Winter Haven, Polk County, Florida,
a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as
spent by the Polk County School Board and its agents in the operation of the Polk County public
schools. She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit
as Parent and next friend of  Adam Byrd, a minor child, who is 10 years old, and is currently in the
5th grade  at Eagle Lake Elementary School,  a Polk County Public School.

17.    Plaintiff  Heidi Childs is an adult resident of  Auburndale, Polk County, Florida, a
Parent of  children currently attending a Polk County public school, and taxpayer whose taxes as
spent by the Polk County School Board and its agents in the operation of the Polk County public
schools, and Plaintiff  Rollie Childs is an adult resident of Auburndale, Polk County, Florida, a
Parent of  children currently attending a Polk County public school, and taxpayer whose taxes as
spent by the Polk County School Board and its agents in the operation of the Polk County public
schools. They brings this lawsuit as an individual, taxpayer and parents, they also bring this lawsuit
as Parents and next friend of  Katie Childs, a minor child, who is 10 years old, and is currently in the
5th grade  at Boswell Elementary School, and Scott Childs, a minor, who is 8 years old, and is
currently in the 3rd grade at Boswell Elementery School,   a Polk County Public School.

18.    Plaintiff  Patricia Clark  is an adult resident of  Lakeland, Polk County, Florida, a
Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent
by the Polk County School Board and its agents in the operation of the Polk County public schools.
She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as Parent
and next friend of  Bradford Clark, a minor child, who is 7 years old, and is currently in the 2nd
grade  at Crystal Lake Elementary School, a Polk County Public School.

17

19.    Plaintiff Vicki Cloaninger is an adult resident of Mulberry, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Michael Cloaninger is an adult resident of Mulberry, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public school.  They bring this lawsuit as an individual, taxpayer and parents, they also bring this lawsuit as parents and next friend of Joshua Cloaninger, a minor child, who is 11 years of age, and is currently in 5th grade at Puncell Elementary School,  a Polk County Public School.

20.    Plaintiff Karen Cochran is an adult resident of Lakeland, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Charles Cochran is an adult resident of Lakeland, Polk County, Florida, a parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public school.  They bring this lawsuit as an individual, taxpayer and parents, they also bring this lawsuit as parents and next friend of Timothy Thomas, a minor child, who is 7 years of age, and is currently in 2nd grade at Winston Elementary School,  a Polk County Public School.

21.    Plaintiff Robert Cochran is an adult resident of Polk City, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. He brings this lawsuit as an individual, taxpayer and parent, he also brings this lawsuit as Parent and next friend of Trevor Cochran, a minor child, who is 12 years old, and is currently in the 7th grade at Lake Alfred Middle School, and Heaven Cochran, a minor child, who is 8 years of age, and is currently in the 2nd grade  at leanavista Elementary,  a Polk County Public School.

22.    Plaintiff John Crosano is an adult resident of Winter Haven, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Catherine Crosano is an adult resident of Winter Haven, Polk County, Florida, a parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public school.  They bring this lawsuit as an individual, taxpayer and parents, they also bring this lawsuit as parents and next friend of Loren Crosano, a minor child, who is 15 years of age, and is currently in 8th grade at West Wood Middle School, and Holly Crosano, a minor child, who is 12 years of age, and is currently in the 5th grade at Ganner Elementary School,   a Polk County Public School.

23.    Plaintiff Tracy Crossno is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit

18

as Parent and next friend of Patrick Crossno, a minor child, who is 8 years old, and is currently in the 3rd grade at Highland City Elementary School, Miranda Singletary a minor child, who is 10 years of age, and is currently in the 5th grade at Highland City Elementary School, and Michael Singletary, a minor child, who is 11 years of age, and is currently in the 6th grade at Bartow Middle School, a Polk County Public School.

24.     Plaintiff Myra Cullaton is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Brian Cullaton is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Hank Hussy, Jr., a minor child, who is 13 years old, and is currently in the 8th grade at Stambaugh Middle School, and Jordan Hussy a minor child, who is 6 years of age, and is currently in the 1st grade at Lena Vista Elementary, a Polk County Public School.

25.     Plaintiff April Cummins is an adult resident of Davenport, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff John Cummins is an adult resident of Davenport, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of John Cummins, a minor child, who is 11 years old, and is currently in the 6th grade at Boone Middle School, Matthew Cummins, a minor child, who is 9 years of age, and is currently in the 3rd grade at Loughman Oaks Elementary School, Nicholas Cummins, a minor child, who is 7 years of age, and is currently in the 1st grade at Loughman Oaks Elementary School, and Amber Cummins, a minor child, who is 5 years of age, and is currently in Kindergarden at Loughman Oaks Elementary School, a Polk County Public School.

26.     Plaintiff Terri Dalpe is an adult resident of Winter Haven, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Ronald Dalpe is an adult resident of Winter Haven, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parent's and next friend of Emily Dalpe, a minor child, who is 13 years old, and is currently in the 8th grade at West Wood Middle School, and Amber Dalpe, a minor child, who is 9 years of age, and is currently in the 4th grade at Garner Elementary School, a Polk County Public School.

27.     Plaintiff Charles DeFelice is an adult resident of Winter Haven, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Danielle DeFelice is an adult resident of Winter Haven, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parent's and next friend of Athena DeFelice, a minor child, who is 9 years old, and is currently in the 4th grade at Garner Elementary School, and Michael DeFelice, a minor child, who is 7 years of age, and is currently in the 1st grade at Garner Elementary School, a Polk County Public School.

28.     Plaintiff Irene Dennis is an adult resident of Waverly, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as Parent and next friend of Amanda Dennis, a minor child, who is 10 years old, and is currently in the 5th grade at Hillcrest Elementary School, Amber Dennis, a minor child, who is 9 years of age, and is currently in the 4th grade at Hillcrest Elementary School, Christopher Dennis, a minor child, who is 7 years of age, and is currently in the 2nd grade at Hillcrest Elementary, and Amy Dennis, a minor child, who is 6 years of age, and is currently in Kindergarden at Hillcrest Elementary, a Polk County Public School.

29.     Plaintiff Julie Doll is an adult resident of Highland City, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Mark Doll is an adult resident of Highland City, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parent's and next friend of Mara Doll, a minor child, who is 10 years old, and is currently in the 4th grade at Highland City Elementary School, and Amanda Doll, a minor child, who is 5 years of age, and is currently in Kindergarden at Highland City Elementary School, Billy Yates, a minor child, who is 11 years of age and is currently in the 5th grade at Highland City Elementary School, and Kaleb Yates, a minor child, who is 10 years of age, and is currently in the 4th grade at Stephens Elementary School, a Polk County Public School.

30.     Plaintiff Amber Driggers is an adult resident of Bartow, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as Parent and next friend of Desmond Driggers, a minor child, who is 4 years old, and is currently in Pre-Kindergarden at Alturas Elementary School, a Polk County Public School.

31.     Plaintiff Elizabeth Earls is an adult resident of Winter Haven, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Timothy Earls is an adult resident of Winter Haven, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parent's and next friend of Karl Earls, a minor child, who is 10 years old, and is currently in the 5th grade at Inwood Elementary School, and Ashley Earls, a minor child, who is 8 years of age, and is currently in the 3rd grade at Inwood Elementary School, a Polk County Public School.

32.     Plaintiff Bridget Edwards is an adult resident of Lakeland, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes are spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Steven Edwards is an adult resident of Lakeland, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parent's and next friend of Stephanie Edwards, a minor child, who is 5 years old, and is currently in Kindergarden at Wendell Elementary School, a Polk County Public School.

33.     Plaintiff Paul Elwing is an adult resident of Lakeland, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Adair Elwing is an adult resident of Lakeland, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parent's and next friend of Andrew Elwing, a minor child, who is 13 years old, and is currently in the 8th grade at Sleepyhill Middle School, a Polk County Public School.

34.     Plaintiff Jayne Ewen is an adult resident of Winter Haven, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as Parent and next friend of R.J. Ewen, a minor child, who is 9 years old, and is currently in the 5th grade at Elbert Elementary School, and Jessica Ewen, a minor child, who is 7 years of age, and is currently in the 2nd grade at Elbert Elementary School, a Polk County Public School.

35.     Plaintiff RoseMary Farrell is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Robert Farrell is an adult resident of Lakeland, Polk County, Florida, a Parent

21

of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Robert Farrell Jr., a minor child, who is 10 years old, and is currently in the 5th grade at Dixieland Elementary School, Christine Farrell, a minor child, who is 8 years of age, and is currently in the 3rd grade at Dixieland Elementary School, and Barbara Farrell, a minor child, who is 6 years of age, and is currently in the 1st grade at Dixieland Elementary School, a Polk County Public School.

36.     Plaintiff Regina Ford is an adult resident of Lake Hamilton, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as Parent and next friend of Amanda Ford, a minor child, who is 12 years old, and is currently in the 7th grade at Dundee Middle School, Christa Ford, a minor child, who is 11 years of age, and is currently in the 5th grade at Alta Vista Elementary School, and Selena Ford, a minor child, who is 9 years of age, and is currently in the 2nd grade at Alta Vista Elementary School, a Polk County Public School.

37.     Plaintiff Bryan Fasher is an adult resident of Bartow, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. He brings this lawsuit as an individual, taxpayer and parent, he also brings this lawsuit as Parent and next friend of Cassie Frasher, a minor child, who is 13 years old, and is currently in the 7th grade at Bartow Middle School, Bryan Frasher, a minor child, who is 13 years of age, and is currently in the 7th grade at Bartow Middle School, Charles Frasher, a minor child, who is 6 years of age, and is currently in Kindergarden at Bartow Elementary School, and Danielle Frasher, a minor, who is 4 years old, and is currently in Pre-Kindergarden at Bartow Elementary School, a Polk County Public School.

38.     Plaintiff Kristina Frasher is an adult resident of Bartow, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Bryan Frasher is an adult resident of Bartow, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Cassie Frasher, a minor child, who is 13 years old, and is currently in the 8th grade at Bartow Middle School, Bryan Frasher, Jr., a minor child, who is 7 years of age, and is currently in the 1st grade at Gibbons Street Elementary School, Charles Frasher, a minor child, who is 5 years of age, and is currently in Kindergarden at Gibbons Street Elementary School, and Danielle Frasher, a minor child, who is 4 years of age, and is currently in Pre-Kindergarden at Gibbons Street Elementary School, a Polk County Public School.

22

39.     Plaintiff Susanne Gardnes is an adult resident of Haines City, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as Parent and next friend of Rachel Morris, a minor child, who is 11 years old, and is currently in the 5th grade at Eastside Elementary School, a Polk County Public School.

40.     Plaintiff Rhonda Garrett is an adult resident of Polk City, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff James Garrett is an adult resident of Polk City, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Justin Zink, a minor child, who is 8 years old, and is currently in the 2nd grade at Polk City Elementary School, and Miranda Garrett, a minor child, who is 7 years of age, and is currently in the 1st grade at Polk City Elementary School, a Polk County Public School.

41.     Plaintiff Mariam Gatlin is an adult resident of Bartow, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Baylis Gatlint is an adult resident of Bartow, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Carol Holliday, a minor child, who is 13 years old, and is currently in the 8th grade at Bartow Middle School, Daryl Holliday, a minor child, who is 10 years of age, and is currently in the 5th grade at Eagle Lake Elementary School, and Joseph Touchstone, a minor child, who is 11 years of age, and is currently in the 6th grade at Westwood Middle School, a Polk County Public School.

42.     Plaintiff Melissa Gay is an adult resident of Bartow, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as Parent and next friend of Michael Gay, Jr., a minor child, who is 8 years old, and is currently in the 3rd grade at Floral Ave. Elementary School, a Polk County Public School.

43.     Plaintiff Cori Gilileo is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Michael Gilileo, Sr. is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the

23

Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Michael Gilileo, Jr., a minor child, who is 9 years old, and is currently in the 3rd grade at Lime Street Elementary School, and Caitlin Gilileo, a minor child, who is 8 years of age, and is currently in the 3rd grade at Lime Street Elementary School, a Polk County Public School.

44.     Plaintiff Mark Gill is an adult resident of Lakeland, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as Parent and next friend of Tracie Gill, a minor child, who is 14 years old, and is currently in the 8th grade at Kathleen Middle School, a Polk County Public School.

45.     Plaintiff Charles Gillstrap is an adult resident of Plant City, Hillsborough County, Florida, a Grandparent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. He brings this lawsuit as an individual, taxpayer and grandparent, he also brings this lawsuit as grandparent and next friend of Leighton Warren, a minor child, who is 6 years old, and is currently in Kindergarden at Doris Sanders Learinging Center, a Polk County Public School.

46.     Plaintiff Joanne Gilmore is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Douglas Gilmore is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Lisa Gilmore, a minor child, who is 13 years old, and is currently in the 8th grade at Kathleen Middle School, and Amy Gilmore, a minor child, who is 11 years of age, and is currently in the 6th grade at Kathleen Middle School, a Polk County Public School.

47.     Plaintiff Karen Gogdin is an adult resident of Lake Alfred, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as Parent and next friend of Jennifer Ard, a minor child, who is 11 years old, and is currently in the 6th grade at Lake Alfred Middle School, a Polk County Public School.

48.     Plaintiff Katherine Goodwin is an adult resident of Highland City, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Jimmy Goodwin is an adult resident of Highland City, Polk County,

24

Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Jimmy Goodwin, a minor child, who is 12 years old, and is currently in the 6th grade at Bartow Middle School, Bobby Goodwin, a minor child, who is 11 years of age, and is currently in the 4th grade at Highland City Elementary School, Matthew Goodwin, a minor child, who is 9 years of age, and is currently in the 2nd grade at Highland City Elementary School, and Thomas Goodwin, a minor child, who is 7 years of age, and is currently in the 1st grade at Highland City Elementary School, a Polk County Public School.

49.    Plaintiff Marilyn Gorum is an adult resident of Bartow, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Danny Gorum is an adult resident of Bartow, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Cory Siegesmund, a minor child, who is 9 years old, and is currently in the 3rd grade at Gibbons Elementery School, and Danny Gorum, a minor child, who is 6 years of age, and is currently in Kindergarden at Gibbons Street Elementery School, a Polk County Public School.

50.    Plaintiff Maureen Goodwin is an adult resident of Lakeland, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Wayne Goodwin is an adult resident of Lakeland, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Jessica Barber, a minor child, who is 8 years old, and is currently in the 3rd grade at Crystal Lake Elementary School, a Polk County Public School.

51.    Plaintiff Jacquelyn Graham is an adult resident of Bartow, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as Parent and next friend of De'Ashley Graham, a minor child, who is 9 years old, and is currently in the 3rd grade at Stephens Elementary School, and Jona'cee Derick, a minor child, who is 5 years of age, and is currently in Kindergarden at Stephens Elementary School, a Polk County Public School.

52.    Plaintiff Donna Hager is an adult resident of Winter Haven, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public

schools. Plaintiff Robert Hager is an adult resident of Winter Haven, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Robin Hager, a minor child, who is 14 years old, and is currently in the 8th grade at Westwood Middle School, a Polk County Public School.

53.    Plaintiff Laura Haines is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She bring this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as Parent and next friend of Jessica Haines, a minor child, who is 11 years old, and is currently in the 5th grade at Lime Street Elementary School, Victoria Haines, a minor child, who is 8 years old, and is currently in the 3rd grade at Lime Street Elementary School, Bradley Haines, a minor child, who is 7 years of age, and is currently in the 2nd grade at Lime Street Elementary School, and Stephan Haines, a minor child, who is 7 years of age, and is currently in the 2nd grade at Lime Street Elementary School, a Polk County Public School.

54.    Plaintiff Robbin Hamilton is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Clete Hamiltonis an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Chantal Hamilton, a minor child, who is 11 years old, and is currently in the 6th grade at Kathleen Middle School, and Skylar Hamilton, a minor child, who is 5 years old, and is currently in Kindergarden at Socurme Elementary School, a Polk County Public School.

55.    Plaintiff Angel Harris is an adult resident of Bartow, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as Parent and next friend of Heather Harris, a minor child, who is 11 years old, and is currently in the 5th grade at Floral Ave. Elementary School, a Polk County Public School.

56.    Plaintiff Dorinda Harris is an adult resident of Auburndale, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff James Harris an adult resident of Auburndale, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and

next friend of Megan Odom, a minor child, who is 9 years old, and is currently in the 4th grade at Lena Vista Elementery School, and Casey Odom, a minor child, who is 6 years old, and is currently in the 1st grade at Lena Vista Elementery School, a Polk County Public School.

57.     Plaintiff Sharie Hayes is an adult resident of Ft. Meade, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as Parent and next friend of Brittany Hayes, a minor child, who is 5 years old, and is currently in Kindergarden at Lewis Elementary School, Steven Titus, a minor child, who is 8 years old, and is currently in the 2nd grade at Lewis Elementary School, and Melissa Titus, a minor child, who is 9 years old, and is currently in the 3rd grade at Lewis Elementary School, a Polk County Public School.

58.     Plaintiff Mark Hemming is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Theresa Hemming is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Raymond Hemming, a minor child, who is 8 years old, and is currently in the 3rd grade at Carlton Palmore Elementary School, Kristen Sizemore, a minor child, who is 10 years old, and is currently in the 5th grade at Carlton Palmore Elementary School, and Tierra Wienoid, a minor child, who is 12 years old, and is currently in the 7th grade at Lakeland Highland Middle School, a Polk County Public School.

59.     Plaintiff Craig Hill is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Wilma Hill is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools.  They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Craig Hill Jr., a minor child, who is 13 years old, and is currently in the 8th grade at Kathleen Middle School, Jennifer Hill, a minor child, who is 12 years old, and is currently in the 7th grade at Kathleen Middle School, and Joshua Hill, a minor child, who is 7 years old, and is currently in the 2nd grade at Socrum Elementary School, a Polk County Public School.

60.     Plaintiff Contina Hillman is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Dwayne Williams is an adult resident of Lakeland, Polk County, Florida, a Parent

27

of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Desiray Williams, a minor child, who is 6 years old, and is currently in the 1st grade at Combee Elementary School, and Dwayne Rentz, a minor child, who is 8 years old, and is currently in the 3rd grade at Jewitt Elementary School, a Polk County Public School.

61.      Plaintiff Shirley Hilson is an adult resident of Winter Haven, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as Parent and next friend of Mary Ann Franklin, a minor child, who is 6 years old, and is currently in the 1st grade at Garner Elementary School, and Jerry Hilson, a minor child, who is 4 years old, and is currently in Pre-Kindergarden at Garner Elementary School, a Polk County Public School.

62.      Plaintiff Lisa Hitt is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Bruce Hitt is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Michael Ranauro, a minor child, who is 14 years old, and is currently in the 8th grade at Kathleen Middle School, Michelle Ranauro, a minor child, who is 12 years old, and is currently in the 6th grade at Kathleen Middle School, Katie Ranauro, a minor child, who is 9 years of age, and is currently in the 4th grade at Kathleen Elementary School, Molly Ranauro, a minor child, who is 8 years old, and is currently in the 2nd grade at Kathleen Elementary School, and Tyler Ranauro, a minor child, who is 5 years of age, and is currently in Kindergarden at Kathleen Elementary School, a Polk County Public School.

63.      Plaintiff Sandra Hockney is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Laymon Hackney is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Tara Preast, a minor child, who is 12 years old, and is currently in the 7th grade at Southwest Elementary School, and Gary Preast, a minor child, who is 9 years old, and is currently in the 2nd grade at Medulla Elementary School, a Polk County Public School.

64.      Plaintiff Sharon Hornsby is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as

28

spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Frederic Hornsby Jr. is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Frederic Hornsby III, a minor child, who is 9 years old, and is currently in the 3rd grade at Scott Lake Elementary School, and Julie Hornsby, a minor child, who is 11 years old, and is currently in the 5th grade at Scott Lake Elementary School, a Polk County Public School.

65.     Plaintiff Daniel Howell is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Tiffany Howell. is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Corey Goble, a minor child, who is 13 years old, and is currently in the 8th grade at Lake Gibson Middle School, and Coty Goble, a minor child, who is 10 years old, and is currently in the 5th grade at Edgar Padgett Elementary School, a Polk County Public School.

66.     Plaintiff Paul Howell is an adult resident of Lakeland, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. He brings this lawsuit as an individual, taxpayer and parent, he also brings this lawsuit as Parent and next friend of Kristy Howell, a minor child, who is 13 years old, and is currently in the 7th grade at Sleepy Hill Middle School, a Polk County Public School.

67.     Plaintiff Holly Huffman is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as Parent and next friend of Brandon Huffman, a minor child, who is 12 years old, and is currently in the 7th grade at Lake Alfred Middle School, and Brittany Huffman, a minor child, who is 10 years old, and is currently in the 5th grade at Polk City Elementary School, a Polk County Public School.

68.     Plaintiff April Huggins is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff James Huggins is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools.

29

They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of James Hugins, a minor child, who is 12 years old, and is currently in the 7th grade at Crystal Lake Middle School, and Gary Huggins, a minor child, who is 9 years old, and is currently in the 2nd grade at O.J. Pope Elementary School, a Polk County Public School.

69.     Plaintiff Christopher Hughes is an adult resident of Winter Haven, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Debora Hughes is an adult resident of Winter Haven, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Jeremy Hughes, a minor child, who is 13 years old, and is currently in the 8th grade at Denison Middle School, a Polk County Public School.

70.     Plaintiff David Hunt is an adult resident of Lakeland, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. He brings this lawsuit as an individual, taxpayer and parent, He also brings this lawsuit as Parent and next friend of Mary Hunt, a minor child, who is 5 years old, and is currently in the 1st grade at Stephens ElementerySchool, a Polk County Public School.

71.     Plaintiff James Jenkins is an adult resident of Haines City, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Pamela Jenkins is an adult resident of Haines City, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Ashley McCoy, a minor child, who is 11 years old, and is currently in the 6th grade at Dundee Middle School, and Charles McCoy, a minor, who is 13 years of age, and is currently in the 7th grade at Roosvelt Acadamy School, a Polk County Public School.

72.     Plaintiff Loraina Johnson is an adult resident of Lake Wales, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff William Stokes. is an adult resident of Lake Wales, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parents, they also bring this lawsuit as Parents and next friend of Leila Johnson, a minor child, who is 6 years old, and is currently in the 1st grade at Janie Wilson Elementary School, a Polk County Public School.

73.     Plaintiff Richard Joyce, Jr. is an adult resident of Lake Wales, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Melissa Mann is an adult resident of Lake Wales, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parents, they also bring this lawsuit as Parents and next friend of Ashley Mann, a minor child, who is 11 years old, and is currently in the 6th grade at McLaughlin Middle School, and Brandon Joyce, a minor, who is 6 years old, and is currently in the 1st grade at Hillcrest Elementery, a Polk County Public School.

74.     Plaintiff Beth Keigans is an adult resident of Lakeland, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Raymond Keigans is an adult resident of Lakeland, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools.  They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Sarah Keigans, a minor child, who is 11 years old, and is currently in the 6th grade  at Crystal Lake Middle School, a Polk County Public School.

75.     Plaintiff Rosalie Kelley is an adult resident of Polk City, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Bobby Kelley is an adult resident of Polk City, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools.   They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Christopher Kelley, a minor child, who is 8 years old, and is currently in the 2nd grade at Polk City Elementary School, Jessica Kelley, a minor, who is 9 years old, and is currently in the 4th grade at Polk City Elementary School, and Bobby Kelley Jr., a minor, who is 13 years of age, and is currently in the 8th grade at Lake Alfred Middle School, a Polk County Public School.

76.     Plaintiff Armanda Kelly is an adult resident of Lakeland, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Robert Kelly is an adult resident of Lakeland, Polk County, Florida, a Parent of  a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools.  They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Katherine Kelly, a  minor child, who is 6 years old, and is currently in the 1st grade  at Combee Elementary School, a Polk County Public School.

31

77.     Plaintiff Keenon Kelly is an adult resident of Mulberry, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Holly Kelly is an adult resident of Mulberry, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of John Kelly, a minor child, who is 10 years old, and is currently in the 5th grade at Purcell Elementary School, and Elizabeth Kelly, a minor, who is 13 years old, and is currenly in the 7th grade at Mulberry Middle School, a Polk County Public School.

78.     Plaintiff Alvis Kennedy is an adult resident of Winter Haven, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff A.V. Kennedy is an adult resident of Winter Haven, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Andrew Kennedy, a minor child, who is 14 years old, and is currently in the 8th grade at Westwood Middle School, Aaron Kennedy, a minor, who is 13 years old, and is currenly in the 7th grade at Westwood Middle School, and Alaxandria Kennedy, a minor, who is 9 years old, and is currenlty in the 5th grade at Garner Elementery School, a Polk County Public School.

79.     Plaintiff Kathryn Kovalaski is an adult resident of Lake Wales, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Michael Farrell is an adult resident of Lake Wales, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Lauren Farrell, a minor child, who is 11 years old, and is currently in the 5th grade at Polk Avenue Elementary School, a Polk County Public School.

80.     Plaintiff Debi Krebs is an adult resident of Davenport, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Ken Krebs is an adult resident of Davenport, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Shane Krebs, a minor child, who is 13 years old, and is currently in the 8th grade at Boone Middle School, and Shawn Krebs, a minor, who is 10 years old, and is currently in the 5th

grade at Loughman Oaks Elementary School,   a Polk County Public School.

81.     Plaintiff Kathleen Kuhn is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as Parent and next friend of Amanda George, a minor child, who is 13 years old, and is currently in the 7th grade at Southwest Middle School, and Daniel George, a minor, who is 11 years old, and is currently in the 5th grade at Lime Street Elementary School,   a Polk County Public School.

82.     Plaintiff Deborah Leach is an adult resident of Davenport, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Daniel Leach is an adult resident of Davenport, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools.  They bring this lawsuit as an individual, taxpayer and parent, they  also bring this lawsuit as Parents and next friend of Joseph Leach, a  minor child, who is 11 years old, and is currently in the 6th grade  at Boone Middle School,  a Polk County Public School.

83.     Plaintiff Laura Letchworth is an adult resident of Kathleen, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Bruce Letchworth is an adult resident of Kathleen, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools.   They bring this lawsuit as an individual, taxpayer and parent, they  also bring this lawsuit as Parents and next friend of Lindsey Letchworth, a  minor child, who is 5 years old, and is currently in Kindergarden  at Kathleen Elementary School,  a Polk County Public School.

84.     Plaintiff Bernard Letzinger is an adult resident of Lakeland, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Patricia Letzinger is an adult resident of Lakeland, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools.   They bring this lawsuit as an individual, taxpayer and parent, they  also bring this lawsuit as Parents and next friend of Jackie Letzinger, a minor child, who is 9 years old, and is currently in ESE 3rd grade at  Churchwell Elementary School,  a Polk County Public School.

85.     Plaintiff  Kelly Lindsey is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent, she  also brings this lawsuit

as Parent and next friend of Michael Flood, a minor child, who is 11 years old, and is currently in 7th grade at Lake Gibson Middle School, Steven Lindsey, a minor, who is 9 years old, and is currently in the 4th grade at Wendall Watson Elementary School, and Bryant Lindsey, a minor, who is 6 years old, and is currently in the 1st grade at Wendall Watson Elementary School,   a Polk County Public School.

86.    Plaintiff Gail Lacke is an adult resident of Bartow, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as Parent and next friend of Amanda Locke, a minor child, who is 13 years old, and is currently in 8th grade at Bartow Middle School, Steven Locke, a minor, who is 12 years old, and is currently in the 7th grade at Bartow Middle School, Natasha Locke, a minor, who is 11 years old, and is currently in the 5th grade at Alturas Elementary School, and John Locke, a minor, who is 9 years old, and is currently in the 4th grade at Alturas Elementary School,  a Polk County Public School.

87.    Plaintiff Richard Louis is an adult resident of Winter Haven, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Pamela Louisis an adult resident of Winter Haven, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of David Louis, a minor child, who is 10 years old, and is currently in 2nd grade at Lake Ship Elementery School, Robert Louis, a minor, who is 9 years old, and is currently in the 2nd grade at Lake Ship Elementery School, and Andrew Louis, a minor, who is 8 years old, and is currently in Kindergarden at Lake Ship Elementary School,  a Polk County Public School.

88.    Plaintiff Kay Mahar is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff James Mahar is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Ryan Mahar, a minor child, who is 13 years old, and is currently in 8th grade at Capital Lake Middle School, and Tara Mahar, a minor, who is 10 years old, and is currently in the 5th grade at Combee Elementery School,  a Polk County Public School.

89.    Plaintiff Carla Marcello is an adult resident of Lake Wales, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools.  She brings this lawsuit as an individual, taxpayer and parent, she  also brings this lawsuit

34

as Parent and next friend of Angela Marcella, a minor child, who is 14 years old, and is currently in 8th grade at McLaughlin Middle School, a Polk County Public School.

90.    Plaintiff Lisa Mathers is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Ernie Mathers is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Brittany Mathers, a minor child, who is 12 years old, and is currently in 7th grade at Lakeland Middle School, Chasity Mathers, a minor, who is 10 years old, and is currently in the 4th grade at Carlton Palmore Elementery School, and Harlea Mathers, a minor, who is 8 years old, and is currently in the 3rd grade at Scott Lake Elementery School, a Polk County Public School.

91.    Plaintiff Dwight Matthews is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Sherry Matthews is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Derrick Matthews, a minor child, who is 8 years old, and is currently in 2nd grade at Scott Lake Elementery School, and Kaleb Matthews, a minor, who is 7 years old, and is currently in the 2nd grade at Scott Lake Elementery School, a Polk County Public School.

92.    Plaintiff Dialne McCall is an adult resident of Winter Haven, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as Parent and next friend of Dallas McCall, a minor child, who is 10 years old, and is currently in 5th grade at Lake Ship Elementery School, and Bethany McCall, a minor, who is 11 years old, and is currently in the 6th grade at Westwood Middle School, and Angela McCall, a minor, who is 13 years old, and is currently in the 8th grade at Westwood Middle School, a Polk County Public School.

93.    Plaintiff Jennifer McCourt is an adult resident of Lakeland, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as Parent and next friend of David Morrison Jr., a minor child, who is 8 years old, and is currently in 2nd grade at Griffin Elementery School, a Polk County Public School.

94.     Plaintiff Michelle McDonald is an adult resident of Haines City Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as Parent and next friend of Tiffany McDonald, a minor child, who is ? years old, and is currently in 1st grade at Alta Vista Elementery School, a Polk County Public School.

95.     Plaintiff Heather McElwer is an adult resident of Haines City Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as Parent and next friend of Aaron McElwer, a minor child, who is 9 years old, and is currently in 4th grade at Polk City Elementery School, and Cory McElwer, a minor, who is 5 years old, and is currenly in Kindergarden at Polk City Elementery, a Polk County Public School.

96.     Plaintiff Antoinette McIntyre is an adult resident of Haines City Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as Parent and next friend of Daniel King, a minor child, who is 13 years old, and is currently in 7th grade at Crystal Lake Middle School, Matthew King, a minor, who is 11 years old, and is currenly in the 4th grade at Southwest Elementery, and Teresa King, a minor, who is 8 years old, and is currenlty in the 2nd grade at Southwest Elementery School,    a Polk County Public School.

97.     Plaintiff Alyce McManus is an adult resident of Poinciana Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Michael McManus is an adult resident of Poinciana Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Alex McManus, a minor child, who is 11 years old, and is currently in 6th grade at Dundee Ridge Middle School, and Dominick McManus, a minor, who is 5 years old, and is currenly in Kindergarden at Eastside Elementery, a Polk County Public School.

98.     Plaintiff Michelle Merriett is an adult resident of Lakeland Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Bobby Taylor is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and

36

next friend of James Taylor, a minor child, who is 5 years old, and is currently in Kindergarden at Southwest Elementery School, and Michael Merriett, a minor, who is 10 years old, and is currenly in the 5th grade at Southwest Elementery, a Polk County Public School.

99.    Plaintiff D. Jual Moore is an adult resident of Polk City, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Mark Moore is an adult resident of Polk City, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools.They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Jacob Wolff, a minor child, who is 9 years old, and is currently in the 4th grade at Polk City Elementery School, and Karlie Wolff, a minor, who is 6 years old, and is currenly in the 1st grade at Polk City Elementery, a Polk County Public School.

100.    Plaintiff Barbara Morris is an adult resident of Bartow, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as Parent and next friend of Cassie Morris, a minor child, who is 9 years old, and is currently in the 4th grade at Alturas Elementery School, a Polk County Public School.

101.    Plaintiff Tonya Mullan is an adult resident of Haines City, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as Parent and next friend of Tabitha Mullan, a minor child, who is 11 years old, and is currently in the 6th grade at Boone Middle School, Kirt Moore, a minor, who is 12 years old, and is currently in the 7th grade at Boone Middle School, and Jeffrey Mullan, a minor, who is 6 years old, and is currently in the 2nd grade at Eastside Elementery School, a Polk County Public School.

102.    Plaintiff Debbra Navarro is an adult resident of Haines City, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Paulino Navarro is an adult resident of Haines City, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools.They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Jacinto Navarro, a minor child, who is 13 years old, and is currently in the 8th grade at Boone Middle School, a Polk County Public School.

103.    Plaintiff Kirstine Nicks is an adult resident of Polk City, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent

37

by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as Parent and next friend of Lewis Parker, Jr., a minor child, who is 7 years old, and is currently in the 2nd grade at Polk City Elementary School, a Polk County Public School.

104.   Plaintiff Donna Ogletree is an adult resident of Mulberry, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as Parent and next friend of Ryan Ogletree, a minor child, who is 9 years old, and is currently in the 4th grade at Purcell Elementary School, a Polk County Public School.

105.   Plaintiff Fred Peche is an adult resident of Bartow, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Angela Peche is an adult resident of Bartow, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools.They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Chelsea Peche, a minor child, who is 10 years old, and is currently in the 5th grade at Floral Avenue Elementary School, a Polk County Public School.

106.   Plaintiff Robert Pickering is an adult resident of Winter Haven, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. He brings this lawsuit as an individual, taxpayer and parent, he also brings this lawsuit as Parent and next friend of Allison Pickering, a minor child, who is 14 years old, and is currently in the 8th grade at Denison Middle School, a Polk County Public School.

107.   Plaintiff Rachel Prado is an adult resident of Bartow, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Eloy Prado is an adult resident of Bartow, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools.They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Tasheena Aguilera, a minor child, who is 8 years old, and is currently in the 3rd grade at Floral Avenue Elementary School, and Jose Aguilera Jr., a minor, who is 5 years old, and is currently in ESE Kindergarden at Floral Avenue Elementary, a Polk County Public School.

108.   Plaintiff Ricky Prather is an adult resident of Haines City, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Gwen Prather is an adult resident of Haines City, Polk County, Florida, a Parent of a child

currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools.They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Jennifer Prather, a minor child, who is 12 years old, and is currently in the 6th grade at Boone Middle School, a Polk County Public School.

109.   Plaintiff  Lisa Price is an adult resident of  Fort Meade, Polk County, Florida, a Parent of  children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff  Scott Price is an adult resident of Fort Meade, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools.They bring this lawsuit as an individual, taxpayer and parent they also bring this lawsuit as Parents and next friend of Crystal Price, a minor child, who is 9 years old, and is currently in the 4th grade at Riverside Elementary School, and Tony Price, a minor, who is 11 years old, and is currently in the 6th grade at Fort Meade Middle School, a Polk County Public School.

110.   Plaintiff  Randy Pyle is an adult resident of  Lakeland, Polk County, Florida, a Parent of  children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff  Penni Pyle is an adult resident of Lakeland, Polk County, Florida, a Parent of  children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools.They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Ashley Pyle, a minor child, who is 11 years old, and is currently in the 6th grade at Kathleen Middle School, and Randall Pyle, a minor, who is 10 years old, and is currently in the 5th grade at Griffin Elementary School, a Polk County Public School.

111.   Plaintiff  Brenda Rayborn is an adult resident of  Lakeland, Polk County, Florida, a Parent of  children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Timothy Rayborn is an adult resident of Lakeland, Polk County, Florida, a Parent of  children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools.They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Jason Rayborn, a minor child, who is 9 years old, and is currently in the 3rd grade at Kathleen Elementary School, and Cianna Rayborn, a minor, who is 6 years old, and is currently in the 1st grade at Kathleen Elementary School, a Polk County Public School.

112.   Plaintiff  Katrinia Rayborn is an adult resident of Lakeland, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Kim Rayborn is an adult resident of Lakeland, Polk County, Florida, a Parent of

39

a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools.They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Selina Rayborn, a minor child, who is 9 years old, and is currently in the 3rd grade at Winstone Elementary School, a Polk County Public School.

113.    Plaintiff J. Paul Revecs is an adult resident of Winter Haven, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. He brings this lawsuit as an individual, taxpayer and parent, he also brings this lawsuit as Parent and next friend of Johathan Revecs, a minor child, who is 12 years old, and is currently in the 7th grade at Westwood Middle School, a Polk County Public School.

114.    Plaintiff Larry Reibsome Sr., is an adult resident of Lakeland, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Margie Reibsome is an adult resident of Lakeland, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools.They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Diane Reibsome a minor child, who is 13 years old, and is currently in the 8th grade at Mulberry Middle School, a Polk County Public School.

115.    Plaintiff Michelle Richards. is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Douglas Richards is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools.They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Mitchell Richards a minor child, who is 6 years old, and is currently in the 1st grade at Jesse Keen Elementary Middle School, and Mariah Richards, a minor, who is 4 years old, and is currently in Kindergarden at Jesse Keen Elementary, a Polk County Public School.

116.    Plaintiff LeAnne Rimes is an adult resident of Bartow, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as Parent and next friend of Brittany Rimes, a minor child, who is 6 years old, and is currently in the 2nd grade at Alturas Elementary School, a Polk County Public School.

117.    Plaintiff Alta Rodgers is an adult resident of Polk City, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as

40

spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Michael Rodgers Sr. is an adult resident of Polk City, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools.They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Michael Rodgers, Jr., a minor child, who is 13 years old, and is currently in the 8th grade at Lake Alfred Middle Middle School, and Brandon Rodgers, a minor, who is 7 years old, and is currently in the 2nd grade at Polk City Elementary School, a Polk County Public School.

118.    Plaintiff Allen Sale is an adult resident of Bartow, Lakeland, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. He brings this lawsuit as an individual, taxpayer and parent, he also brings this lawsuit as Parent and next friend of Christopher Sale, a minor child, who is 10 years old, and is currently in the 5th grade at Carlton Palmore Elementary School, a Polk County Public School.

119.    Plaintiff Kimberly Sanders is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as Parent and next friend of James Sanders Jr., a minor child, who is 13 years old, and is currently in the 8th grade at Lake Gibson Middle Middle School, Johnathan Sanders, a minor, who is 11 years old, and is currently in the 5th grade at Socrum Elementary School, Joseph Sanders, a minor, who is 9 years old, and is currently in the 3rd grade Socrum Elementary School, and Jeremy Sanders, a minor, who is 7 years old, and is currently in the 1st grade at Socrum Elementary School, a Polk County Public School.

120.    Plaintiff Gloria Scott is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Thomas Scott is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Jennifer Scott, a minor child, who is 13 years old, and is currently in the 8th grade at Kathleen Middle School, and Chris Scott, a minor, who is 12 years old, and is currently in the 7th grade at Kathleen Middle School, a Polk County Public School.

121.    Plaintiff Lee Shira is an adult resident of Winter Haven, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as Parent

and next friend of Michelle Shira, a minor child, who is 12 years old, and is currently in the 7th grade at Westwood Elementary School, a Polk County Public School.

122.   Plaintiff Bryan Siddell is an adult resident of Lakeland, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. He brings this lawsuit as an individual, taxpayer and parent, he also brings this lawsuit as Parent and next friend of Cynthia Siddell, a minor child, who is 11 years old, and is currently in the 5th grade at Highland City Elementary School, a Polk County Public School.

123.   Plaintiff Rebecca Skinner is an adult resident of Fort Meade, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as Parent and next friend of Katlyn Skinner, a minor child, who is 5 years old, and is currently in Kindergarden at Lewis Elementary School, a Polk County Public School.

124.   Plaintiff Larry Smith is an adult resident of Lakeland, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. He brings this lawsuit as an individual, taxpayer and parent, he also brings this lawsuit as Parent and next friend of Beau Deaver, a minor child, who is 9 years old, and is currently in the 4th grade at Medulla Elementary School, a Polk County Public School.

125.   Plaintiff Renee Smith is an adult resident of Bartow, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Charles Smith is an adult resident of Bartow, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Sarah Smith, a minor child, who is 8 years old, and is currently in the 3rd grade at Floral Avenue Elementary School, a Polk County Public School.

126.   Plaintiff Charles Snell is an adult resident of Mulberry, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Susan Snell is an adult resident of Mulberry, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Jessica Snell, a minor child, who is 12 years old, and is currently in the 7th grade

at Mulberry Middle School, and Darryl Dodge, a minor, who is 13 years old, and is currently in the 8th grade at Mulberry Middle School,  a Polk County Public School.

127.    Plaintiff Robert Solomon is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Debra Solomon  is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Brandy Solomon, a minor child, who is  12  years old, and is currently in the 6th grade at Mulberry Middle School, and Carrie Solomon, a minor, who is 10 years old, and is currently in the 4th grade at Sikes Elementary School,  a Polk County Public School.

128.    Plaintiff Stacey Sprouse is an adult resident of  Polk City, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Michael Sprouse  is an adult resident of  Polk City, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Lindsey Johnson, a  minor child, who is  6  years old, and is currently in the 1st grade at Polk City Elementary School, Samantha Johnson, a minor, who is 13 years old, and is currently in the 7th grade at Lake Alfred Middle School, and Ashley Sprouse, a minor, who is 11 years old, and is currently in the 5th grade at Polk City Elementary School,  a Polk County Public School.

129.    Plaintiff Billy Johnson is an adult resident of Lakeland, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Robyn Johnson is an adult resident of  Lakeland, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Megan Stearns, a  minor child, who is 11 years old, and is currently in the 3rd grade at Watson Elementary School,  a Polk County Public School.

130.    Plaintiff Pamela Steffey is an adult resident of Lake Wales, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Newton Steffey is an adult resident of Lake Wales, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools.

They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Steven Steffey, a minor child, who is 11 years old, and is currently in the 7th grade at McLaughlin Middle School, and Amber Steffey, a minor, who is 8 years old, and is currently in the 3rd grade at Hillcrest Elementary School, a Polk County Public School.

131.    Plaintiff Terry Stoelton is an adult resident of Eagle Lake, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Mark Stoelton is an adult resident of Eagle Lake, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Derrick Stoelton, a minor child, who is 13 years old, and is currently in the 8th grade at Westwood Middle School, a Polk County Public School.

132.    Plaintiff Iolanthe Stokes is an adult resident of Bartow, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff David Stokes is an adult resident of Bartow, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Portia Fremgen, a minor child, who is 10 years old, and is currently in the 5th grade at Floral Avenue Elementary School, Crystal Wood, a minor, who is 8 years old, and is currently in the 3rd grade at Floral Avenue Elementary School, and Leah Stokes, a minor, who is 6 years old, and is currently in the 1st grade at Garden Grove Elementary, a Polk County Public School.

133.    Plaintiff Kimberly Strickland is an adult resident of Winter Haven, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as Parent and next friend of Aaron Strickland, a minor child, who is 10 years old, and is currently in the 5th grade at Lake Elbert Elementary School, and Spencer Strickland, a minor, who is 7 years old, and is currently in the 2nd grade at Lake Elbert Elementary School, a Polk County Public School.

134.    Plaintiff Anna Sutter is an adult resident of Bartow, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as Parent and next friend of Sarah Sutter, a minor child, who is 13 years old, and is currently in the 7th grade at Bartow Middle School, and Danny Sutter, a minor, who is 9 years old, and is currently in the 4th grade at Floral Avenue Elementary School, a Polk County Public School.

135.    Plaintiff Alice Talmadgo is an adult resident of Haines City, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as Parent and next friend of Stephanie Degroat, a minor child, who is 10 years old, and is currently in the 5th grade at Eastside Elementary School, and Jamie Wrobel, a minor, who is 13 years old, and is currently in the 7th grade at Boone Middle School, a Polk County Public School.

136.    Plaintiff Charles Taylor, Sr. is an adult resident of Lithia, Hillsborough County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Kathryn Taylor is an adult resident of Lithia, Hillsborough County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Brenda Taylor, a minor child, who is 9 years old, and is currently in the 3rd grade at Kingsford Elementary School, and Charles Taylor, Jr., a minor, who is 5 years old, and is currently in Kindergarden at Kingsford Elementary School, a Polk County Public School.

137.    Plaintiff , Timothy Tillman is an adult resident of Winter Haven, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Marietta Tillman is an adult resident of Winter Haven, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Nicholas Tillman, a minor child, who is 11 years old, and is currently in the 5th grade at Jewett Elementary School, Aaron Tillman, a minor, who is 9 years old, and is currently in the 4th grade at Jewett Elementary School, and Seth Tillman, a minor, who is 5 years old, and is currently in Kindergarden at Jewett Elementary School, a Polk County Public School.

138.    Plaintiff AnDrew Toole is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Frances Toole is an adult resident of Lakeland, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Jennifer Toole, a minor child, who is 9 years old, and is currently in the 4th grade at Sikes Elementary School, and AnDrea Toole, a minor, who is 7 years old, and is currently in the 2nd grade at Sikes Elementary School, a Polk County Public

45

139.    Plaintiff John Tribuiani is an adult resident of Winter Haven Polk County, Florida, a Grandparent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Joan Tribuiani is an adult resident of Winter Haven, Polk County, Florida, a Grandparent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and grandparent, they also bring this lawsuit as Grandparents and next friend of Christopher Goodson, a minor child, who is 13 years old, and is currently in the 6th grade at Fruitland Park Elementary School, Stephanie Goodson, a minor, who is 10 years old, and is currently in the 3rd grade at Garner Elementary School, and Joshua Goodson, a minor, who is 6 years old, and is currently in the 1st grade at Garner Elementary School, a Polk County Public

140.    Plaintiff Michael Truax is an adult resident of Polk City, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Carol Truax is an adult resident of Polk City, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Kayla Truax, a minor child, who is 12 years old, and is currently in the 7th grade at Dundee Ridge Middle School, Grant Truax, a minor, who is 11 years old, and is currently in the 6th grade at Dundee Ridge Middle School, and Brittney Truax, a minor, who is 10 years old, and is currently in the 4th grade at Eastside Elementary School, a Polk County Public

141.    Plaintiff Shawn Truax is an adult resident of Lakeland, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. He brings this lawsuit as an individual, taxpayer and parent, he also brings this lawsuit as Parent and next friend of Jessica Truax, a minor child, who is 8 years old, and is currently in the 2nd grade at Griffin Elementary School, a Polk County Public School.

142.    Plaintiff Theodore VanDevender is an adult resident of Mulberry, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Tammy VanDevender is an adult resident of Mulberry, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of James VanDevender, a minor child, who is 9 years old, and is currently in the 3rd grade at Kings Ford Elementary School, and Leeanna Vandevender, a minor, who is 7 years old, and is currently in the 1st grade at Sikes ElementarySchool, a Polk County Public School.

46

143.    Plaintiff Rosalie Vandiver is an adult resident of Lakeland, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as Parent and next friend of Rachel Vandiver, a minor child, who is 8 years old, and is currently in the 3rd grade at Crystal Lake Elementary School, a Polk County Public School.

144.    Plaintiff Karen Vinyard is an adult resident of Winter Haven, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Steve Vinyard is an adult resident of Winter Haven, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Stephanie Bardell, a minor child, who is 12 years old, and is currently in the 6th grade at Stambaugh Middle School, a Polk County Public School.

145.    Plaintiff Thomas Wagner is an adult resident of Babson Park, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Kimberly Wagner is an adult resident of Babson Park, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Thomas Wagner, a minor child, who is 10 years old, and is currently in the 5th grade at Babson Park Elementray School, a Polk County Public School.

146.    Plaintiff Elizabeth Ware is an adult resident of Bartow, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Anthony Ware is an adult resident of Bartow, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Tiera Henderson, a minor child, who is 11 years old, and is currently in the 6th grade at Bartow Middle School, Michael Henderson, a minor, who is 10 years old, and is currently in the 5th grade at Eagle Lake Elementary School, Christopher Henderson, a minor, who is 8 years old, and is currently in the 2nd grade at Eagle Lake Elementary, Floyd Henderson, a minor, who is 7 years old, and is currently in the 1st grade at Eagle Lake Elementary, and Dion Henderson, a minor, who is 6 years old, and is currently in Kindergarden at Eagle Lake Elementary, a Polk County Public School.

147.    Plaintiff Regina Weare is an adult resident of Lakeland, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent

47

by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as Parent and next friend of Nicholas Weare, a minor child, who is 12 years old, and is currently in the 6th grade at Crystal Lake Middle School, a Polk County Public School.

148.    Plaintiff Robert Weese is an adult resident of Lake Alfred, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Darlene Weese is an adult resident of Lake Alfred, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Amanda Amans, a minor child, who is 11 years old, and is currently in the 6th grade at Lake Alfred Middle School, and James Amans, a minor, who is 9 years old, and is currently in the 3rd grade at Lake Alfred Elementary School, a Polk County Public School.

149.    Plaintiff Charles Weaver is an adult resident of Bartow, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Tabetha Weaver is an adult resident of Bartow, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Deidra Braswell, a minor child, who is 13 years old, and is currently in the 8th grade at Bartow Middle School, Meghan Braswell, a minor, who is 11 years old, and is currently in the 4th grade at Gibbons Street Elementary School, Charles Weaver, a minor, who is 5 years old, and is currently in Kindergarden at Gibbons Street Elementary, Alexander Weaver, a minor, who is 11 years old, and is currently in the 6th grade at Lake Alfred Middle School, and Melanie Weaver, a minor, who is 10 years old, and is currently in the 4th grade at Polk City Elementary, a Polk County Public School.

150.    Plaintiff Kimberly Wilkes  is an adult resident of Bartow, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Richard Wilkes Sr. is an adult resident of Bartow, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Richard Wilkes II, a minor child, who is 10 years old, and is currently in the 5th grade at Floral Avenue Elementary School, a Polk County Public School.

151.    Plaintiff Darlene Williams is an adult resident of Winter Haven, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose

48

taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. Plaintiff Robert Williams is an adult resident of Winter Haven, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. They bring this lawsuit as an individual, taxpayer and parent, they also bring this lawsuit as Parents and next friend of Eric Williams, a minor child, who is 9 years old, and is currently in the 4th grade at Eagle Lake Elementary School, a Polk County Public School.

152. Plaintiff Sheri Williams is an adult resident of Eaton Park, Polk County, Florida, a Parent of children currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as Parent and next friend of Frank Denham, a minor child, who is 12 years old, and is currently in the 6th grade at Crystal Lake Middle School, and Joshua Denham, a minor, who is 10 years old, and is currently in the 5th grade at Oscar J. Pope Elementary School, a Polk County Public School.

153. Plaintiff Brenda Wilson is an adult resident of Lakeland, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as Parent and next friend of Shane Wilson, a minor child, who is 12 years old, and is currently in the 7th grade at Lake Gibson Middle School, a Polk County Public School.

154. Plaintiff Terra Wilson is an adult resident of Lakeland, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as Parent and next friend of Danae Wilson, a minor child, who is 6 years old, and is currently in Kindergarden at Jesse Keen Elementary School, a Polk County Public School.

155. Plaintiff Tonya Wilson is an adult resident of Lakeland, Polk County, Florida, a Parent of a child currently attending a Polk County public school, and taxpayer whose taxes as spent by the Polk County School Board and its agents in the operation of the Polk County public schools. She brings this lawsuit as an individual, taxpayer and parent, she also brings this lawsuit as Parent and next friend of Matthew Puhak, a minor child, who is 12 years old, and is currently in the 7th grade at Lakeland Highlands Middle School, a Polk County Public School.

156. The Plaintiffs desire to exercise and protect their constitutional rights pursuant to the United States and Florida Constitutions by challenging and objecting to the Defendant's adoption and implementation of a mandatory school uniform dress code in the Polk County elementary and middle schools. The Plaintiffs want to prevent the Defendants from depriving them under color of state law, ordinance, regulation, rule, custom, or usage their constitutional rights prusuant to the United States and Florida Constitutions, as a result of the Defendants officially adopting and

49

implementing a mandatory school uniform dress code for the Polk County elementary and middle schools. The Plaintiffs object to the use of their tax dollars to implement a mandatory school uniform dress code and further object to the diversion of resources that would otherwise be available for the childrens' education.

157.    Defendant Polk County School Board (herein referred to as the Board) is a political subdivision of the State of Florida. The Board is a local school board for the Polk County School District organized and existing under the laws of the State of Florida, whose members all hold elective office and exercise the powers of a local school board under the laws of the State of Florida. The Board is responsible for providing public education to the children within its jurisdiction and for administering the laws and policies that govern the public schools within its jurisdiction, which includes the Polk County School District. The Board is sued in its official capacity for damages, injunctive relief and declaratory relief.

158.    Defendant Glenn Reynolds is the Superintendent of the Polk County Public Schools (herein after referred to as the Superintendant). The Superintendant holds elective office and is responsible for the operation and administration of the Polk County Schools, including the implementation of the Board's policies. The Superintendant is sued in his official capacity for damages, injunctive relief and declaratory relief.

159.    At all times relevant to this action, the Defendants were and have been acting under color of statutes, ordinances, regulations, customs and usages of the State of Florida and of the Polk County School District.

NOTE:        The description of the Parties is the description at the time of the original Complaint.


JURISDICTION AND VENUE

160.    The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343, 2201, and 2202 and 42 U.S.C. §§ 1983 and 1988. Venue is proper in this Court pursuant to 28 U.S.C. § 1391.


STATEMENT OF FACTS

161.    On or about May 11, 1999, the Board by a 4-3 vote adopted a mandatory school uniform dress code (herein after referred to as the Dress Code). A copy of the Dress Code for the Polk County Elementary Schools is attached hereto and incorporated herein by reference as Exhibit A.   A copy of the Dress Code for the Polk County Middle Schools is attached hereto and incorporated herein by reference as Exhibit B.

50

162.    The Dress Code, as adopted by a 4-3 vote of the Board, was to become effective for the 1999/2000 Polk County School year.

163.    The 1999/2000 school year for all the Polk County Elementary and Middle Schools for which the Dress Code is applicable has been completed.  The 2000/2001 school year is still in session.

164.    The Dress Code is being enforced and has been enforced either by the Board, the Superintendent or their agents, since the start of the 1999/2000 Polk County School year in Polk County Elementary and Middle Schools for which the Dress Code is applicable.

165.    The Dress Code purports to be content neutral in that the only expressed exception to content permits a student to wear ".... a button, armband or other accoutrement to excerise the right of Free Speech guaranteed by the United States and Florida Constitutions..."

166.    Although the Dress Code provides that a student may wear "a button, armband or other accoutrement to excerise the right of free speech..." a number of student Plaintiffs have been required by School personnel to remove such accoutrements (such as a sticker reading "Uniforms Stink" ). These student Plaintiffs include, but are not limited to, the following:  Jesse Battle, Crystal Price, Lisa Hitt and Stephanie Bardell.  These actions by school personnel chill all the Plaintiffs rights of free speech.

167.    School personnel have engaged in other behavior and actions which chill  rights of free speech by harassing and embarrassing student Plaintiffs who excercise their rights by the wearing of  accoutrements protesting the Dress Code. These student Plaintiffs include, but are not limited to the following:  Crystal Price, Chalmas C. Bishop and Matthew King.  These actions by school personnel chill all the Plaintiffs' rights of free speech.

168.    The Dress Code is not content neutral in that "each school may include in its uniform dress code the option of allowing students to wear a "school-sponsored T-shirt...", and such school-sponsored T-shirts have speech content on them, including the name of the school, school emblem etc.

169.    The Dress Code is not content neutral in that it permits a student to wear"... a uniform of a nationally recognized youth organization, such as the Boy Scouts or Girl Scouts, on regular meeting days...". This organizational attire constitutes speech content.

170.    The Dress Code on its face and in its application prohibits students from wearing clothing that contain political, religious, educational, commercial and other forms of speech.

171.    Student Plaintiffs who excercise their rights of free speech by the wearing of clothing with  political content  (such as a United States flag T-shirt), religious content (such as a T-shirt stating "What Would Jesus Do"), educational content (such as a D.A.R.E. T-shirt a nationally recognized drug education program) and commercial content (such as company logos) have been

required to exchange or remove the clothing. Those who have refused to abandon their First Amendment rights have been subjected to school discipline. These student Plaintiffs include, but are not limited to the following: Eric Williams, Chelsea Peche, Crystal Price, Brandon Huffman, Stefan and Simon Ambrose, Tillman Children, Andrew Elwing, Beau Deaver and Jennifer Prather. These actions by school personnel chill all the Plaintiffs' rights of free speech.

172.    The Dress Code is not content neutral in that some students are permitted to wear shirts that contain commercial speech, such as company logos or emblems.

173.    The Dress Code purports to protect freedom of religion by providing an exception to the Dress Code where "The wearing of clothing in compliance with the uniform dress code violates a students sincerely held religious belief."

174.    Although the Dress Code creates a purported exception for sincerely held religious beliefs, the Board has failed to establish and develop procedures and criteria for implementing this exception.

175.    Each of the student Plaintiffs for whom wearing clothing in compliance with the Dress Code violates their sincerely held religious belief have been denied this exception. These student Plaintiffs include, but are not limited to the following: Eric Williams, Chelsea Peche, Brandon Huffman, Mary Hunt, Sarah Keegans, Louis Children, King Children, Selina Rayborn, Andrew Elwing, Jennifer Prather, McCall children, Sarah Smith and Aguilera children.

176.    The Dress Code provides that students wear a basic uniform, which limits the styles and colors of clothing that can be worn.

177.    The Dress Code prevents the student Plaintiffs and/or the parent Plaintiffs from choosing clothing that expresses their individuality, identity, gender, ethnic and religious heritage.

178.    The Dress Code prevents the student Plaintiffs and/or the parent Plaintiffs from choosing clothing that meets individual requirements. No exception is permitted under the Dress Code to accomodate individual size preferences or style preferences, especially for large-sized children. Mandatory compliance results in student Plaintiffs being forced to wear clothing styles which are unflattering, difficult to obtain, and harmful to their self esteem.

179.    The Dress Code prevents student Plaintiffs from learning to make their own choices regarding apporopriate clothing, prevents them from learning to accept differences in other people (including dress), and prevents them from learning to be leaders and not followers.

180.    Through the implementation of the Dress Code the School Board has improperly interferred with the parent-child relationship by requiring the parent Plaintiffs to dress the student Plaintiffs in a certain way in complete disregard to the parents' decision and choice regarding what their child wears.

181.    By implementing the Dress Code, the Board has improperly interferred with the parent-child relationshop by requiring the parent Plaintiffs to purchase specific and limited types of clothing for their student Plaintiffs. In its application the dress code usurps the parent Plaintiffs ability to allocate their financial resources according to their individual needs. Parent Plaintiffs are precluded from purchasing clothing that is less expensive than the school uniforms or purchasing clothing that is multifunctional, such as clothing that can be worn to school and church etc.

182.    The Dress Code purports to protect students from penalties for failing to comply with the Dress Code due to financial hardship and purports to offer assistance to students who "... have or are having difficulty complying with their school's uniform dress code due to financial hardships..."

183.    The Dress Code provides that the school principal and QIC or SAC are to develop procedures and criteria to assist students with financial hardship. These procedures and criteria for assisting students with financial hardship either do not exist or are inadequate.

184.    The Dress Code provides the school principals and QIC or SAC"... shall develop a program to provide for donations of clothing or financial assistance, consignment shops or reuse of uniform clothing or similiar program that would alleviate such financial hardship." These programs either do not exist or are inadequate.

185.    Student Plaintiffs with financial hardships have not been provided with uniforms by school personnel in some instances or have been given an inadequate supply of clothing to reasonably meet the daily uniform needs. These student Plaintiffs include, but are not limited to the following: Chalmas C. Bishop, Joshua Boomer, King children, Michael Gay Jr., Timothy Thomas, Amber Cummins, Dennis family, Hitt family, Aguilera children, Mary Hunt, Joyce-Mann family, Angela Marcello, Tiffany McDonald, Pyle family, Snell family, Danna Wilson, Sanders family and Graham family.

186.    Student Plaintiffs with financial hardships who have been provided with uniforms by school personnel in some instances have been provided with inferior clothing, visibly used clothing, and ill-fitting clothing which segregates them from those students without financial hardships. These student Plaintiffs include, but are not limited to the following: Doll family, Edwards family and Heather Harris.

187.    Student Plaintiffs with financial hardships have been forced by school personnel to wear uniforms marked with a visible letter "L" to designate the uniform as a loaner from the school. Being forced to wear the clothing marked with an "L" is a source of embarrassement, humilation, mental anguish etc. for these students and segregates children based upon income. These student Plaintiffs include, but are not limited to the following: Andrew Batson.

188.    The Dress Code is being enforced in a manner that creates undue financial hardship to all Plaintiffs. Faded clothing has been found not to be in compliance with the Dress Code. This

practice has placed an unreasonable financial burden on the parent Plaintiffs to replace otherwise uniform compliant clothing on a more frequent basis or risk sanctions if they fail to do so.

189.    Information provided by the School Board, the Superintendent and school personnel failes to provide adequate notice and guidance as to what is acceptable clothing under the Dress Code.  Clothing deemed acceptable at one Polk County School is not acceptable at another Polk County School.

190.    Some schools utilize "loan" programs to assist students with financial hardships by providing the students with clothing upon their arrival at school and collecting the clothing at a designated point in the school day.  This implementation of this program takes away from and interferes with instructional time that these student Plaintiffs would otherwise benefit from, and discriminates against those student Plaintiffs with financial hardship with loss of educational time. The student Plaintiffs include, but are not limited to, the following:  Goodwin children, Lewis Parker Jr, and Scott children.

191.    The Dress Code fails to create an exception where the wearing of clothing in compliance with the Dress Code would be injurious to the student's health, safety or welfare.

192.    The "loaner" programs endanger the health and welfare of the student Plaintiffs alleged in paragraph 190. These programs in which the students exchange their personal clothing for loaner clothing creates significant health, safety, and welfare conerns.  Sanitary issues arising from the intermingling of clothing include  health problems such as the transmission of head and body lice.  The loaner clothing is not washed daily, thus requiring students to wear unlaundred clothing that was previouly worn by other students.

193.    The Dress Code compromises the safety of all the student Plaintiffs.  It limits identification of missing or lost children.  This situation has already occured at least one time when a student Plaintiff accidentally got on the wrong school bus and a parent Plaintiff was unable to give the Lakeland Police Department a meaningful clothing description. By contrast, in the 1998 school year a student Plaintiff who was dropped off  at a wrong bus stop and was easily identified based upon his individulized non-dress code compliant clothing. This rationale applies to all student Plaintiffs  in other emergency situations in which it is important to be able to identify a particular child rapidly.

194.    Inadequate supervision of children who are segregated from other students for non-compliance with the Dress Code endangers the health, safety and welfare of all student Plaintiffs. In at least one instance, Amber Cummins, a student Plaintiff,  had an allergy attack while segregated in a room by herself, because her shirt was the wrong shade of blue, and no school employee was present in the suspension room.

195.    The health, welfare, and safety of  Amber Dalpe and Leila Johnson  student Plaintiffs, was  endangered because school personnel required the student to wear uniform clothing over

personal non-uniform clothing despite high temperatures.  Another student Plaintiff, Gilmore, was not allowed to remove an item of uniform clothing despite high temperatures in a situation where non-uniform clothing would have been cooler.  Practices of this nature by school personnel endanger the health, welfare and safety of all student Plaintiffs.

196.    Uniforms do not allow for adequate stranger identification in situations where there has been a violation of school rules, including criminal acts, thus endangering the health, safety and welfare of all the student Plaintiffs.

197.    Approved clothing colors under the Dress Code are identical to those colors which are utilized as gang colors by known gang organizations in Polk County.  The adoption of these mandatory colors under the Dress Code endangers the health, safety and welfare of all student Plaintiffs who could be identified as belonging to rival gangs.

198.    The Dress Code, by failing to have a health and safety exception, does not address the special needs and requirements of students with disabilities, physical handicaps or other health problems. These student Plaintiffs include, but are not limited, to the following:  Brittany Hayes (heart monitor), Michael DeFelice (hand problems), Tabitha Mullan (burns), Christopher Goodson (multiple handicaps), Richard Wilkes II (craniofacial deformity), and Jose Aguilera, Jr. (mentally disadvantaged)

199.    The findings upon which the Board based its decision to implement the Dress Code are erroneous, flawed, incorrect and unsupported, thus making the Dress Code arbitrary and capricious with respect to all the Plaintiffs.

200.    The enforcement of the Dress Code is arbitrary and capricious as to all student Plaintiffs, and fails to provide all Plaintiffs adequate notice or guidelines as to what clothing is compliant under the Dress Code.

201.    There is not any intra-school consistency in enforcement of the Dress Code. Clothing deemed compliant at one school is banned at another school. The severity of enforcement and sanctions imposed varies between schools. All the student Plaintiffs are affected by this.

202.    The Dress Code has been erroneously enforced, resulting in student Plaintiffs being disciplined and missing classroom time even though they were dressed properly under the Dress Code.  The student Plaintiffs include, but are not limited, to the following:  Emily Dalpe, Brandon Rodgers, Eric Williams, Jeremy Hughes and Jennifer Prather.

203.    The Dress Code prevents all student Plaintiffs from receiving a public education in that if they choose not to comply with the Dress Code,  the sanctions for Dress Code violations include In School Suspension, Out of School Suspension etc.

204.    The Dress Code prevents all student Plaintiffs from receiving a public education in

that if they choose not to comply with the Dress Code and not incur sanctions for Dress Code violations, they must withdraw from Public School to seek alternative means of education.

205.    The Dress Code prevents all student Plaintiffs from receiving the full benefits of a public education in that the time spent with uniform inspections deprives children of instructional time.

206.    The Dress Code prevents all student Plaintiffs from receiving a free public education in that the  parent Plaintiffs must expend money for the purchase of uniforms which are required in order to attend a public school in Polk County under the Dress Code.  Additional monetary requirements are also being implemented by school personnel,  such as the requirement that a student rent a belt at 25 cents a day if they do not wear one.

207.    The Dress Code permits an exception to the mandatory uniform which allows a student to wear  ".... a uniform of a nationally recognized youth organization, such as the Boy Scouts or Girl Scouts, on regular meeting days; ...."

208.    School personnel refuse to permit certain youth organizations that meet this definition to utilize this exception. Student Plaintiffs affected by this include, but are not limited to, the following: Crystal Price (Pop Warner football cheerleaders), Joshua Boomer and Hemming children (Royal Rangers), Casey Odom (Brownies), Mathers children (USA Wrestling), Dallas McCall (United States Swimming/NRA Eddie Eagle Program) and Angela McCall (United States Swimming).

209.    Even though organizations like Boy Scouts are specifically recognized, students who belong to these organizations are being told by school personnel what constitutes a permissible uniform for the organization and are being told they cannot wear certain recognized uniforms of the organization.

210.    All of the Plaintiffs have been adversely effected by the Dress Code on its face and in its application, and will continue to be adversely effected for as long as the Dress Code is allowed to remain in effect and continues to be enforced.

## CONSTITUTIONAL VIOLATIONS

## FIRST CAUSE OF ACTION

211.    Paragraphs 1 through 210 are incorporated herein by reference.

212.    The Dress Code as enacted and implemented by the Defendants and their agents is unconstitutional on its face in that it prevents the Plaintiffs from exercising their freedom of speech

56

in violation of the First and Fourteenth Amendments to the United States Constitution; Article I, Section 4 of the Florida Constitution, and 42 U.S.C. §1983.

213.   The Dress Code as enacted and implemented by the Defendants and their agents is unconstitutional in its application as to all Plaintiffs as well as the specific Plaintiffs as alleged herein, in that it prevents the Plaintiffs from excerising their freedom of speech as alleged herein in violation of the First and Fourteenth Amendments of the United States Constitution; Article I, Section 4 of the Florida Constitution; and 42 U.S.C. §1983.

## SECOND CAUSE OF ACTION

214.   Paragraphs 1 through 210 are incorporated herein by reference.

215.   The Dress Code as enacted and implemented by the Defendants and their agents is unconstitutional on its face in that it prevents the Plaintiffs from exercising their freedom of expression in violation of the First and Fourteenth Amendments to the United States Constitution; Article I, Sections 2 and 4 of the Florida Constitution; and 42 U.S.C. § 1983.

216.   The Dress Code as enacted and implemented by the Defendants and their agents is unconstitutional in its application as to all Plaintiffs as alleged herein, as well as the specific Plaintiffs as alleged herein, in that it prevents the Plaintiffs from excerising their freedom of expression as alleged herein in violation of the First and Fourteenth Amendments of the United States Constitution; Article I, Section 2 and 4 of the Florida Constitution; and 42 U.S.C. §1983.

## THIRD CAUSE OF ACTION

217.   Paragraphs 1 through 210 are incorporated herein by reference.

218.   The Dress Code as enacted and implemented by the Defendants and their agents is unconstitutional on its face in that it prevents the Plaintiffs from exercising their freedom of religion in violation of the First and Fourteenth Amendments of the United States Constitution, Article I, Sections 2 and 3 of the Florida Constitution, and 42 U.S.C. § 1983.

219.   The Dress Code as enacted and implemented by the Defendants and their agents is unconstitutional in its application as to the specific Plaintiffs as alleged herein, in that it prevents the Plaintiffs from excerising their freedom of religion in violation of the First and Fourteenth Amendments of the United States Constitution; Article I, Section 2 and 3 of the Florida Constitution; and 18 U.S.C. §1983.

57

## FOURTH CAUSE OF ACTION

220.    Paragraphs 1 through 210 are incorporated herein by reference.

221.    The Dress Code as enacted and implemented by the Defendants and their agents is unconstitutional on its face in that it violates the Plaintiffs rights to equal protection of the law as guaranteed by the Fourteenth Amendment of the United States Constitution, Article I, Section 2 of the Florida Constitution, and 42 U.S.C. § 1983.

222.    The Dress Code as enacted and implemented by the Defendants and their agents is unconstitutional in its application as to all Plaintiffs, as well as the specific Plaintiffs as alleged herein, in that it violates the Plaintiffs' rights to equal protection of the law as alleged herein as guaranteed by the Fourteenth Amendment of the United States Constitution, Article I, Section 2 of the Florida Constitution, and 18 U.S.C. § 1983.

## FIFTH CAUSE OF ACTION

223.    Paragraphs 1 through 210 are incorporated herein by reference.

224.    The Dress Code as enacted and implemented by the Defendants and their agents is unconstitutional on its face in that it violates the Plaintiffs' rights to due process of the law as guaranteed by the Fourteenth Amendment of the United States Constitution, Article I, Section 9 of the Florida Constitution, and 42 U.S.C. § 1983.

125.    The Dress Code as enacted and implemented by the Defendants and their agents is unconstitutional in its application as to all Plaintiffs in that it violates the Plaintiffs rights of privacy, both as individuals and in the parent-child relationship, as alleged herein as guaranteed by the Fourteenth Amendment of the United States Constitution, Article I, Section 9 of the Florida constitution, and 42 U.S.C. §1983.

## SIXTH CAUSE OF ACTION

226.    Paragraphs 1 through 210 are incorporated herein by reference.

227.    The Dress Code as enacted and implemented by the Defendants and their agents is unconstitutional on its face in that it violates the Plaintiffs' rights of privacy, both as individuals and in the parent-child relationship, as guaranteed by the Fourteenth Amendment of the United States Constitution, Article I, Section 23 of the Florida Constitution, and 42 U.S.C. § 1983.

228.    The Dress Code as enacted and implemented by the Defendants and their agents

is unconstitutional in its application as to all Plaintiffs in that it violates the Plaintiffs rights of privacy, both as individuals and in the parent-child relationship, as alleged herein, as guaranteed by the Fourteenth Amendment of the United States Constitution, Article I, Section 23 of the Florida Constitution, and 42 U.S.C. § 1983.

## SEVENTH CAUSE OF ACTON

229.   Paragraphs 1 through 210 are incorporated herein by reference.

230.   The Dress Code as enacted and implemented by the Defendants and their agents is unconstitutional on its face in that it deprives the Plaintiffs of rights because of physical handicap in violation of the Fourteenth Amendment of the United States Constitution, Article I, Section 2 of the Florida Constitution, 42 U.S.C. § 1983, and the Americans with Disabilities Act.

231.   The Dress Code as enacted and implemented by the Defendants and their agents is unconstitutional in its application as to the specific Plaintiffs as alleged herein in that it deprives these Plaintiffs of rights because of physical handicap in violation of the Fourteenth Amendment of the United States Constitution, Article I, Section 2 of the Florida Constitution, 42 U.S.C §1983, and the Americans with Disabilities Act.

## EIGHTH CAUSE OF ACTION

232.   Paragraphs 1 through 210 are incorporated herein by reference.

233.   The Dress Code as enacted and implemented by the Defendants and their agents is unconstitutional on its face in that it violates the Plaintiffs' right to a free public education as guaranteed by the Fourteenth Amendment of the United States Constitution, Article I, Section 2 and 9 of the Florida Constitution, and 42 U.S.C. § 1983.

234.   The Dress Code as enacted and implemented by the Defendants and their agents is unconstitutional in it application as to all Plaintiffs, as well as the specific Plaintiffs as alleged herein in that it violates the Plaintiffs' right to a free public education as alleged herein as guaranteed by the Fourteenth Amendment of the United States Constitution, Article I, Section 2 and 9 of the Florida Constitution, and 42 U.S.C. §1983.

## NINTH CAUSE OF ACTION

235.   Paragraphs 1 through 210 are incorporated herein by reference.

236.    The Dress Code as enacted and implemented by the Defendants and their agents is unconstitutional on its face  in that it violates the Plaintiffs' freedom of association as guaranteed by the First and Fourteenth Amendment of the United States Constitution, Article I, Section 2, 4 and 9 of the Florida Constitution, and 42 U.S.C. § 1983.

237.    The Dress Code as enacted and implemented by the Defendants and their agents is unconstitutional in its application as to all Plaintiffs, as well as the specific Plaintiffs as alleged herein,  in that it violates the Plaintiffs' freedom of association as alleged herein, as guaranteed by the First and Fourteenth Amendment of the United States Constitution, Article I, Section 2, 4 and 9 of the Florida Constitution, and 42 U.S.C. § 1983.

## DAMAGES

238.    As a result of the acts of the Defendants and their agents complained herein, the Plaintiffs have been injured in their persons and the said Defendants are liable to Plaintiffs for actual and punitive damages.

## EQUITABLE RELIEF

239.    There is real and actual controversy between the parties.  Plaintiffs have no adequate remedy at law other than this action for declaratory and injunctive relief.  Plaintiffs are suffering irreparable injury as a result of the acts of the Defendants and their agents complained herein and that injury will continue unless enjoined by this Court.

WHEREFORE, the Plaintiffs respectfully requests that this Honorable Court:

1) Take jurisdiction of this matter;

2) Set a speedy hearing on the issue of declaratory and injunctive relief;

3) Issue a declaratory judgment that the Dress Code as enacted and implemented by the Defendants and their agents is unconstitutional on its face and in its application;

4) Issue a preliminary and permanent injunction prohibiting the Defendants and there agents from enacting and implementing the Dress Code;

5) Grant Plaintiffs a jury trial on the issue of actual and punitive damages against the Defendants, jointly and severely;

60

6)  Award the Plaintiffs costs and attorney's fees pursuant to 42 U.S.C. § 1988;  and

7)  Such further relief as this Honorable Court deem just and proper.


I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to the Office of Holland & Knight, Willliam Dufoe, 92 Lake Wire Drive, Lakeland, FL 33815, this 24 day of January, 2001.

ROBERT A. NORGARD
Trial Counsel
Florida Bar No. 322059
P.O. Box 811
Bartow, FL 33831
(863)533-8556
fax: (863)533-1334

Attorney for Plaintiffs

61